# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

Property Casualty Insurers Association of America,

v.

Shaun Donovan, in his official capacity as Secretary of Housing and Urban Development, and United States Department of Housing and Urban Development.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Property Casualty Insurers Association of America

| |
|---|
| NAME (Type or print)<br>Rowe W. Snider |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Rowe W. Snider |
| FIRM<br>Locke Lord LLP |
| STREET ADDRESS<br>111 S. Wacker Drive |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03125194 | TELEPHONE NUMBER<br>(312) 443-0667 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL          APPOINTED COUNSEL