IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:13-cv-08564 |
| v. | ) ) Honorable Judge Amy J. St. Eve ) |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) Magistrate Judge Susan E. Cox ) ) ) ) |
| Defendants. | ) ) |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Property Casualty Insurers Association of America ("PCI") provides the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2. PCI has no parent corporation, and no publicly held corporation owns 10% or more of its stock. PCI has no publicly held affiliates.

Dated: November 27, 2013

Respectfully submitted,

PROPERTY CASUALTY INSURERS
ASSOCIATION OF AMERICA

By:   s/ Rowe W. Snider
         One of Its Attorneys

Seth P. Waxman (*pro hac vice application forthcoming*)
Randolph D. Moss (*pro hac vice application forthcoming*)
Brian M. Boynton (*pro hac vice application forthcoming*)
Matthew J. Tokson (*pro hac vice application forthcoming*)
Lynn Eisenberg (*pro hac vice application forthcoming*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006

Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: seth.waxman@wilmerhale.com
randolph.moss@wilmerhale.com
brian.boynton@wilmerhale.com
matthew.tokson@wilmerhale.com
lynn.eisenberg@wilmerhale.com

Of Counsel:

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Direct: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com
aknuckey@lockelord.com

# **CERTIFICATE OF SERVICE**

I hereby certify that, on November 27, 2013, a copy of the foregoing was filed electronically using CM/ECF and was served by U.S. mail upon:

>Shaun Donovan
>Secretary of Housing and Urban Development
>451 Seventh Street, S.W.
>Washington, D.C. 20410
>
>United States Department of Housing and Urban Development
>451 Seventh Street, S.W.
>Washington, D.C. 20410
>
>Attn: Civil-Process Clerk
>United States Attorney's Office
>Northern District of Illinois, Eastern Division
>219 S. Dearborn Street, 5th Floor
>Chicago, IL 60604
>
>Eric Holder
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530

>       s/ Rowe W. Snider

Rowe W. Snider (# 03125194)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com