**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Property Casualty Insurers Association of America | ) ) ) ) | Case No: 13 C 8564 |
| v. | ) ) ) | Judge Amy J. St. Eve |
| Donovan et al. | ) ) ) | |

## ORDER

Motions for leave to appear pro hac vice on behalf of Property Casualty Insurers Association of America by Brian Boynton [6], Matthew Tokson [7], Seth Waxman [8] and Randolph Moss [9] are granted. Initial status hearing set for January 13, 2014 at 8:30 a.m. in courtroom 1241. Parties shall refer to Judge St. Eve's web page at www.ilnd.uscourts.gov and file a joint status report by January 8, 2014 as set forth in the Initial Status Conferences procedure.

**Dated:** December 3, 2013

**ENTERED**

*/s/ Amy J. St. Eve*

**AMY J. ST. EVE
United States District Court Judge**