

**LOCKE**
**LORD** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Rowe W. Snider
Direct Telephone: 312-443-0667
Direct Fax: 312-896-6667
rsnider@lockelord.com

December 6, 2013

<u>VIA E-FILING</u>

Thomas G. Bruton, Clerk of Court
United States District Court
Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re:      Request for the Clerk of Court to Refund Filing Fee

Dear Mr. Bruton:

On November 27, 2013, we paid for filing our Complaint in Case No. 1:13-cv-08564 twice by mistake, under both Receipt No. 0752-8975921 and Receipt No. 0752-8976040. (*See* attached.) No Complaint was filed along with Receipt No. 0752-8975921, and it is the duplicate payment. (*Id.*) Accordingly, we respectfully request a refund of the $400.00 paid under Receipt No. 0752-8975921.

Please feel free to contact me or my colleague, Ashlee M. Knuckey (312-443-0694), if you have any further questions.

We appreciate your attention to this matter.

Sincerely,

LOCKE LORD LLP

<u>s/ Rowe W. Snider</u>

Rowe W. Snider

Attachment

cc:      Ashlee M. Knuckey

**Snider, Rowe**

| | |
|---|---|
| **From:** | Nadine_Finley@ilnd.uscourts.gov on behalf of CaseAssignment_ILND@ilnd.uscourts.gov |
| **Sent:** | Monday, December 02, 2013 9:12 AM |
| **To:** | Snider, Rowe |
| **Cc:** | Donna_Carey@ilnd.uscourts.gov; Adam_Avalos@ilnd.uscourts.gov; Ryan_Edward_Murray@ilnd.uscourts.gov; Donald_Sippel@ilnd.uscourts.gov; Emilia_Garcia@ilnd.uscourts.gov; Violet_Bujak@ilnd.uscourts.gov; Lorenzo_Walker@ilnd.uscourts.gov |
| **Subject:** | Possible Duplicate Payment of Complaint 13cv8564 |

Dear Counselor:

Our Internet Payment Report reflects that on November 27, 2013 you made two payments for $400.00 through pay.gov.

Receipt No. 0752-8975921- For this receipt, we didn't receive a Complaint.

Receipt No. 0752-8976040  - For this receipt, we received a Complaint in Case Number 13cv8564.

If it was your intention to file two new cases, please call the Help Desk at 312-582-8727, and someone will give you instructions on how to resubmit the documents for Receipt No. 0752-8975921 .

If it was not your intention to file two notices, but paid twice by mistake, you can e-file a "Request for the Clerk of Court to Refund Filing Fee," which can be found under the "Other Documents" category.  Please e-file the request in Case No. 13cv8564 include all receipt numbers in the request, and indicate which one is the duplicate payment.

In the future, if you do not see that the notice you e-filed is on the docket, please call us before e-filing it again and someone from our office will walk you through the process of resubmitting it.

If you have any further questions, please feel free to call the Help Desk at 312-582-8727.

Thank you,