## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Property Casualty Insurers Association of America | ) ) ) | Case No: 13 C 8564 |
| v. | ) ) ) | Judge Amy J. St. Eve |
| Shaun Donovan et al. | ) ) ) | |

## ORDER

Lynn Eisenberg's motion for leave to appear pro hac vice on behalf of Property Casualty Insurers Association of America [11] is granted.

**Dated:** December 6, 2013

**ENTERED**

_____
**AMY J. ST. EVE**
**United States District Court Judge**