# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 1:13cv8564

Property Casualty Insurers Ass'n of America v. Donovan, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Shaun Donovan, in his official capacity as Secretary of Housing and Urban Development, and United States Department of Housing And Urban Development, Defendants

| | |
|---|---|
| NAME (Type or print) | |
| Kyle R. Freeny | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Kyle R. Freeny | |
| FIRM | |
| U.S. Department of Justice, Civil Division, Federal Programs Branch | |
| STREET ADDRESS | |
| 20 Massachusetts Ave. NW | |
| CITY/STATE/ZIP | |
| Washington, DC 20001 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| Appearing per Local Rule 83.12(a) | 202-514-5108 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐