# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Property Casualty Insurers Association of America

                                Plaintiff,

v.                                            Case No.: 1:13–cv–08564

                                                    Honorable Amy J. St. Eve

Shaun Donovan, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2014:

       MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 1/13/2014 and continued to 8/7/2014 at 08:30 AM. The Administrative Record shall be turned over to the plaintiff by 2/7/14. Plaintiff's motion for summary judgment, up to 35 pages, shall be filed by 3/3/14. Defendants' response and cross–motion, up to 50 pages, shall be filed by 3/28/14. Defendants shall answer or otherwise plead by 3/28/14. Plaintiff's reply, up to 40 pages, shall be filed by 5/2/14. Defendants' reply, up to 25 pages, shall be filed by 5/30/14. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.