UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Property Casualty Insurers Association of America
                                                            Plaintiff,

v.                                        Case No.: 1:13−cv−08564
                                          Honorable Amy J. St. Eve

Shaun Donovan, et al.
                                                            Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2014:

MINUTE entry before the Honorable Amy J. St. Eve: The court's 1/13/14 minute entry is corrected to read that plaintiff's motion for summary judgment, up to 35 pages, shall be filed by 2/14/14. All other dates stand. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.