# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-08564 |
| v. | ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

## ADMINISTRATIVE RECORD

Defendants hereby file the certified contents of the administrative record.

Dated: February 12, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOCELYN SAMUELS
Acting Assistant Attorney General

ZACHARY T. FARDON
United States Attorney

 /s/ Daniel P. Mosteller
MICHAEL SITCOV
KYLE R. FREENY (Cal. Bar No. 247857)
DANIEL P. MOSTELLER (DC Bar No. 980802)
Attorneys
U.S. Department of Justice
950 Pennsylvania Ave., N.W.--NWB
Washington, DC 20530
Tel: (202) 514-4713/Fax: (202) 514-1116
Email: Daniel.Mosteller@usdoj.gov

*Counsel for Defendants*