# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) | |
| Plaintiff, ) | Case No. 1:13-cv-08564 |
| v. ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as ) Secretary of Housing and Urban Development, ) and UNITED STATES DEPARTMENT OF ) HOUSING AND URBAN DEVELOPMENT, ) ) | Magistrate Judge Susan E. Cox |
| Defendants. ) | |

**Housing and Urban Development**
24 C.F.R. Part 100

*Implementation of the Fair Housing Act's Discriminatory Effects Standard – Proposed Rule*
Docket No. FR-5508-P-01, November 16, 2011

*Implementation of the Fair Housing Act's Discriminatory Effects Standard – Final Rule*
Docket No. FR-5508-F-02, February 15, 2013

## Administrative Record Index[1]

1. Proposed Rule (November 16, 2011)..................................................................................01

2. Public Comments Received on Proposed Rule..................................................................09

3. Final Rule (February 15, 2013).........................................................................................611

4. 114 Cong. Rec. 2,277 (February 6, 1968)
   (statement of Sen. Walter Mondale) ................................................................................636

5. 114 Cong. Rec. 2,699 (February 8, 1968)
   (statement of Sen. Walter Mondale) ................................................................................638

6. 114 Cong. Rec. 3,421-22 (February 20, 1968)
   (statement of Sen. Walter Mondale) ................................................................................640

---

[1] Judicial decisions considered by HUD in promulgating the Rule are cited therein and are not included in this index.

Case: 1:13-cv-08564 Document #: 19-1 Filed: 02/12/14 Page 2 of 4 PageID #:103

7.  S. Rep. No. 94-589 (1976) .......................................................................................643

8.  H.R. Rep. No. 96-865 (1980) ..................................................................................672

9.  126 Cong. Rec. 31,164 (December 1, 1980)
    (statement of Sen. Birch Bayh) ...........................................................................741

10. 126 Cong. Rec. 31,166-67 (December 1, 1980)
    (statement of Sen. Charles Mathias) ..................................................................743

11. 127 Cong. Rec. 22,155-58 (September 28, 1981)
    (text of the proposed Equal Access to Housing Act of 1981) ..........................746

12. 129 Cong. Rec. 807-09 (January 26, 1983)
    (text of the proposed Equal Access to Housing Act of 1983) ..........................751

13. Equal Credit Opportunity; Revision of Regulation B; Official Staff Commentary;
    Proposed Rule and Proposed Official Staff Interpretation, 50 Fed. Reg. 10,890-916
    (March 18, 1985) ................................................................................................755

14. Equal Credit Opportunity; Revision of Regulation B; Official Staff Commentary;
    Final Rule, 50 Fed. Reg. 48,018-55 (November 20, 1985) ...............................783

15. 133 Cong. Rec. 7,178-80 (March 27, 1987)
    (text of the proposed Equal Access to Housing Act of 1987) ..........................822

16. Fair Housing Amendments Act of 1987: Hearings Before the Subcomm. on the
    Constitution of the S. Comm. On the Judiciary, 100th Cong., 1st Sess., 529-58
    (1987) ..................................................................................................................826

17. HUD, Fair Housing—The Law in Perspective: Twentieth Anniversary,
    April 11, 1968 – 1988 (April 1988) ...................................................................843

18. H.R. Rep. No. 100-711 (1988) ..............................................................................923

19. Brief for the United States as Amicus Curiae, *Town of Huntington Branch v.
    Huntington Branch, NAACP,* 488 U.S. 15 (1988) (No. 97-1961) .................987

20. President Reagan's Remarks on Signing the Fair Housing Amendments Act of 1988,
    24 Weekly Comp. Pres. Doc. 1140 (September 13, 1988) ...........................1,001

21. 134 Cong. Rec. 23,711-12 (September 14, 1988)
    (statement of Sen. Edward Kennedy) ............................................................1,004

22. HUD, Title VIII Investigative Skills Training: Fair Housing Amendments Act of 1988
    (December 1988) .............................................................................................1,007

23. Implementation of the Fair Housing Amendments Act of 1988, 54 Fed. Reg. 3,232-317
    (January 23, 1989) ..........................................................................................1,026

24. Memorandum from HUD Assistant Secretary for Fair Housing & Equal Opportunity, The Applicability of Disparate Impact Analysis to Fair Housing Cases (December 17, 1993) ..................................................................................................1,114

25. Memorandum from HUD General Counsel and Assistant Secretary for Fair Housing & Equal Opportunity, Occupancy Fees and Familial Status Discrimination Under the Fair Housing Act (March 29, 1994) ...................................................................................1,141

26. Policy Statement on Discrimination in Lending, 59 Fed. Reg. 18,266-74 (April 15, 1994) ..........................................................................................................1,161

27. Memorandum from HUD Deputy Assistant Secretary for Enforcement and Investigations, Office of Fair Housing & Equal Opportunity, Redelegation of Authority to Make Determinations Under the Fair Housing Act (October 7, 1994) ...................1,171

28. Brief for HUD Secretary as Respondent, *Mountain Side Mobile Estates P'ship v. HUD*, 56 F.3d 1243 (10th Cir. 1995) (No. 94-9509)..............................................................1,191

29. Petition for Rehearing for HUD Secretary as Respondent, *Mountain Side Mobile Estates P'ship v. HUD*, 56 F.3d 1243 (10th Cir. 1995) (No. 94-9509).....................................1,250

30. HUD, No. 8024.01, *Title VIII Complaint Intake, Investigation, and Conciliation Handbook*, Sections 3.5A and 7-12 (September 1995)..................................................1,269

31. The Secretary of HUD's Regulation of the Federal National Mortgage Association (Fannie Mae) and the Federal Home Loan Mortgage Corporation (Freddie Mac), 60 Fed. Reg. 61,846, 61,867 (December 1, 1995).....................................................................1,278

32. Susan S. Grover, *The Business Necessity Defense in Disparate Impact Discrimination*, 30 Ga. L. Rev. 387 (1996) .........................................................................................1,280

33. Brief for HUD Secretary as Respondent, *Pfaff v. HUD*, 88 F.3d 739 (9th Cir. 1996) (No. 94-70898)...............................................................................................................1,305

34. Fair Housing Enforcement—Occupancy Standards Notice of Statement of Policy, 63 Fed. Reg. 70,256 (December 18, 1998)..............................................................................1,326

35. Peter E. Mahoney, *The End(s) of Disparate Impact: Doctrinal Reconstruction, Fair Housing and Lending Law, and the Antidiscrimination Principle*, 47 Emory L.J. 409 (1998) ...........................................................................................1,329

36. HUD, No. 8024.01, *Title VIII Complaint Intake, Investigation, and Conciliation Handbook*, REV-2, Section 2-4 (May 2005).................................................................1,406

37. H. Res. 1095, 110th Cong., 2d Sess., 154 Cong. Rec. H2280-01 (April 15, 2008) ..........................................................................................................1,453

38. Office of the Comptroller of the Currency, Federal Depository Insurance Corporation, Federal Reserve Board, Office of Thrift Supervision, National Credit Union Administration, The Interagency Fair Lending Examination Procedures, Appendix, http://www.federalreserve.gov/boarddocs/caletters/2009/0906/09-06_attachment.pdf (August 2009) ..................................................................................................1,456

39. Robert G. Schwemm and Sara K. Pratt, Nat'l Fair Hous. Alliance, Disparate Impact Under the Fair Housing Act: A Proposed Approach (December 2009) .......................1,492

40. Brief for the United States as Amicus Curiae, *Ojo v. Farmers Group, Inc., et al.*, 600 F.3d 1205 (9th Cir. 2010) (en banc) (No. 06-55522).............................................1,534

41. Robert G. Schwemm, Housing Discrimination Law and Litigation, §§ 10:4 – 10:7 (2010) ...................................................................................................1,567

42. Robert G. Schwemm & Jeffrey L. Taren, *Discretionary Pricing, Mortgage Discrimination and the Fair Housing Act*, 45 Harv. C.R.-C.L. L. Rev. 375 (2010) ......................................................................1,600

43. Equal Employment Opportunity Commission, Definition of "Reasonable Factors Other Than Age" Under the Age Discrimination in Employment Act, Notice of Proposed Rulemaking, 75 Fed. Reg. 7,212-18 (February 18, 2010) ..........................................1,660

44. Memorandum from HUD Deputy Assistant Secretary for Enforcement and Programs, Office of Fair Housing & Equal Opportunity, Assessing Claims of Housing Discrimination Under the Fair Housing Act & the Violence Against Women Act (February 9, 2011) ................................................................................................1,668

45. Brief for the United States as Amicus Curiae, *Mt. Holly Gardens Citizens in Action, Inc. v. Twp. of Mt. Holly*, 658 F.3d 375 (3d Cir. 2011) (No. 11-1159) ..............................1,684

46. Brief for the United States as Amicus Curiae, *Magner v. Gallagher*, 132 S. Ct. 1306 (2012) (No. 10-1032).........................................................................1,716

47. Brief of Amici Curiae Henry Cisneros, former HUD Secretary, et al., *Magner v. Gallagher*, 132 S. Ct. 1306 (2012) (No. 10-1032) ....................................1,765

48. Equal Employment Opportunity Commission, Disparate Impact and Reasonable Factors Other Than Age Under the Age Discrimination in Employment Act, Final Rule, 77 Fed. Reg. 19,080-95 (March 30, 2012) .............................................................................1,793

49. Consumer Financial Protection Bureau Bulletin 2012-04 (April 18, 2012) ......................................................................................................1,810