IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) SHAUN DONOVAN, in his official capacity as ) Secretary of Housing and Urban Development, ) and UNITED STATES DEPARTMENT OF ) HOUSING AND URBAN DEVELOPMENT, ) ) Defendants. ) | Case No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve<br><br>Magistrate Judge Susan E. Cox |

### CERTIFICATION

I, Jeanine M. Worden, Associate General Counsel for Fair Housing, Office of General Counsel, United States Department of Housing and Urban Development (HUD), certify that, to the best of my knowledge, the attached documents constitute a true and accurate copy of the administrative record for the rule entitled Implementation of the Fair Housing Act's Discriminatory Effects Standard, 78 Fed. Reg. 11,460 (February 15, 2013), which is at issue in the above-captioned case.

Date: 02-04-2014

_Jeanine Worden_
Jeanine M. Worden
Associate General Counsel
  for Fair Housing
Office of General Counsel
U.S. Department of Housing and
  Urban Development