*IN THE UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION*

| | | |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-08564 |
| v. | ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

## DECLARATION OF ROBERT GORDON

I, Robert Gordon, declare as follows:

1.      I am the Senior Vice President for Policy Development and Research at the Property Casualty Insurers Association of America ("PCI").

2.      PCI is an Illinois not-for-profit corporation with its headquarters in Chicago, Illinois. It is a trade association of property and casualty insurers representing more than 1,000 member companies.

3.      PCI's members provide homeowners insurance, subject to state insurance regulations, in every state of the United States.

4.      PCI's mission is to promote and protect the viability of a competitive private insurance market for the benefit of consumers and insurers. PCI advocates on behalf of its members on policy issues at the state and federal levels and provides its members with

4096ActiveUS 119457245v.11

information relevant to legal and public policy developments affecting the property and casualty insurance industry.

5.  On February 15, 2013, the Department of Housing and Urban Development ("HUD") promulgated a final rule interpreting the Fair Housing Act to prohibit practices that result in a disparate impact on protected groups of people, regardless of whether there is an intent to discriminate. *See* 78 Fed. Reg. 11460 (Feb. 15, 2013) ("Rule"). The Rule indicates that it applies to providers of homeowners insurance. *See* 78 Fed. Reg. at 11475.

6.  PCI and its fellow insurance industry trade associations submitted comments as part of the rulemaking explaining the impact of the proposed rule on insurers. *See* Comments of the Property Casualty Insurers Association of America (Jan. 17, 2012) (A.R. 552-556); Comments of the National Association of Mutual Insurance Companies (Jan. 17, 2012) (A.R. 371-383); Comments of the American Insurance Association (Jan. 17, 2011) (A.R. 454-459).

7.  PCI and its member companies have expended substantial resources analyzing the Rule and potential compliance with the Rule. If the Rule is not set aside, PCI and its member companies will continue to expend substantial resources analyzing these issues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February, 2014.

Robert Gordon
Property Casualty Insurance Association of America

-2-

02/13/2014 20:55 2397686049 HAMPTON INN AIRPORT PAGE 03

## CERTIFICATE OF SERVICE

I hereby certify that, on February 14, 2014, I electronically filed the foregoing document

with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using

the CM/ECF system, which sent notification of such filing to counsel of record in this case.


      s/ Seth P. Waxman

     Seth P. Waxman
     WILMER CUTLER PICKERING HALE AND
     DORR LLP
     1875 Pennsylvania Avenue, NW
     Washington, DC 20006
     Tel.: (202) 663-6000
     Fax: (202) 663-6363
     Email: seth.waxman@wilmerhale.com