UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF OF HOUSING AND URBAN DEVELOPMENT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 1:13-cv-08564 |

**CONSENT MOTION TO MODIFY BRIEFING SCHEDULE**

Defendants Shaun Donovan, in his official capacity as Secretary of Housing and Urban Development, and the United States Department of Housing and Urban Development ("HUD"), through undersigned counsel, hereby move to modify the briefing schedule in this case to (1) extend, by one week, Defendants' deadline to respond to the Complaint and to Plaintiff's Motion for Summary Judgment, up to and including April 4, 2014; (2) to provide Plaintiff with a commensurate amount of additional time to file their opposition/reply, up to and including May 16, 2014; and (3) to extend Defendants' deadline for filing a reply, up to and including June 13, 2014, to reflect these alterations.

Under the current briefing schedule for cross-dispositive motions, Defendants' response to the Complaint and opposition to Plaintiff's Motion for Summary Judgment is due on March 28, 2014. Plaintiff's combined opposition/reply is due five weeks after Defendants' opening motion, and Defendants' reply is due four weeks thereafter. Defendants respectfully request that the deadline for filing of their opening motion and opposition to Plaintiff's motion be extended

by one week, until April 4, 2014. At Plaintiff's request, Defendants also ask that the briefing schedule be modified to extend Plaintiff's deadline for filing a combined opposition/reply until May 16, 2014, giving Plaintiff one additional week to respond; and Defendants ask that their deadline for filing a reply be extended by two weeks (*i.e.*, a period of time commensurate with the proposed extension of prior deadlines), or until June 13, 2014.

This motion is supported by good cause, including the fact that undersigned counsel has been required to devote significant time to other litigation matters, including obligations that were unanticipated at the time the parties originally proposed a briefing schedule. A one-week extension is necessary to allow Defendants to adequately address Plaintiff's multiple challenges to HUD's rule concerning disparate impact claims under the Fair Housing Act. Plaintiff's counsel has consented to the relief sought in this motion.

Dated: March 18, 2014         Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ZACHARY T. FARDON
United States Attorney

RACHEL J. HINES
Assistant Branch Director

 /s/ Kyle R. Freeny
KYLE R. FREENY (Cal. Bar No. 247857)
DANIEL P. MOSTELLER (DC Bar No. 980802)
U.S. Department of Justice
20 Massachusetts Ave., N.W.
Washington, DC 20001
Tel: (202) 514-5108/Fax: (202) 616-8470
Email: Kyle.Freeny@usdoj.gov
*Counsel for Defendants*