UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF OF HOUSING AND URBAN DEVELOPMENT,<br><br>              Defendants. | No. 1:13-cv-08564 |

**[Proposed] ORDER**

Upon consideration of Defendants' Consent Motion to Modify Briefing Schedule, it is hereby

ORDERED that Defendants' Consent Motion is GRANTED; and it is

FURTHER ORDERED that the briefing schedule for cross-dispositive motions in this case is hereby modified as follows:

- Defendants' response to Plaintiff's Motion for Summary Judgment and cross-motion shall be filed by April 4, 2014;

- Defendants shall answer or otherwise respond to the Complaint by April 4, 2014;

- Plaintiff's combined opposition and reply shall be filed by May 16, 2014; and

- Defendants' reply shall be filed by June 13, 2014.

SO ORDERED this _____ day of March 2014.

_____
U.S. DISTRICT JUDGE AMY J. ST. EVE