## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Property Casualty Insurers Association of America
                Plaintiff,

v.                  Case No.: 1:13−cv−08564
                  Honorable Amy J. St. Eve

Shaun Donovan, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2014:

  MINUTE entry before the Honorable Amy J. St. Eve: Defendants' consent motion to modify briefing schedule [23] is granted. Defendants' response to plaintiff's motion for summary judgment and cross−motion shall be filed by 4/4/14. Defendants shall answer or otherwise plead to the complaint by 4/4/14. Plaintiff's combined opposition and reply shall be filed by 5/16/14. Defendants' reply shall be filed by 6/13/14. Status hearing set for 8/7/14 is stricken and reset to 8/26/14 at 8:30 a.m. No appearance is required on the 3/24/14 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.