# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) ) | |
| Plaintiff, ) | Case No. 1:13-cv-08564 |
| v. ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. ) ) | |

## NOTICE OF MOTION

**TO:** PLEASE SEE ATTACHED CERTIFICATE OF SERVICE.

**PLEASE TAKE NOTICE** that on **Monday, March 31, 2014 at 8:30 a.m.,** or as soon thereafter as I may be heard, I shall appear before the **Honorable Judge St. Eve** or any judge sitting in her stead in **Courtroom 1241** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following **Unopposed Motion of the American Civil Liberties Union, the American Civil Liberties Union of Illinois, the Chicago Area Fair Housing Alliance, the Chicago Lawyers' Committee for Civil Rights Under Law, the Lawyers' Committee for Civil Rights Under Law, National Fair Housing Alliance, the NAACP Legal Defense & Educational Fund, Inc., the National Community Reinvestment Coalition, the National Consumer Law Center, and the National Fair Housing Alliance for Leave to File a Brief** *Amicus Curiae,* copies of which are attached and hereby served on you.

Dated: March 25, 2014

/s/ Elizabeth Shuman-Moore

Elizabeth Shuman-Moore
(Atty. no. 6183639)
CHICAGO LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
100 North LaSalle Street, Suite 600
Chicago, IL 60602
Telephone: (312) 630-9744
Email: bshuman-moore@clccrul.org

Attorney for *Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2014, I filed the foregoing document entitled **Unopposed Motion of the American Civil Liberties Union, the American Civil Liberties Union of Illinois, the Chicago Area Fair Housing Alliance, the Chicago Area Fair Housing Alliance, the Chicago Lawyers' Committee for Civil Rights Under Law, the Lawyers' Committee for Civil Rights Under Law, National Fair Housing Alliance, the NAACP Legal Defense & Educational Fund, Inc., the National Community Reinvestment Coalition, the National Consumer Law Center, and the National Fair Housing Alliance for Leave to File a Brief** *Amicus Curiae* via the Court's CM/ECF system, which shall send notice to the following counsel of record:

Rowe W. Snider
Ashlee M. Knuckey
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606

Randolph D. Moss
Seth P. Waxman
Brian M. Boynton
Matthew J. Tokson
Lynn Eisenberg
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, D.C. 20006

Kyle R. Freeny
Daniel P. Mosteller
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW, Suite 6109
Washington, D.C. 20001

                                            */s/ Elizabeth Shuman-Moore*
                                            Elizabeth Shuman-Moore
                                            CHICAGO LAWYERS' COMMITTEE FOR
                                            CIVIL RIGHTS UNDER LAW
                                            Attorney for *Amici Curiae*