UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF OF HOUSING AND URBAN DEVELOPMENT, <br><br> Defendants. | No. 1:13-cv-08564 <br><br> Judge Amy J. St. Eve |

### [Proposed] ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment, Defendants' Motion to Dismiss and/or for Summary Judgment, and any memoranda submitted in support thereof and opposition thereto, and the record in its entirety, it is hereby

OREDERED that Plaintiff's Motion is DENIED, and it is

FURTHER ORDERED that Defendants' Motion is GRANTED.

SO OREDERED this ____ day of _____, 2014

_____
U.S. DISTRICT COURT JUDGE AMY J. ST. EVE