UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF OF HOUSING AND URBAN DEVELOPMENT,<br><br>                Defendants. | No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve |

**DEFENDANTS' MOTION TO DISMISS AND/OR
FOR SUMMARY JUDGMENT**

Defendants United States Department of Housing and Urban Development ("HUD") and Shaun Donovan, in his official capacity as Secretary of Housing and Urban Development, hereby move pursuant to Federal Rule of Civil Procedure 12(b) to dismiss Plaintiff's Complaint in the above-captioned action, or in the alternative, for summary judgment pursuant to Federal Rule of Civil Procedure 56. As set forth in the Memorandum of Points and Authorities submitted herewith, Defendants are entitled to dismissal of Plaintiff's action for lack of jurisdiction. In the alternative, Defendants are entitled to dismissal and/or summary judgment because the agency regulation at issue in this case, entitled "Implementation of the Fair Housing Act's Discriminatory Effects Standard," 78 Fed. Reg. 11,460 (Feb. 15, 2013), is not, as a matter of law, "arbitrary [and] capricious" or "otherwise not in accordance with law." 5 U.S.C. § 706(2). A proposed order and Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1 are attached.

| | |
|---|---|
| Dated: April 4, 2014 | Respectfully submitted, |
| | STUART F. DELERY<br>Assistant Attorney General |
| | JOCELYN SAMUELS<br>Acting Assistant Attorney General |
| | ZACHARY T. FARDON<br>United States Attorney |
| DAMON Y. SMITH<br>Acting General Counsel | RACHEL J. HINES<br>Assistant Branch Director |
| MICHELLE ARONOWITZ<br>Deputy General Counsel for<br>  Enforcement and Fair Housing | Federal Programs Branch |
| JEANINE M. WORDEN | /s/ Kyle R. Freeny<br>KYLE R. FREENY (Cal. Bar No. 247857) |
| Associate General Counsel<br>  for Fair Housing | DANIEL P. MOSTELLER (DC Bar No. 980802)<br>Attorneys |
| KATHLEEN M. PENNINGTON | U.S. Department of Justice |
| Assistant General Counsel<br>  for Fair Housing Enforcement | 20 Massachusetts Ave., N.W.<br>Washington, DC 20001 |
| M. CASEY WEISSMAN-VERMEULEN | Tel: (202) 514-5108/Fax: (202) 616-8470 |
| AYELET R. WEISS | Email: Kyle.Freeny@usdoj.gov |
| Attorneys | |
| *Of counsel* | *Counsel for Defendants* |