# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | |
| Plaintiff, | Case No. 1:13-cv-08564 |
| v. | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | Magistrate Judge Susan E. Cox |
| Defendants. | |

## NOTICE OF FILING

**TO:** PLEASE SEE ATTACHED CERTIFICATE OF SERVICE.

**PLEASE TAKE NOTICE** that on April 18, 2014, we filed with the United States District Court for the Northern District of Illinois the attached **Brief of the American Civil Liberties Union, the American Civil Liberties Union of Illinois, the Chicago Area Fair Housing Alliance, the Chicago Lawyers' Committee for Civil Rights Under Law, Inc., LatinoJustice PRLDEF, the Lawyers' Committee for Civil Rights Under Law, the National Association for the Advancement of Colored People and the NAACP Milwaukee Branch, the NAACP Legal Defense & Educational Fund, Inc., the National Community Reinvestment Coalition, the National Consumer Law Center, the National Fair Housing Alliance, the National Housing Law Project, the Poverty & Race Research Action Council, and the Sherman Park Community Association as Amici Curiae in Support of Defendants' Motion to Dismiss and/or for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment**, and **Appendix with Amici Statements of Interest,** copies of which are attached and hereby served on you.

Dated: April 18, 2014

 */s/ Elizabeth Shuman-Moore*
 Elizabeth Shuman-Moore
 (Atty. no. 6183639)
 CHICAGO LAWYERS' COMMITTEE FOR
 CIVIL RIGHTS UNDER LAW
 100 North LaSalle Street, Suite 600
 Chicago, IL 60602
 Telephone: (312) 630-9744

Email:  bshuman-moore@clccrul.org
Attorney for *Amici Curiae*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 18, 2014, I filed the foregoing document via the Court's CM/ECF system, which shall send notice to the following counsel of record:

Rowe W. Snider
Ashlee M. Knuckey
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606

Randolph D. Moss
Seth P. Waxman
Brian M. Boynton
Matthew J. Tokson
Lynn Eisenberg
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, D.C. 20006

Kyle R. Freeny
Daniel P. Mosteller
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW, Suite 6109
Washington, D.C. 20001

*/s/ Elizabeth Shuman-Moore*
Elizabeth Shuman-Moore
CHICAGO LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
Attorney for *Amici Curiae*