# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:13-cv-08564 |
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA<br>Plaintiff<br>v<br>SHAUN DONOVAN, in his official capacity | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Amici

| | |
|---|---|
| NAME (Type or print)<br>Ruth Merewyn Greenwood | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] | |
| FIRM<br>Chicago Lawyers' Committee for Civil Rights Under Law, Inc. | |
| STREET ADDRESS<br>100 N LaSalle St, Suite 600 | |
| CITY/STATE/ZIP<br>Chicago IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6310903 | TELEPHONE NUMBER<br>312-630-9744 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |