**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) | |
| Plaintiff, | ) | Case No. 1:13-CV-08564 |
| | ) | |
| vs. | ) | Judge Amy J. St. Eve |
| | ) | |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | ) ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

**NOTICE OF MOTION**

*To:*     See attached Service List

**Please take notice** that on Wednesday, May 21, 2014, at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge St. Eve or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1241, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion for Leave to File Brief Amicus Curiae, which is hereby served upon you.

s/ Kevin W. Baldwin
Kevin W. Baldwin 6277070
Attorney for Proposed Amicus Curiae,
State of Oklahoma ex rel. John D. Doak,
Insurance Commissioner

**PROOF OF SERVICE**

I, Kevin W. Baldwin, attorney of record, certify that I shall serve this notice, and any referenced motions, exhibits and proposed orders, by e-filing notice (CM/ECF), or via First Class U.S. Mail, postage prepaid, as indicated on the attached Service List, to the named parties therein on May 15, 2014.

s/ Kevin W. Baldwin

Kevin W. Baldwin 6277070
Daley Mohan Groble, P.C.
55 West Monroe Street, Suite 1600
Chicago, Illinois 60603
312-422-9999
312-422-5370 Fax

**Service List**

| | | |
|---|---|---|
| **Chicago Lawyers' Committee for Civil Rights Under Law, Inc.**<br>*(Amicus)* | represented by | **Ruth Merewyn Greenwood**<br>Chicago Lawyers' Committee For Civil Rights Under Law<br>100 North Lasalle St<br>Suite 600<br>Chicago, IL 60602<br>(202) 560-0590<br>rgreenwood@clccrul.org<br>*Via CM/ECF* |
| | | **Elizabeth Shuman Moore**<br>Chicago Lawyers' Committee for Civil Rights<br>100 North LaSalle Street<br>Suite 600<br>Chicago, IL 60602-2403<br>(312) 630-9744<br>bshuman-moore@clccrul.org<br>*Via CM/ECF* |
| **Shaun Donovan**<br>in his official capacity as Secretary of Housing and Urban Development<br><br>*(Defendant)* | represented by | **Kyle R. Freeny**<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>20 Massachusetts Ave, NW<br>Suite 6109<br>Washington, DC 20001<br>202 514 5108<br>kyle.freeny@usdoj.gov<br>*Via CM/ECF* |
| | | **Daniel Paul Mosteller**<br>U.s. Dept. Of Justice, Civil Rights Division, Housing Sect<br>950 Pennsylvania Ave Nw Nwb<br>Washington, DC 20530<br>(202) 305-0053<br>daniel.mosteller@usdoj.gov<br>*Via CM/ECF* |

| | | |
|---|---|---|
| **Property Casualty Insurers Association of America** <br><br> *(Plaintiff)* | represented by | **Brian M. Boynton** <br> Wilmer Cutler Pickering Hale And Dorr Llp <br> 1875 Pennsylvania Ave., N.w. <br> Washington, DC 20006 <br> (202) 663-6044 <br> brian.boynton@wilmerhale.com <br> *Via CM/ECF* <br><br> **Lynn Eisenberg** <br> Wilmer Cutler Pickering Hale And Dorr Llp <br> 1875 Pennsylvania Ave., N.w. <br> Washington, DC 20006 <br> (202) 663-6809 <br> lynn.eisenberg@wilmerhale.com <br> *Via CM/ECF* <br><br> **Ashlee Marie Knuckey** <br> Locke Lord LLP <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 443-0694 <br> (312) 896-6694 (fax) <br> aknuckey@lockelord.com <br> *Via CM/ECF* <br><br> **Randolph D. Moss** <br> Wilmer Cutler Pickering Hale And Dorr Llp <br> 1875 Pennsylvania Ave., N.w. <br> Washington, DC 20006 <br> (202) 663-6640 <br> randolph.moss@wilmerhale.com <br> *Via CM/ECF* <br><br> **Rowe W. Snider** <br> Locke Lord LLP <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 443-0700 <br> rsnider@lockelord.com <br> *Via CM/ECF* |

**Matthew J. Tokson**
Wilmer Cutler Pickering Hale And Dorr Llp
1875 Pennsylvania Ave., N.w.
Washington, DC 20006
(202) 663-6783
matthew.tokson@wilmerhale.com
*Via CM/ECF*

**Seth P Waxman**
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202)663-6000
seth.waxman@wilmerhale.com
*Via CM/ECF*

| | | |
|---|---|---|
| **United States Department of Housing and Urban Development**<br><br>*(Defendant)* | represented by | **AUSA**<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604<br>USAILN.ECFAUSA@usdoj.gov<br>*Via CM/ECF* |

**Kyle R. Freeny**
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave, NW
Suite 6109
Washington, DC 20001
202 514 5108
kyle.freeny@usdoj.gov
*Via CM/ECF*

**Daniel Paul Mosteller**
U.s. Dept. Of Justice, Civil Rights Division, Housing Sect
950 Pennsylvania Ave Nw Nwb
Washington, DC 20530
(202) 305-0053
daniel.mosteller@usdoj.gov
*Via CM/ECF*