### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Property Casualty Insurers Assoc. | ) | Case No: 13 C 8564 |
| v. | ) ) ) | Judge Amy J. St. Eve |
| Donovan et al. | ) | |

### ORDER

Motions for leave to appear pro hac vice by Christopher Wolek and Michael Womack on behalf of amicus curiae State of Oklahoma, ex rel. John D. Doak, Insurance Commissioner [37][38] are granted.

**Dated:** May 16, 2014     ENTERED

_____
**AMY J. ST. EVE**
**United States District Court Judge**