**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:13-CV-08564 |
| vs. ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ) ) ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. ) | |

<u>**NOTICE OF FILING**</u>

**TO:** PLEASE SEE ATTACHED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** THAT ON May 30, 2014, we filed with the United States District Court for the Northern District of Illinois the attached **Brief of the State of Oklahoma ex rel. John D. Doak, Insurance Commissioner, as Amicus Curiae in Support of Plaintiff's Motion for Summary Judgment and in Opposition to Defendant's Motion to Dismiss and/or Motion for Summary Judgment**, copies of which are attached and hereby served on you.

Dated: May 30, 2014

   /s Christopher D. Wolek
Christopher D. Wolek, OBA #19612
Michael P. Womack, OBA #20895
GIBBS, ARMSTRONG, BOROCHOFF,
     MULLICAN & HART, P.C.
601 South Boulder Avenue, Suite 500
Tulsa, Oklahoma 74119
Telephone: 918-587-3939
Facsimile: 918-582-5504

AND

Kevin W. Baldwin
DALEY MOHAN GROBLE, P.C.
55 West Monroe Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312)422-6527
Facsimile: 312-422-5370

**ATTORNEYS FOR AMICUS CURIAE**

**PROOF OF SERVICE**

    I, Christopher D. Wolek, attorney of record, certify that I shall serve this notice, and any referenced motions, exhibits and proposed orders, by e-filing notice (CM/ECF), or via First Class U.S. Mail, postage prepaid, as indicated on the attached Service List, to the named parties therein on May 30, 2014.

   /s Christopher D. Wolek
Christopher D. Wolek, OBA #19612
GIBBS, ARMSTRONG, BOROCHOFF,
     MULLICAN & HART, P.C.
601 South Boulder Avenue, Suite 500
Tulsa, Oklahoma 74119
Telephone: 918-587-3939
Facsimile: 918-582-5504

Service List

**Ruth Merewyn Greenwood**
Chicago Lawyers' Committee For Civil Rights Under Law
100 North Lasalle St, Suite 600
Chicago, IL 60602
(202) 560-0590
rgreenwood@clccrul.org
*Via CM/ECF*

**Elizabeth Shuman Moore**
Chicago Lawyers' Committee for Civil Rights
100 North LaSalle Street, Suite 600
Chicago, IL 60602-2403
(312) 630-9744
bshuman-moore@clccrul.org
*Via CM/ECF*

**Attorneys for *Amicus* Chicago Lawyers' Committee for Civil Rights Under Law, Inc., et al.**

**Kyle R. Freeny**
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave, NW, Suite 6109
Washington, DC 20001
202 514 5108
kyle.freeny@usdoj.gov
*Via CM/ECF*

**Daniel Paul Mosteller**
U.s. Dept. Of Justice
Civil Rights Division, Housing Sect
950 Pennsylvania Ave Nw Nwb
Washington, DC 20530
(202) 305-0053
daniel.mosteller@usdoj.gov
*Via CM/ECF*

**Attorneys for Defendants Shaun Donovan in his official capacity as Secretary of Housing and Urban Development, and United States Department of Housing and Urban Development**

**Brian M. Boynton**
Wilmer Cutler Pickering Hale And Dorr, LLP
1875 Pennsylvania Ave., N.w.
Washington, DC 20006
(202) 663-6044
brian.boynton@wilmerhale.com
*Via CM/ECF*

**Lynn Eisenberg**
Wilmer Cutler Pickering Hale And Dorr, LLP
1875 Pennsylvania Ave., N.w.
Washington, DC 20006
(202) 663-6809
lynn.eisenberg@wilmerhale.com
*Via CM/ECF*

**Ashlee Marie Knuckey**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0694
(312) 896-6694 (fax)
aknuckey@lockelord.com
*Via CM/ECF*

**Randolph D. Moss**
Wilmer Cutler Pickering Hale And Dorr, LLP
1875 Pennsylvania Ave., N.w.
Washington, DC 20006
(202) 663-6640
randolph.moss@wilmerhale.com
*Via CM/ECF*

**Rowe W. Snider**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
rsnider@lockelord.com
*Via CM/ECF*

**Matthew J. Tokson**
Wilmer Cutler Pickering Hale And Dorr, LLP
1875 Pennsylvania Ave., N.w.
Washington, DC 20006
(202) 663-6783
matthew.tokson@wilmerhale.com
*Via CM/ECF*

**Seth P Waxman**
Wilmer Cutler Pickering Hale and Dorr, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202)663-6000
seth.waxman@wilmerhale.com
*Via CM/ECF*

**Attorneys for Plaintiff Property Casualty Insurers Association of America**