# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) ) Plaintiff, ) ) v. ) ) SHAUN DONOVAN, in his official capacity as ) Secretary of Housing and Urban Development, ) and the UNITED STATES DEPARTMENT OF ) OF HOUSING AND URBAN DEVELOPMENT, ) ) Defendants. ) ) | No. 1:13-cv-08564 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Defendants Shaun Donovan, in his official capacity as Secretary of Housing and Urban Development, and the United States Department of Housing and Urban Development ("HUD"), through undersigned counsel, hereby move to extend by one week, up to and including June 20, 2014, Defendants' deadline to file a reply brief in support of their Motion for Summary Judgment.

This motion is supported by good cause, in particular the need for adequate time to consider how to address an amicus brief recently filed by the Oklahoma Insurance Commissioner. *See* Doc. No. 48. When Defendants were contacted in early May for their position on that filing, Defendants requested that the amicus brief be filed by May 23, 2014, so that Defendants would have three weeks in which to consider and respond to the brief before their reply was due on June 13, 2014. Believing it needed more time, the Oklahoma Insurance Commissioner declined to file by that date, instead requesting and ultimately receiving until May

30, 2014, to file its amicus brief. In that brief, the Oklahoma Insurance Commissioner advanced several different arguments in opposition to the HUD regulation at issue in this case, including arguments not raised in Plaintiff's opposition brief. Having reviewed the brief, Defendants continue to believe that they need three weeks in order to properly consider how to respond to the Commissioner's argument in their reply. Accordingly, Defendants respectfully request that the deadline for the filing of their reply be extended by one week, or until June 20, 2014, to allow Defendants to adequately address both Plaintiff's opposition brief and the amicus brief filed by the Oklahoma Insurance Commissioner. Plaintiff's counsel does not oppose the relief sought in this motion.

Dated: June 4, 2014                           Respectfully submitted,

                                              STUART F. DELERY
                                              Assistant Attorney General

                                              ZACHARY T. FARDON
                                              United States Attorney

                                              RACHEL J. HINES
                                              Assistant Branch Director

                                               /s/ Kyle R. Freeny_____
                                              KYLE R. FREENY (Cal. Bar No. 247857)
                                              DANIEL P. MOSTELLER (DC Bar No. 980802)
                                              U.S. Department of Justice
                                              20 Massachusetts Ave., N.W.
                                              Washington, DC  20001
                                              Tel: (202) 514-5108/Fax: (202) 616-8470
                                              Email:  Kyle.Freeny@usdoj.gov
                                              *Counsel for Defendants*