UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF OF HOUSING AND URBAN DEVELOPMENT,<br><br>                Defendants. | No. 1:13-cv-08564 |

**[Proposed] ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to File Reply Brief, it is hereby

ORDERED that Defendants' Unopposed Motion is GRANTED; and it is

FURTHER ORDERED that Defendants shall have until June 20, 2014, to file a reply brief in support of their Motion for Summary Judgment.

SO ORDERED this _____ day of June 2014.

_____
U.S. DISTRICT JUDGE AMY J. ST. EVE