**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

_____
                                                )
PROPERTY CASUALTY INSURERS                       )
ASSOCIATION OF AMERICA,                          )
                                                )
                        Plaintiff,               )
                                                )        No. 1:13-cv-08564
            v.                                   )
                                                )
SHAUN DONOVAN, in his official capacity as       )
Secretary of Housing and Urban Development,      )
and the UNITED STATES DEPARTMENT OF              )
OF HOUSING AND URBAN DEVELOPMENT,                )
                                                )
                        Defendants.              )
_____)

## NOTICE OF MOTION

To:    Seth P. Waxman
       Brian M. Boynton
       Rowe W. Snider

Please take notice that on Monday, June 9, 2014, at 8:30 am, or as soon thereafter as counsel may be heard, counsel will appear, if necessary, before the Honorable Judge St. Eve in the courtroom usually occupied by her in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or before such other judge who may be sitting in her place and stead, and then and there present the Defendants' Unopposed Motion for Extension of Time to File Reply Brief, at which time and place you may appear, if you see fit.

Dated: June 4, 2014                 Respectfully submitted,

                                    STUART F. DELERY
                                    Assistant Attorney General

                                    ZACHARY T. FARDON
                                    United States Attorney

RACHEL J. HINES
Assistant Branch Director

/s/ Kyle R. Freeny_____
KYLE R. FREENY (Cal. Bar No. 247857)
DANIEL P. MOSTELLER (DC Bar No. 980802)
U.S. Department of Justice
20 Massachusetts Ave., N.W.
Washington, DC  20001
Tel: (202) 514-5108/Fax: (202) 616-8470
Email:  Kyle.Freeny@usdoj.gov

*Counsel for Defendants*