UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:13-cv-08564<br>) |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF OF HOUSING AND URBAN DEVELOPMENT, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

To: Seth P. Waxman
Brian M. Boynton
Rowe W. Snider

Please take notice that on Tuesday, June 10, 2014, at 8:30 a.m., or as soon thereafter as counsel may be heard, counsel will appear, if necessary, before the Honorable Judge St. Eve in the courtroom usually occupied by her in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or before such other judge who may be sitting in her place and stead, and then and there present the Defendants' Unopposed Motion for Extension of Time to File Reply Brief, at which time and place you may appear, if you see fit.

Dated: June 5, 2014                                            Respectfully submitted,

                                                               STUART F. DELERY
                                                               Assistant Attorney General

                                                               ZACHARY T. FARDON
                                                               United States Attorney

RACHEL J. HINES
Assistant Branch Director

*/s/ Kyle R. Freeny*
KYLE R. FREENY (Cal. Bar No. 247857)
DANIEL P. MOSTELLER (DC Bar No. 980802)
U.S. Department of Justice
20 Massachusetts Ave., N.W.
Washington, DC 20001
Tel: (202) 514-5108/Fax: (202) 616-8470
Email: Kyle.Freeny@usdoj.gov

*Counsel for Defendants*