**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Property Casualty Insurers Assoc. | ) ) ) | Case No: 13 C 8564 |
| v. | ) ) | |
| Shaun Donovan et al. | ) ) | Judge Amy J. St. Eve |

## ORDER

    Motions for leave to appear pro hac vice on behalf of Insurance Commissioners for Alabama, Mississippi and Nevada by Maria Elena Abate and Fred Evan Karlinsky [53][54] are granted.

**Dated:** June 9, 2014                    **ENTERED**

                                               _____
                                               **AMY J. ST. EVE**
                                               **United States District Court Judge**