**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case Number: 13-cv-08564

PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, Plaintiff v. SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The American Financial Services Association, the Consumer Mortgage Coalition, the Independent Community Bankers of America and the Mortgage Bankers Association, Amici Curiae

| | |
|---|---|
| NAME (Type or print) TODD E. PENTECOST | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Todd E. Pentecost | |
| FIRM K&L Gates LLP | |
| STREET ADDRESS 70 West Madison Street, Suite 3100 | |
| CITY/STATE/ZIP Chicago, Illinois 60602-4207 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06270419 | TELEPHONE NUMBER (312) 807-4275 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |