IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br><br>    Defendants. | Case No. 13-cv-08564<br><br>Judge Amy J. St. Eve<br><br>Magistrate Judge Susan E. Cox |

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN
SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The American Financial Services Association ("AFSA"), the Consumer Mortgage Coalition ("CMC"), the Independent Community Bankers of America® ("ICBA"), and the Mortgage Bankers Association ("MBA") (collectively, "*amici*") respectfully move for leave to file an *amici curiae* brief (attached hereto as Exhibit 1) in support of the Motion for Summary Judgment filed by plaintiff Property Casualty Insurers Association of America ("Plaintiff") in the above-captioned matter.

As set out in *amici's* proposed brief:

- AFSA is a national trade association for providers of financial services to consumers, including residential mortgage loans. AFSA seeks to promote responsible, ethical lending to informed borrowers and to improve and protect consumers' access to credit.

- CMC is a national trade association comprised of residential mortgage lenders, servicers, and service providers. CMC was formed in 1995 to pursue reform of the mortgage origination process, and their members participate in every stage of the home financing process.

- The ICBA, a national trade association, is the nation's voice for nearly 7,000 community banks of all sizes and charter types. ICBA member community banks seek to improve cities and towns by using local dollars to help families purchase homes and are actively engaged in the business of residential mortgage lending in the communities that they serve.

- The MBA is the national association representing the real estate finance industry, an industry that employs more than 280,000 people in virtually every community in the country. Headquartered in Washington, D.C., the association works to ensure the continued strength of the nation's residential and commercial real estate markets, to expand homeownership, and to extend access to affordable housing to all Americans. Its membership of over 2,200 companies includes all elements of real estate finance, including mortgage companies, mortgage brokers, commercial banks, thrifts, Wall Street conduits, and life insurance companies.

*Amici's* members are subject to Section 805 of the Fair Housing Act (the "FHA"), 42 U.S.C. § 3605, which prohibits discrimination in residential real estate-related transactions, and the proper scope of the FHA is the subject matter of this litigation. *Amici* and their members vigorously support the FHA and strongly oppose discrimination. They have serious concerns that recognition of a disparate-impact theory of liability under the FHA, as asserted by Defendants in the Rule at issue in this litigation, would allow challenges to legitimate business practices, not limited to the insurance industry alone, that themselves raise no inference of unlawful discrimination. *See* 24 C.F.R. §100.500. *Amici* and their members have an interest in the disposition of this case, as Plaintiff's challenge to the subject Rule raises many issues that *amici* and their members themselves face with respect to compliance with the FHA and the regulations implementing it.

This Court has allowed *amicus curiae* participation "in a case in which…the *amicus* has a unique perspective or specific information that can assist the court beyond what the parties can

provide." *Chamberlain Grp. Inc. v. Interlogix, Inc.*, No. 01 CV 6157, 2004 WL 1197258, at *1 (N.D. Ill. May 28, 2004) (citing *Voices for Choices, et al. v. Ill. Bell Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003); *Nat'l Org. for Women, Inc. v. Scheidler*, 223 F.3d 616, 616 (7th Cir. 2000); and *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)). Because of the close involvement of *amici* and their members in the issues raised in this case, *amici*'s participation in this case would provide such perspective. *Amici* thus respectfully submit that their brief will provide the Court insight into the Rule's impact on the consumer lending industry and assist the Court in adjudicating the important questions presented in this case.

Counsel for the *amici* conferred with counsel for the parties on June 6, 2014, and counsel did not provide consent to the filing of *amici*'s brief.

Respectfully submitted,

/s/ Todd E. Pentecost

Todd E. Pentecost (Bar No. 6270419)
K&L GATES LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207
(312) 372-1121
Todd.Pentecost@klgates.com

*Counsel for Amici Curiae*

Dated: June 11, 2014

Paul F. Hancock (*pro hac vice* petition
    pending)
K&L GATES LLP
Southeast Financial Center, Suite 3900
200 South Biscayne Boulevard
Miami, FL 33131-2399
(305) 539-3300
paul.hancock@klgates.com

Andrew C. Glass (*pro hac vice* petition
    pending)
Roger L. Smerage (*pro hac vice* petition
    pending)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
andrew.glass@klgates.com
roger.smerage@klgates.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2014, I caused the foregoing document entitled Motion to File *Amici Curiae* Brief in Support of Plaintiff's Motion for Summary Judgment to be filed via the Court's CM/ECF system, which shall send notice to the following counsel of record for the parties:

    Randolph D. Moss
    Seth P. Waxman
    Brian M. Boynton
    Lynn Eisenberg
    Matthew J. Tokson
    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Ave., N.W.
    Washington, DC 20006

    Rowe W. Snider
    Ashlee Marie Knuckey
    Locke Lord LLP
    111 South Wacker Drive
    Chicago, IL 60606

    Kyle R. Freeny
    U.S. Department of Justice
    Federal Programs Branch
    20 Massachusetts Avenue, N.W.
    Washington, DC 20530

    Daniel P. Mosteller
    U.S. Department of Justice
    Civil Division
    950 Pennsylvania Avenue, N.W.
    Washington, DC 20530-00001

    AUSA
    United States Attorney's Office (NDIL)
    219 South Dearborn Street, Suite 500
    Chicago, IL 60604

                                              /s/ Todd E. Pentecost
                                              Todd E. Pentecost