IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br><br>　　　　Defendants. | Case No. 13-cv-08564<br><br>Judge Amy J. St. Eve<br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

**TO:**　　PLEASE SEE ATTACHED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on **June 18, 2014 at 8:30 a.m.**, or as soon thereafter as I may be heard, I shall appear before the **Honorable Judge St. Eve** or any judge sitting in her stead in **Courtroom 1241** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following **Motion for Leave to File *Amici Curiae* Brief in Support of Plaintiff's Motion for Summary Judgment**, copies of which are attached and hereby served on you.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | /s/ Todd E. Pentecost |
| Paul F. Hancock (*pro hac vice* petition pending) | Todd E. Pentecost (Bar No. 6270419) |
| K&L GATES LLP | K&L GATES LLP |
| Southeast Financial Center, Suite 3900 | 70 West Madison Street |
| 200 South Biscayne Boulevard | Suite 3100 |
| Miami, FL 33131-2399 | Chicago, IL 60602-4207 |
| (305) 539-3300 | (312) 372-1121 |
| paul.hancock@klgates.com | Todd.Pentecost@klgates.com |
|  |  |
| Andrew C. Glass (*pro hac vice* petition pending) | *Counsel for Amici Curiae* |
| Roger L. Smerage (*pro hac vice* petition pending) | Dated: June 11, 2014 |
| K&L GATES LLP |  |
| State Street Financial Center |  |
| One Lincoln Street |  |
| Boston, MA 02111 |  |
| (617) 261-3100 |  |
| andrew.glass@klgates.com |  |
| roger.smerage@klgates.com |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2014, I caused the foregoing document entitled **Notice of Motion** to be filed via the Court's CM/ECF system, which shall send notice to the following counsel of record for the parties:

Randolph D. Moss
Seth P. Waxman
Brian M. Boynton
Lynn Eisenberg
Matthew J. Tokson
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

Rowe W. Snider
Ashlee Marie Knuckey
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606

Kyle R. Freeny
U.S. Department of Justice
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530

Daniel P. Mosteller
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-00001

AUSA
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

                                                       _Todd E. Pentecost_____
                                                      Todd E. Pentecost