UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) ) Plaintiff, ) ) v. ) ) SHAUN DONOVAN, in his official capacity as ) Secretary of Housing and Urban Development, ) and the UNITED STATES DEPARTMENT OF ) OF HOUSING AND URBAN DEVELOPMENT, ) ) Defendants. ) ) | No. 1:13-cv-08564 |

### DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

Defendants respectfully submit this response to the Motion for Leave to File *Amici Curiae* Brief submitted by American Financial Services Association, *et al.* ("AFSA"). *See* Doc. No. 59. AFSA seeks to participate as an amicus to "provide the Court insight into the [challenged] Rule's impact on the consumer lending industry." *Id.* at 3. Specifically, AFSA discusses its "serious concerns" about the "recognition of a disparate-impact theory of liability" under the Fair Housing Act ("FHA"), an issue that is outside the scope of the present litigation. *Id.* at 2.

The brief that AFSA proposes to file is irrelevant to this case, which involves a challenge to the Department of Housing and Urban Development's ("HUD's") "Implementation of the Fair Housing Act's Discriminatory Effects Standard Rule" ("Rule"), solely as applied to homeowners, property and hazard insurance. *See* Compl. at 39 (Prayer for Relief). Plaintiff does not contest HUD's interpretation of the language of the FHA to encompass disparate impact

liability as a general matter. *See* Pl.'s Summ. Judg. Mem. at 1 (Doc. No. 21) ("This case does not seek to vacate HUD's Disparate Impact Rule as a whole. Rather, it is a narrowly targeted challenge to HUD's . . . decision in that Rule to apply a disparate impact standard to homeowners, property, and hazard insurance.")

In contrast, AFSA seeks leave to file an amicus brief that never discusses homeowners insurance and that argues that disparate impact liability, as applied to any housing-related practice, is contrary to the plain language of the FHA. This claim is not before the Court, and the parties have not addressed it in their briefing. *See United States v. Wahchumwah*, 710 F.3d 862, 868 n.2 (9th Cir. 2013) ("Generally, arguments not raised in a party's opening brief are deemed waived, and the court will not consider arguments raised only in amicus briefs.") (internal citation omitted). Moreover, the position advanced in the proposed amicus brief is directly contrary to controlling Seventh Circuit authority. *See Metro. Hous. Dev. Corp. v. Vill. of Arlington Heights*, 558 F.2d 1283, 1290 (7th Cir. 1977). Indeed, the brief that AFSA seeks to file is a copy of an amicus brief filed with the Supreme Court in *Township of Mount Holly v. Mt. Holly Gardens Citizens in Action, Inc.*, No. 11-1507, in which AFSA asked the Supreme Court to overrule Seventh Circuit authority.[1] *See* Doc. No. 59-1, Appx. A at 23 (arguing that the "the Seventh Circuit misread" Supreme Court precedent when it construed the FHA to encompass disparate impact liability).

In short, the proposed amicus brief is irrelevant because it addresses legal issues not raised by either party in this case, does not address the legal issues presented in this case, and will therefore be of no assistance to this Court. *See Voices for Choices v. Ill. Bell Tel. Co.*, 339 F.3d 542, 544-45 (7th Cir. 2003) (Posner, J., opinion in chambers) (noting that the grant or denial

---

[1] The Supreme Court dismissed the writ of certiorari in *Mount Holly*, following a joint stipulation of dismissal.

of leave to file amicus briefs is based on a court's assessment of whether the proposed filings would be appropriate and helpful to the Court).

Dated: June 12, 2014 Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ZACHARY T. FARDON
United States Attorney

RACHEL J. HINES
Assistant Branch Director

 /s/ Kyle R. Freeny
KYLE R. FREENY (Cal. Bar No. 247857)
DANIEL P. MOSTELLER (DC Bar No. 980802)
U.S. Department of Justice
20 Massachusetts Ave., N.W.
Washington, DC 20001
Tel: (202) 514-5108/Fax: (202) 616-8470
Email: Kyle.Freeny@usdoj.gov
*Counsel for Defendants*