# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                  Case Number: 1:13-cv-08564

Property Casualty Insurers Association of America, Plaintiff
v.
Shaun Donovan, in his official capacity as Secretary of Housing
and Urban Development, and United States Department of
Housing and Urban Development, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jim L. Ridling, Commissioner, Alabama Department of Insurance; James L. Donelon, Commissioner, Louisiana Department of Insurance; Mike Chaney, Commissioner, Mississippi Department of Insurance; and Scott J. Kipper, Commissioner, Nevada Department of Insurance, in support of Amicus Curiae, State of Oklahoma, ex. rel., John D. Doak, Insurance Commissioner

| |
|---|
| NAME (Type or print) <br> Maria Elena Abate |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Maria Elena Abate |
| FIRM <br> Colodny Fass Talenfeld Karlinsky Abate & Webb, P.A. |
| STREET ADDRESS <br> 100 S.E. Third Avenue, 23rd Floor |
| CITY/STATE/ZIP <br> Ft. Lauderdale, FL 33394 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 954 492-4010 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |