UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO. 1:13-CV-08564

PROPERTY CASUALTY INSURERS
ASSOCIATION OF AMERICA,

   Plaintiff,

v.

SHAUN DONOVAN, in his official capacity as
Secretary of Housing and Urban Development,
and UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,

   Defendants.

## STATES OF ALABAMA, LOUISIANA, MISSISSIPPI AND NEVADA INSURANCE COMMISSIONERS' MOTION IN SUPPORT OF STATE OF OKLAHOMA, EX REL., JOHN D. DOAK, INSURANCE COMMISSIONER AMICUS CURIAE BRIEF

  Jim L. Ridling, in his official capacity as Commissioner of the Alabama Department of Insurance; James L. Donelon, in his official capacity as Commissioner of the Louisiana Department of Insurance; Mike Chaney, in his official capacity as Commissioner of the Mississippi Department of Insurance; and Scott J. Kipper, in his official capacity as Commissioner of the Nevada Department of Insurance, by and through their undersigned counsel hereby notify this Honorable Court of their support of the State of Oklahoma, ex. rel., John D. Doak, Insurance Commissioner Amicus Curiae Brief ("Oklahoma Amicus Brief") in support of Plaintiff's Motion for Summary Judgment and in Opposition to Defendant's Motion to Dismiss and/or Motion for Summary Judgment, and pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, respectfully request to adopt certain legal arguments set forth below, and as grounds therefore state as follows:

1. Each Commissioner is the state official that, in each respective state, oversees the executive branch agency charged with the regulation of insurance companies for the benefit and protection of the public;

2. The issues before the court in the instant case are of great public importance and have national impact as they affect each individual state's ability to enforce their respective insurance laws and regulations;

3. The Commissioners seek to adopt and incorporate Section IIA, the majority of Section III[1] and the Conclusion Section of the Oklahoma Amicus Brief, as if fully set forth herein;[2,3] and

4. Undersigned counsel has contacted counsel for Plaintiff, PCI, who have no objection to the filing of this Motion. Undersigned counsel has also contacted counsel for Defendant DOJ, who neither objects nor agrees to the filing of the instant Motion.

WHEREFORE, Jim L. Ridling, in his official capacity as Commissioner of the Alabama Department of Insurance; James L. Donelon, in his official capacity as Commissioner of the Louisiana Department of Insurance; Mike Chaney, in his official capacity as Commissioner of

---

[1] The first paragraph of Section III is specific to Oklahoma, and thus, not selected for adoption herein.

[2] In selecting specific sections for adoption the Commissioners are in no way disagreeing with the remainder of the Oklahoma Amicus Brief. However, the omitted sections of the Amicus Brief are specific to Oklahoma law and thus, cannot be adopted in whole.

[3] Nev. Rev. Stat. 686B.050(4) and Nev. Rev. Stat. 686B.060(2) allow for greater discretion for a rate or classification of a risk to be considered unfairly discriminatory even in a competitive market if a rate "clearly fails to reflect equitably the differences in expected losses and expenses"; or if the risk is not classified in a "reasonable way". Nonetheless, Nevada law, like Oklahoma law, does not incorporate disparate impact into the analysis of an unfairly discriminatory rate, and the HUD disparate-impact criteria would conflict with Nevada state law.

the Mississippi Department of Insurance; and Scott J. Kipper, in his official capacity as Commissioner of the Nevada Department of Insurance, hereby respectfully request that the instant Motion be Granted.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on the 12th day of June, 2014, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel on the attached service list.

          MECKLER, BULGER, TILSON, MARICK & PEARSON LLP
Michael Marick, Esq.
mike.marick@mbtlaw.com
Timothy Wright, Esq.
timothy.wright@mbtlaw.com
Local Counsel for AL, LA, MS & NV Insurance Commissioners
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898

COLODNY, FASS, TALENFELD, KARLINSKY, ABATE & WEBB, P.A.
Counsel for AL, LA, MS and NV Ins. Commissioners
One Financial Plaza, 23rd Floor
100 Southeast 3rd Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 492-4010
Facsimile: (954) 492-1144

By: /s/ Maria Elena Abate
MARIA ELENA ABATE (pro hac vice)
Florida Bar No. 770418
mabate@cftlaw.com
FRED E. KARLINSKY (pro hac vice)
Florida Bar No. 0973440
fkarlinsky@cftlaw.com

3

## SERVICE LIST

**Rowe W. Snider, Esq.**
rsnider@lockelord.com
**Ashlee Marie Knuckey, Esq.**
aknuckey@lockelord.com
Counsel for Plaintiff
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606

**Kyle R. Freeny**
kyle.freeny@usdoj.gov
Counsel for Defendants
U.S. Dept. of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave, NW
Suite 6109
Washington, DC 20001

**Elizabeth Shuman Moore, Esq.**
bshuman-moore@clccrul.org
**Ruth Merewyn Greenwood, Esq.**
rgreenwood@clccrul.org
Counsel for Amicus Chicago Lawyers
    Committee for Civil Rights Under
    Law, Inc.
Chicago Lawyers' Committee for
    Civil Rights
100 North LaSalle St., Ste. 600
Chicago, IL 60602

**Kevin William Baldwin, Esq.**
kbaldwin@daleymohan.com
Counsel for Amicus State of Oklahoma
    Ex rel John D. Doak
Daley Mohan Groble PC
55 W. Monroe St., Ste. 1600
Chicago, IL 60603

**Randolph D. Moss, Esq.**
randolph.moss@wilmerhale.com
**Seth P. Waxman, Esq.**
seth.waxman@wilmerhale.com
**Brian M. Boynton, Esq.**
brian.boynton@wilmerhale.com
**Lynn Eisenberg, Esq.**
lynn.eisenberg@wilmerhale.com
**Matthew J. Tokson, Esq.**
matthew.tokson@wilmerhale.com
Counsel for Plaintiff
Wilmer Cutler Pickering et al
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

**Daniel Paul Mosteller**
daniel.mosteller@usdoj.gov
Counsel for Defendants
U.S. Dept. of Justice, Civil Rights Div.
Housing Section
950 Pennsylvania Ave, NW
Washington, DC 20530

**Christopher D. Wolek, Esq.**
cwolek@gabmh.com
**Michael P. Womack, Esq.**
mwomack@gabmh.com
Counsel for Amicus State of Oklahoma
    ex rel John D. Doak
Gibbs, Armstrong, Borochoff et al
601 South Boulder Avenue
Suite 500
Tulsa, OK 74119