**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) | Case No. 1:13-cv-08564 |
| v. | ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) ) | |

## PLAINTIFF'S RESPONSE TO MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

Plaintiff Property Casualty Insurers Association of America ("PCI") respectfully opposes the Motion for Leave to File *Amici Curiae* Brief submitted by American Financial Services Association *et al.* ("AFSA"). *See* Doc. 59. AFSA seeks to file a copy of the amicus curiae brief that it submitted to the Supreme Court in *Township of Mount Holly v. Mt. Holly Gardens Citizens in Action, Inc.*, No. 11-1507. That brief addresses the question presented in *Mount Holly* and thus contends that "Section 804(a) of the Fair Housing Act, 42 U.S.C. § 3604(a), does not authorize a disparate-impact theory of liability and that the statute requires proof of discriminatory intent." Amici Curiae Br. of AFSA at 3, *Township of Mount Holly v. Mt. Holly Gardens Citizens in Action, Inc.*, No. 11-1507.

In this case, although PCI does not concede that the FHA embodies disparate impact liability, PCI has not challenged the lawfulness of disparate impact liability under the Fair Housing Act as a whole. *See* Pl.'s Summ. Judg. Mem. at 1 & n.2 (Doc. No. 21). Rather, PCI's complaint asserts "a narrowly targeted challenge to HUD's unprecedented decision in [the

Disparate Impact] Rule to apply a disparate impact standard to homeowners, property, and hazard insurance." *Id.* Thus, AFSA's proposed brief, prepared for a different case, concerns an issue outside the scope of the present litigation and would provide the Court no assistance in the resolution of the issues presented in this case.

Dated:  June 13, 2014

Respectfully submitted,

By:  /s/ Brian M. Boynton

_____

Seth P. Waxman (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)
Matthew J. Tokson (*pro hac vice*)
Lynn Eisenberg (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 13, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

/s/  Brian M. Boynton_____

Brian M. Boynton

WILMER CUTLER PICKERING HALE AND DORR LLP

1875 Pennsylvania Avenue, NW

Washington, DC 20006

Tel.: (202) 663-6000

Fax: (202) 663-6363

Email:

brian.boynton@wilmerhale.com
