**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| Property Casualty Insurers Assoc. | ) | Case No: 13 C 8564 |
| | ) | |
| v. | ) | |
| | ) | Judge Amy J. St. Eve |
| Shaun Donovan et al. | ) | |

**ORDER**

Motions for leave to appear pro hac vice on behalf of Amici Curiae the American Financial Services Association, the Consumer Mortgage Coalition, the Independent Community Bankers of America, and the Mortgage Bankers Association by Andrew Glass, Paul Hancock and Roger Smerage [68][69][70] are granted.

**Dated:** June 16, 2014                    **ENTERED**

_____

**AMY J. ST. EVE**

**United States District Court Judge**