IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, </br></br> Defendants. | Case No. 1:13-CV-08564 </br></br> Judge Amy St. Eve </br></br> Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

On July 9, 2014, at 8:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Amy St. Eve, Room 1241, or any judge sitting in her stead, in the courtroom usually occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached Motion for Leave to file a Brief as *Amicus Curiae*

June 27, 2014

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By: s/ Stephen M. Soltanzadeh
STEPHEN M. SOLTANZADEH, Bar #6297668
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-2127
FAX: (312) 814-2253
E-MAIL: ssoltanzadeh@atg.state.il.us