## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Property Casualty Insurers Association of America

                                                  Plaintiff,

v.                                                     Case No.: 1:13−cv−08564
                                                       Honorable Amy J. St. Eve

Shaun Donovan, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: Motions for leave to file amicus curiae briefs [59][64][76] are granted. No appearance is required on the 7/9/14 notice motion. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.