IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) | Case No. 1:13-cv-08564 |
| v. | ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) ) | |

### UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO THE BRIEF OF THE STATE OF ILLINOIS AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS

Plaintiff Property Casualty Insurers Association of America ("PCI") respectfully requests leave to file the attached response to the *amicus curiae* brief submitted by the State of Illinois on July 7, 2014. *See* Dkt. No. 80. Counsel for Defendants has indicated that Defendants do not oppose this motion.

Illinois's *amicus* brief was filed after the close of briefing on the parties' cross-motions for summary judgment and the Defendants' motion to dismiss. As a result, PCI has had no chance to respond to the arguments raised in that brief. By contrast, Defendants were able to respond to the *amici* supporting PCI. *See* Dkt. 74 at 6, 8, 14 (addressing arguments raised in the *amicus* brief filed by Oklahoma and joined by Alabama, Louisiana, Mississippi, and Nevada in support of plaintiff). Illinois itself suggested that permitting PCI to file a short reply would cure any prejudice to PCI from Illinois's filing after the close of briefing. Dkt. No. 76 ¶ 8. As Illinois noted, other courts have granted parties the chance to respond to *amicus* briefs filed after the

close of briefing.  *Id.* (citing *Andersen v. Leavitt*, 2007 WL 2343672, at *6 (E.D.N.Y. Aug. 13, 2007)).  PCI should be afforded the same opportunity.  Granting PCI leave to file its short response attached to this motion would not delay the resolution of this case or prejudice any party.

   THEREFORE, PCI respectfully requests that this Court grant its unopposed motion for leave to file the attached response to the *amicus curiae* brief of the State of Illinois.

Dated:  July 8, 2014

                     Respectfully submitted,

                     By:  /s/ Seth P. Waxman
                     _____

Seth P. Waxman (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)
Matthew J. Tokson (*pro hac vice*)
Lynn Eisenberg (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on July 8, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

      /s/ Seth P. Waxman
Seth P. Waxman
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: seth.waxman@wilmerhale.com