**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SHAUN DONOVAN, in his official capacity as )<br>Secretary of Housing and Urban Development, )<br>and UNITED STATES DEPARTMENT OF )<br>HOUSING AND URBAN DEVELOPMENT, )<br>)<br>Defendants. ) | Case No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve<br><br>Magistrate Judge Susan E. Cox |

**NOTICE OF MOTION**

TO:   All Attorneys of Record on the Attached Certificate of Service

PLEASE TAKE NOTICE that on **Monday, July 14, 2014** at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Amy J. St. Eve, in Room 1241, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any Judge who may be sitting in her stead, and then and there present Plaintiff's "UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO THE BRIEF OF THE STATE OF ILLINOIS AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS."

-2-

Dated: July 8, 2014

          Respectfully submitted,

          By: /s/ Seth P. Waxman
          _____

          Seth P. Waxman (*pro hac vice*)
          Brian M. Boynton (*pro hac vice*)
          Matthew J. Tokson (*pro hac vice*)
          Lynn Eisenberg (*pro hac vice*)
          WILMER CUTLER PICKERING HALE AND DORR LLP
          1875 Pennsylvania Avenue, NW
          Washington, DC 20006
          Tel.: (202) 663-6000
          Fax: (202) 663-6363
          E-mail: seth.waxman@wilmerhale.com

          Rowe W. Snider (# 03125194)
          Ashlee M. Knuckey (# 6300237)
          LOCKE LORD LLP
          111 South Wacker Drive
          Chicago, IL 60606
          Tel.: (312) 443-0700
          Fax: (312) 896-0336
          Email: rsnider@lockelord.com

          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 8, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

    /s/ Seth P. Waxman
Seth P. Waxman
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: seth.waxman@wilmerhale.com