## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Property Casualty Insurers Association of America

                                  Plaintiff,

v.                                                                   Case No.: 1:13−cv−08564
                                                                    Honorable Amy J. St. Eve

Shaun Donovan, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2014:

       MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's motion for leave to file a response to the brief of the State of Illinois as Amicus Curiae in support of defendants [81] is granted. Counsel shall separately file the response brief upon receipt of this order. No appearance is required on the 7/14/14 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.