IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-08564 |
| v. | ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

**PLAINTIFF PCI'S REQUEST FOR ORAL ARGUMENT**

Plaintiff Property Casualty Insurers Association of America ("PCI") respectfully requests oral argument on the parties' cross-motions for summary judgment and Defendants' motion to dismiss. *See* Local Rule 78.3. The motions are now fully briefed. PCI has filed a brief in support of its motion for summary judgment (Dkt. No. 21), a statement of undisputed material facts (Dkt. No. 21-1), supporting declarations (Dkt. Nos. 21-2 & 44-2-5), a response and reply brief (Dkt. No. 44), a response to Defendants' statement of undisputed material facts (Dkt. No. 44-1), and a response to Illinois's amicus brief (Dkt. No. 84). Defendants have filed a brief in support of their cross-motion for summary judgment and motion to dismiss and in opposition to PCI's motion for summary judgment (Dkt. No. 29/31), a response to PCI's statement of undisputed facts (Dkt. No. 29-1), a statement of undisputed material facts (Dkt. No. 30-2), and a reply brief (Dkt. No. 74). Four *amicus curiae* briefs have been filed (Dkt. Nos. 33, 48, 79 & 80).

These filings raise numerous legal issues of significant importance. The motions, moreover, will be dispositive of the case. In these circumstances, PCI believes that oral

argument could be helpful to the Court's consideration of the issues presented in this case. PCI anticipates that no more than 30 minutes per side would be necessary. A status hearing is currently set for August 27, 2014. *See* Dkt. No. 85.

Dated: July 21, 2014

                                              Respectfully submitted,

                                              By: /s/ Seth P. Waxman
                                              _____

Seth P. Waxman (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)
Matthew J. Tokson (*pro hac vice*)
Lynn Eisenberg (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 21, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                              /s/ Seth P. Waxman
                                              Seth P. Waxman
                                              WILMER CUTLER PICKERING HALE AND DORR LLP
                                              1875 Pennsylvania Avenue, NW
                                              Washington, DC 20006
                                              Tel.: (202) 663-6000
                                              Fax: (202) 663-6363
                                              Email: seth.waxman@wilmerhale.com