# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) | |
| Plaintiff, ) | Case No. 1:13-cv-08564 |
| v. ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as ) Secretary of Housing and Urban Development, ) and UNITED STATES DEPARTMENT OF ) HOUSING AND URBAN DEVELOPMENT, ) ) | Magistrate Judge Susan E. Cox |
| Defendants. ) | |

## NOTICE OF REQUEST FOR ORAL ARGUMENT

TO: All Attorneys of Record on the Attached Certificate of Service

PLEASE TAKE NOTICE that on **Tuesday, July 29, 2014** at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Amy J. St. Eve, in Room 1241, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any Judge who may be sitting in her stead, and then and there present Plaintiff's "REQUEST FOR ORAL ARGUMENT."

Dated: July 21, 2014

Respectfully submitted,

By: /s/ Seth P. Waxman
_____

Seth P. Waxman (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)
Matthew J. Tokson (*pro hac vice*)
Lynn Eisenberg (*pro hac vice*)

WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 21, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                          /s/ Seth P. Waxman  
                          Seth P. Waxman  
                          WILMER CUTLER PICKERING HALE AND DORR LLP  
                          1875 Pennsylvania Avenue, NW  
                          Washington, DC 20006  
                          Tel.: (202) 663-6000  
                          Fax: (202) 663-6363  
                          Email: seth.waxman@wilmerhale.com