IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-08564 |
| v. | ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

## MOTION FOR LEAVE TO SUBMIT ADDITIONAL AUTHORITIES

Plaintiff Property Casualty Insurers Association of America hereby requests leave to submit the following additional authorities discovered during preparation for yesterday's oral argument:

- Hawaii Rev. Stat. § 431:13-103(a)(7) (permitting use of risk-based pricing); Hawaii Rev. Stat. § 431:14-103(a)(2) (requiring consideration of certain risk factors);

- Pennsylvania Stat. § 1183(a), (c) & (d) (requiring consideration of certain risk factors and permitting risk-based pricing);

- Cal. Ins. Code § 1860.1 ("No act done, action taken or agreement made pursuant to the authority conferred by this chapter shall constitute a violation of or grounds for prosecution or civil proceedings under any other law of this State heretofore or hereafter enacted which does not specifically refer to insurance."); *MacKay v. Superior Court*, 118 Cal. App. 4th 1427 (2010) (applying § 1860.1 to bar challenge to approved car insurance rates); and

- DC Stat. § 31-2231.13(c) & (d) (permitting risk-based pricing); DC Stat. § 31-2704(a) & (b) (requiring insurers to file rates with the Commissioner and providing that the Commissioner shall investigate if it appears that a rate is noncompliant with D.C. law).

These authorities supplement those set forth in Appendix A to Plaintiff's opening brief (Dkt. No. 21) and are attached hereto as Exhibit A. The authorities were provided to counsel for Defendants prior to the oral argument.

Dated: August 20, 2014

Respectfully submitted,

By: /s/ Seth P. Waxman
_____

Seth P. Waxman (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)
Matthew J. Tokson (*pro hac vice*)
Lynn Eisenberg (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 20, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

        /s/ Seth P. Waxman
Seth P. Waxman
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: seth.waxman@wilmerhale.com