**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-08564 |
| v. | ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Having reviewing the Property Casualty Insurers Association of America's Motion for

Leave to Submit Additional Authorities (ECF No. ___),

**IT IS HEREBY ORDERED** that the Motion for Leave to Submit Additional Authorities

is **GRANTED**.

**SO ORDERED**.

Date:

_____

District Judge Amy J. St. Eve
United States District Court for the
Northern District of Illinois