**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) | |
| Plaintiff, ) | Case No. 1:13-cv-08564 |
| v. ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as ) Secretary of Housing and Urban Development, ) and UNITED STATES DEPARTMENT OF ) HOUSING AND URBAN DEVELOPMENT, ) ) | Magistrate Judge Susan E. Cox |
| Defendants. ) | |

**NOTICE OF MOTION**

TO: All Attorneys of Record on the Attached Certificate of Service

PLEASE TAKE NOTICE that on **Monday, August 25, 2014** at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Amy J. St. Eve, in Room 1241, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any Judge who may be sitting in her stead, and then and there present Plaintiff's "MOTION FOR LEAVE TO SUBMIT ADDITIONAL AUTHORITIES."

Dated: August 20, 2014

                                                Respectfully submitted,

                                                By: /s/ Seth P. Waxman
                                                _____

                                                Seth P. Waxman (*pro hac vice*)
                                                Brian M. Boynton (*pro hac vice*)
                                                Matthew J. Tokson (*pro hac vice*)
                                                Lynn Eisenberg (*pro hac vice*)

-2-

                        WILMER CUTLER PICKERING HALE AND DORR LLP
                        1875 Pennsylvania Avenue, NW
                        Washington, DC 20006
                        Tel.: (202) 663-6000
                        Fax: (202) 663-6363
                        E-mail: seth.waxman@wilmerhale.com

                        Rowe W. Snider (# 03125194)
                        Ashlee M. Knuckey (# 6300237)
                        LOCKE LORD LLP
                        111 South Wacker Drive
                        Chicago, IL 60606
                        Tel.: (312) 443-0700
                        Fax: (312) 896-0336
                        Email: rsnider@lockelord.com

                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 20, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

    /s/ Seth P. Waxman
Seth P. Waxman
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: seth.waxman@wilmerhale.com