# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Property Casualty Insurers Association of America

                        Plaintiff,

v.                                               Case No.: 1:13–cv–08564
                                               Honorable Amy J. St. Eve

Shaun Donovan, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: During oral arguments, the parties disagreed about (1) whether Plaintiff's challenge to the Disparate Impact Rule as violating the McCarran–Ferguson Act constitutes a facial or as–applied challenge to the Rule and, (2) if it is a facial challenge, whether Reno v. Flores, 507 U.S. 292 (1993), provides the applicable test for judging the Rule's validity. The Court directs the parties to file simultaneous supplemental briefs addressing these issues by 8/26/14. The parties shall limit their briefs to no more than 8 pages.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.