IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) | Case No. 1:13-cv-08564 |
| v. | ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF BRIAN M. BOYNTON

Brian M. Boynton hereby withdraws as one of counsel for Plaintiff Property Casualty Insurers Association of America ("PCI") in this action. PCI continues to be represented by Seth P. Waxman, Matthew J. Tokson, and Lynn Eisenberg of Wilmer Cutler Pickering Hale and Dorr LLP and Rowe W. Snider and Ashlee M. Knuckey of Locke Lord LLP.

Dated: October 1, 2014

        Respectfully submitted,

        By: /s/ Seth P. Waxman

        _____
        Seth P. Waxman (*pro hac vice*)
        Brian M. Boynton (*pro hac vice*)
        Matthew J. Tokson (*pro hac vice*)
        Lynn Eisenberg (*pro hac vice*)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        Tel.: (202) 663-6000
        Fax: (202) 663-6363
        E-mail: seth.waxman@wilmerhale.com

                                                Rowe W. Snider (# 03125194)
                                                Ashlee M. Knuckey (# 6300237)
                                                LOCKE LORD LLP
                                                111 South Wacker Drive
                                                Chicago, IL 60606
                                                Tel.: (312) 443-0700
                                                Fax: (312) 896-0336
                                                Email: rsnider@lockelord.com

                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 1, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

/s/ Seth P. Waxman
_____
Brian M. Boynton (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com