IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) Plaintiff, ) v. ) ) SHAUN DONOVAN, in his official capacity as ) Secretary of Housing and Urban Development, ) and UNITED STATES DEPARTMENT OF ) HOUSING AND URBAN DEVELOPMENT, ) ) Defendants. ) | Case No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve<br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF WITHDRAWAL OF LYNN EISENBERG

Lynn Eisenberg hereby withdraws as one of counsel for Plaintiff Property Casualty Insurers Association of America ("PCI") in this action. PCI continues to be represented by Seth P. Waxman and Matthew J. Tokson of Wilmer Cutler Pickering Hale and Dorr LLP and Rowe W. Snider and Ashlee M. Knuckey of Locke Lord LLP.

Dated: October 31, 2014

Respectfully submitted,

By: /s/ Seth P. Waxman

_____

Seth P. Waxman (*pro hac vice*)
Matthew J. Tokson (*pro hac vice*)
Lynn Eisenberg (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)

        Ashlee M. Knuckey (# 6300237)
        LOCKE LORD LLP
        111 South Wacker Drive
        Chicago, IL 60606
        Tel.: (312) 443-0700
        Fax: (312) 896-0336
        Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 31, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

/s/ Seth P. Waxman

———————————————

Brian M. Boynton (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com