IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Property Casualty Insurers** | ) | |
| **Association of America** | ) | |
| | ) | **Case No. 13 C 8564** |
| v. | ) | |
| | ) | **Judge Amy J. St. Eve** |
| **Shaun Donovan et al.** | ) | |
| | ) | |

### ORDER

Motion of withdrawal of Lynn Eisenberg [103] is granted. Lynn Eisenberg is given leave to withdraw as counsel for plaintiff Property Casualty Insurers Association of America.

**Dated:** November 3, 2014

ENTERED

_____
**AMY J. ST. EVE**
**United States District Court Judge**