IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-08564 |
| v. | ) ) | Judge Amy J. St. Eve |
| SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF RANDOLPH D. MOSS**

Randolph D. Moss hereby withdraws as one of counsel for Plaintiff Property Casualty Insurers Association of America ("PCI") in this action. PCI continues to be represented by Seth P. Waxman and Matthew J. Tokson of Wilmer Cutler Pickering Hale and Dorr LLP and Rowe W. Snider and Ashlee M. Knuckey of Locke Lord LLP.

Dated: November 19, 2014

Respectfully submitted,

By: /s/ Seth P. Waxman

_____

Seth P. Waxman (*pro hac vice*)
Matthew J. Tokson (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
  DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)

                LOCKE LORD LLP
                111 South Wacker Drive
                Chicago, IL 60606
                Tel.: (312) 443-0700
                Fax: (312) 896-0336
                Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on November 19, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                              /s/ Seth P. Waxman
                                              _____

                                              Seth P. Waxman (*pro hac vice*)
                                              WILMER CUTLER PICKERING HALE AND
                                                 DORR LLP
                                              1875 Pennsylvania Avenue, NW
                                              Washington, DC 20006
                                              Tel.: (202) 663-6000
                                              Fax: (202) 663-6363
                                              E-mail: seth.waxman@wilmerhale.com