IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG CLEMMENSEN, in his official capacity as Acting Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Defendants. | Case No. 1:13-cv-08564 |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Property Casualty Insurers Association of America ("PCI") respectfully requests leave to file the proposed First Amended Complaint attached hereto as Exhibit A.

This case concerns the Department of Housing and Urban Development's ("HUD") regulation on disparate-impact claims under the Fair Housing Act. In September 2014, the Court granted partial summary judgment to PCI, concluding that HUD's explanation for the regulation was arbitrary and capricious in numerous respects and remanding the matter to HUD. After two years, in October 2016, HUD finally issued a supplemental explanation. As demonstrated in the accompanying Memorandum of Law, HUD's supplemental explanation remains arbitrary and capricious in that it still fails adequately to address concerns raised in the Court's prior decision and fails altogether to address the Supreme Court's intervening decision in *Texas Department of Housing & Community Affairs v. The Inclusive Communities Project, Inc.*, 135 S. Ct. 2507

(2015). Accordingly, PCI seeks leave to amend its Complaint to address HUD's supplemental explanation and the limitations on disparate-impact claims announced in *Inclusive Communities*.

PCI submits the accompanying Memorandum of Law in support of this Motion and its proposed First Amended Complaint, which is attached hereto as Exhibit A.

Counsel for PCI has conferred with counsel for the Defendants concerning this Motion, and Defendants' counsel advised that they intend to oppose this Motion. Accordingly, the parties respectfully request that the Court set a briefing schedule on this Motion, with Defendants' response brief being due on April 21, 2017 and PCI's reply brief being due on May 1, 2017.

In the event the Court declines to grant leave to amend, PCI intends to raise its claims in a new action. In such event, PCI respectfully suggests that the Court consider making a request for reassignment under Northern District of Illinois Internal Operating Procedure (IOP) 13(d) for the reasons discussed in the accompanying Memorandum of Law.

WHEREFORE, for the foregoing reasons and those stated in the accompanying Memorandum of Law, PCI respectfully requests that this Court grant its Motion for Leave to File the proposed First Amended Complaint attached hereto as Exhibit A.

Dated: March 21, 2017

Respectfully submitted,

PROPERTY CASUALTY INSURERS
ASSOCIATION OF AMERICA

 /s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
Jonathan Cedarbaum (*pro hac vice* to be filed)
Peter Gabrielli (*pro hac vice* to be filed)
Anuradha Sivaram (*pro hac vice* to be filed)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW

Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 21, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

      /s/ *Seth P. Waxman*
Seth P. Waxman
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: seth.waxman@wilmerhale.com