IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRAIG CLEMMENSEN, in his official capacity )<br>as Acting Secretary of Housing and Urban )<br>Development, and UNITED STATES )<br>DEPARTMENT OF HOUSING AND URBAN )<br>DEVELOPMENT, )<br>)<br>Defendants. ) | Case No. 1:13-cv-08564<br><br>Honorable Judge Amy J. St. Eve |

## NOTICE OF MOTION

TO:  All Attorneys of Record on the Attached Certificate of Service

PLEASE TAKE NOTICE that on March 30, 2017 at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Amy J. St. Eve, in Room 1241, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any Judge who may be sitting in her stead, and then and there present Plaintiff Property Casualty Insurers Association of America's ("PCI") "MOTION FOR LEAVE TO AMEND COMPLAINT," a copy of which is attached hereto and hereby served upon you.

Dated:  March 21, 2017                              Respectfully submitted,

PROPERTY CASUALTY INSURERS
ASSOCIATION OF AMERICA

/s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
Jonathan Cedarbaum (*pro hac vice* to be filed)
Peter Gabrielli (*pro hac vice* to be filed)
Anuradha Sivaram (*pro hac vice* to be filed)
WILMER CUTLER PICKERING HALE AND DORR LLP

- 2 -

1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 21, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

      /s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: seth.waxman@wilmerhale.com