# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Property Casualty Insurers Assocation of America , <br><br> Plaintiff(s), <br><br> v. <br><br> Secretary of Dept. of Housing and Urban Development et al., <br><br> Defendant(s). | Case No. 13 C 8564 <br> Judge Amy J. St. Eve |

### **ORDER**

Motion for leave to appear pro hac vice on behalf of Property Casualty Insurers Association of America by Jonathan Cedarbaum [110] is granted.

Date: 3/22/2017

_____
Amy J. St. Eve
United States District Judge