# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Property Casualty Insurers Assocation of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Secretary of Dept. of Housing and Urban Development et al., <br><br> Defendant(s). | Case No. 13 C 8564 <br> Judge Amy J. St. Eve |

### ORDER

Motion for leave to appear pro hac vice on behalf of Property Casualty Insurers Association of America by Anuradha Sivaram [113] is granted.

Date: 3/24/2017

_____
Amy J. St. Eve
United States District Judge