UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) ) Plaintiff, ) ) No. 1:13-cv-08564 v. ) ) Judge Amy J. St. Eve ) BENJAMIN S. CARSON, SR., in his official ) capacity as Secretary of Housing and Urban ) Development, and the UNITED STATES ) DEPARTMENT OF HOUSING AND URBAN ) DEVELOPMENT, ) ) Defendants. ) ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION**

Kyle R. Freeny hereby withdraws as counsel of record for Defendants in this action. Defendants continue to be represented by Emily Sue Newton of the United States Department of Justice, Civil Division, Federal Programs Branch. Pursuant to local rule 83.17, the Notification of Party Contact Information is attached to this notice.

Dated: March 30, 2017                                   Respectfully submitted,


LINDA M. CRUCIANI                                       JOEL R. LEVIN
Deputy General Counsel                                  Acting United States Attorney

JEANINE M. WORDEN                                       LESLEY FARBY
Associate General Counsel                               Assistant Branch Director
   for Fair Housing                          Federal Programs Branch

KATHLEEN M. PENNINGTON                                  */s/ Emily S. Newton*
Assistant General Counsel                               EMILY S. NEWTON (Va. Bar No. 80745)
   for Fair Housing Enforcement               Trial Attorney
                                                        United States Department of Justice
M. CASEY WEISSMAN-VERMEULEN                             20 Massachusetts Avenue, NW
AYELET R. WEISS                                         Washington, DC 20001
Attorneys                                               Ph: (202) 305-8356

*Of Counsel*                                             Email: emily.s.newton@usdoj.gov

                                                       *Counsel for Defendants*