## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Property Casualty Insurers Ass'n of American v. Carson, et al.

Case Number: 13-cv-8564

An appearance is hereby filed by the undersigned as attorney for:
Benjamin S. Carson, Sr., in his official capacity as Secretary of Housing and Urban Development, and the United States Department of Housing and Urban Development, Defendants

Attorney name (type or print): Emily Sue Newton

Firm: U.S. Department of Justice, Civil Division, Federal Programs Branch

Street address: 20 Massachusetts Ave. NW

City/State/Zip: Washington, DC 20530

Bar ID Number: VA 80745
(See item 3 in instructions)

Telephone Number: 202-305-8356

Email Address: emily.s.newton@usdoj.gov

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status. ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/22/2017

Attorney signature: S/ Emily Sue Newton
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015