**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG CLEMMENSEN, in his official capacity as Acting Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Defendants. | Case No. 1:13-cv-08564 |

## MOTION TO WITHDRAWAL AS COUNSEL

The undersigned, pursuant to Local Rule 83.17, respectfully moves to withdraw as counsel for The American Financial Services Association, The Consumer Mortgage Coalition, The Independent Community Bankers of America and The Mortgage Bankers Association, Amici Curiae (the "Amicus Parties"). In support of this Motion, the undersigned states as follows:

1. On June 11, 2014, while employed by the law firm, K&L Gates, LLP, the undersigned entered an appearance in this action as Local Counsel on behalf of the Amicus Parties.

2. The undersigned is no longer employed by the law firm K&L Gates, LLP and no longer has an attorney-client relationship with any of the Amicus Parties. Accordingly, the undersigned respectfully requests leave of Court to withdraw as counsel for the Amicus Parties in this action.

3. The Amicus Parties shall continue to be represented by Andrew Glass and Roger Smerge of K&L Gates, LLP, both of whom have been admitted to practice in this Court.

WHEREFORE, the undersigned respectfully requests that this Motion be granted and that he be given leave of Court to withdraw as counsel for the Amicus Parties in this action.

Dated:  April 4, 2017  Respectfully submitted,

By: */s/ Todd E. Pentecost*
Todd E. Pentecost
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel.: (312) 456-8400
Fax: (312) 456-8435
E-mail: pentecostt@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 4, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to all counsel of record in this case.

                                              */s/ Todd E. Pentecost*
Todd E. Pentecost
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Tel.: (312) 456-8400
Fax: (312) 456-8435
E-mail: pentecostt@gtlaw.com