# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Property Casualty Insurers Assoc. of America , Plaintiff(s), v. Craig Clemmensen et al., Defendant(s). | Case No. 13 C 8564 Judge Amy J. St. Eve |

## ORDER

Motion to withdraw as counsel [117] is granted. Todd Pentecost is given leave to withdraw as counsel for The American Financial Services Association, The Consumer Mortgage Coalition, The Independent Community Bankers of America and The Mortgage Bankers Association.

Date: 4/5/2017

_____
Amy J. St. Eve
United States District Judge