IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Property Casualty Insurers Assoc. of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Shaun Donovan et al., <br><br> Defendant(s). | Case No. 13 C 8564 <br> Judge Amy J. St. Eve |

### ORDER

Motion for leave to appear pro hac vice by Peter Gabrielli on behalf of Property Casualty Insurers Association of America [120] is granted.

Date: 4/6/2017

Amy J. St. Eve
United States District Judge