



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

April 5, 2017

Fred Evan Karlinsky
Colodny, Fass, Talenfeld, Karlinsky,
Abate & Webb
100 S.e. Third Avenue
23rd Floor
Fort Lauderdale, FL 33394

RE: Failure to Comply with General Order 14-0024

Dear Fred Evan Karlinsky

As you know, the Northern District of Illinois utilizes CM/ECF to provide electronic notices to parties. You are receiving this letter due to a critical concern with your email account. Pursuant to General Order 14-0024 Section IV(G), e-filers must maintain a current and active email account. On 04/04/2017, my office received a report that a notice of electronic filing sent to you at fkarlinsky@cftlaw.com was returned undeliverable.

In order to resolve this issue, you must access your CM/ECF account by following the applicable steps on the enclosed instructional sheet to update your contact information. If this attorney no longer works at your law firm, you must immediately file the appropriate documents to be in compliance with the local rules. Once you have updated your information, you are required to send an email to the Clerk's office. Please send the email to: docketing_ilnd@ilnd.uscourts.gov and provide your name, the case number referenced on the enclosed document, and an indication that you have updated your account and/or filed a notification of change of address.

Attached to this letter is a copy of the filing that was returned undeliverable to your email address. Again, you must resolve this matter immediately and notify my office once you have corrected the problem.

Sincerely,

*Thomas G. Bruton*

Thomas G. Bruton
Clerk of Court
Northern District of Illinois

Enclosures

COX,REMAND,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:13-cv-08564
#### Internal Use Only

Property Casualty Insurers Association of America v. Donovan et al
Assigned to: Honorable Amy J. St. Eve
Cause: 05:702 Administrative Procedure Act

Date Filed: 11/27/2013
Date Terminated: 09/03/2014
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/04/2017 | 117 | MOTION by Attorney Todd E. Pentecost to withdraw as attorney for The American Financial Services Association, The Consumer Mortgage Coalition, The Independent Community Bankers of America, The Mortgage Bankers Association. No party information provided (Pentecost, Todd) (Entered: 04/04/2017) |
| 04/05/2017 | 118 | NOTICE OF EMAIL NOTIFICATION FAILURE, for document #sent to Attorney Fred Evan Karlinsky returned as: Unknown Address Error. Mailed to attorney Fred Evan Karlinsky a Letter re: bounce back email and a Notification of Change of Address form. Notices have been set to No. Counsel must email the Clerk's Office at Docketing_ILND@uscourts.gov when a Notification of Change of Address has been filed to ensure electronic notification is reset. (ek, ) (Entered: 04/05/2017) |



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name

Firm

Street Address

City/State/Zip Code

Phone Number

Email address

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____          _____
Signature of Attorney                                    Date

Rev. 01272016

FAQs

How do I correct my address and email information?

If you have a ECF user account:
1) Login
2) From the blue menu bar select the Utilities option
3) Select one or more of the following options:
    a) Maintain Your Address
    b) Maintain Your Email
4) Enter address or email changes and click the Submit button
5) Follow the prompts
6) For address changes, E-file a Notification of Change of Address in each case an appearance has been filed.

If you have lost or misplaced their login and/or password refer them to the ECF Help Desk at 312-435-5671

If you do not have a ECF account they may file a Notification of Change of Address. The form is located on the website www.ilnd.uscourts.gov under On-line Forms/Attorney tab
Also direct them to register for an ECF account. See reference below.


How do I register for a ECF account?
   a. Refer the caller to the website www.ilnd.uscourts.gov: Attorney Info/Related Links – Electronic Case Filing (ECF) Registration. Select the registration option that applies.

NEF Bounce Back Procedures 629.docx