# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Property Casualty Insurers Assoc. of America ,<br><br>Plaintiff(s),<br><br>v.<br><br>Carson et al.,<br><br>Defendant(s). | Case No. 13 C 8564<br>Judge Amy J. St. Eve |

## ORDER

Motion for leave to appear pro hac vice on behalf of Property Casualty Insurers Association of America by Brian Boynton [124] is granted.

Date: 5/3/2017

Amy J. St. Eve
United States District Judge