## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Property Casualty Insurers Association of America

                                              Plaintiff,

v.                                                                  Case No.: 1:13−cv−08564

                                                                       Honorable Amy J. St. Eve

Shaun Donovan, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 20, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: The Court grants in part and denies in part PCI's motion for leave to file a First Amended Complaint [107]. PCI may file a First Amended Complaint consistent with the Court's opinion by June 27, 2017. Defendants must answer or otherwise plead by July 18, 2017. [For further details, see separate Memorandum Opinion and Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.