# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>*Defendants*. | No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve |

## JOINT MOTION TO SET BRIEFING SCHEDULE

In light of the Court's order granting in part Plaintiff's motion for leave to file an amended complaint, the parties have conferred and propose the following schedule for the production of the administrative record and briefing of cross-dispositive motions. The parties also move to have the page limitations under the local rules extended as set forth in the following proposed briefing schedule.

- Defendants will produce the certified administrative record to Plaintiff on or before August 11, 2017;

- Plaintiff will file an opening motion for summary judgment, not to exceed 20 pages, on or before September 8, 2017;

- Defendants will file their combined cross-dispositive motion for summary judgment and

opposition to Plaintiff's motion, not to exceed 30 pages, on or before October 6, 2017;

- Plaintiff will file its combined opposition to Defendants' motion and a reply in support of its own motion, not to exceed 25 pages, on or before November 3, 2017; and

- Defendants will file a reply in support of their cross-motion, not to exceed 15 pages, on or before November 30, 2017.

The parties also move that Defendants' obligation to answer or otherwise respond to the amended complaint shall be deferred pending a ruling on the parties' dispositive motions. Finally, in light of the above, the parties respectfully request that the Court vacate the status hearing currently scheduled for July 19, 2017.

A proposed order consistent with the foregoing motion is attached.

Dated: July 7, 2017      Respectfully submitted,

| | |
|---|---|
| */s/ Seth P. Waxman* | CHAD A. READLER |
| Seth P. Waxman (*pro hac vice*) | Acting Assistant Attorney General |
| Jonathan G. Cedarbaum (*pro hac vice*) | |
| Brian M. Boynton (*pro hac vice*) | JOEL R. LEVIN |
| Peter A. Gabrielli (*pro hac vice*) | Acting United States Attorney |
| Anuradha Sivaram (*pro hac vice*) | |
| WILMER CUTLER PICKERING | LESLEY FARBY |
| HALE AND DORR LLP | Assistant Branch Director |
| 1875 Pennsylvania Avenue, NW | Federal Programs Branch |
| Washington, DC 20006 | |
| Tel.: (202) 663-6000 | */s/ Emily S. Newton* |
| Fax: (202) 663-6363 | EMILY S. NEWTON (Va. Bar No. 80745) |
| E-mail: seth.waxman@wilmerhale.com | Trial Attorney |
| | |
| Rowe W. Snider (# 03125194) | United States Department of Justice |
| Ashlee M. Knuckey (# 6300237) | 20 Massachusetts Avenue, NW |
| LOCKE LORD LLP | Washington, DC 20001 |
| 111 South Wacker Drive | Ph: (202) 305-8356 |
| Chicago, IL 60606 | Email: emily.s.newton@usdoj.gov |
| Tel.: (312) 443-0700 | |
| Fax: (312) 896-0336 | *Counsel for Defendants* |
| Email: rsnider@lockelord.com | |
| | LINDA M. CRUCIANI |
| *Counsel for Plaintiff* | Deputy General Counsel |

JEANINE M. WORDEN
Associate General Counsel
for Fair Housing

KATHLEEN M. PENNINGTON
Assistant General Counsel
for Fair Housing Enforcement

M. CASEY WEISSMAN-VERMEULEN
AYELET R. WEISS
Attorneys

*Of Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 7, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

*/s/ Emily S. Newton*
EMILY S. NEWTON