UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> **[PROPOSED] ORDER** |

In light of the parties' joint motion to set a briefing schedule, it is hereby ORDERED that the parties adopt the following production and briefing schedule. It is further ORDERED that the parties' briefs shall not exceed the page limitations set forth in the following schedule:

- Defendants shall produce the certified administrative record to Plaintiff on or before August 11, 2017;

- Plaintiff shall file an opening motion for summary judgment, not to exceed 20 pages, on or before September 8, 2017;

- Defendants shall file a combined cross-dispositive motion for summary judgment and opposition to Plaintiff's motion, not to exceed 30 pages, on or before October 6, 2017;

- Plaintiff shall file a combined opposition to Defendants' motion and a reply in support of its own motion, not to exceed 25 pages, on or before November 3, 2017; and

- Defendants shall file a reply in support of their cross-motion, not to exceed 15 pages, on or before November 30, 2017.

It is further ORDERED that Defendants' obligation to answer or otherwise respond to the amended complaint shall be deferred pending a ruling on the parties' dispositive motions. In light of the above, the status hearing previously scheduled for July 19, 2017 is VACATED.

**SO ORDERED.**