## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Property Casualty Insurers Association of America
                                                            Plaintiff,

v.
                Case No.: 1:13−cv−08564

                Honorable Amy J. St. Eve

United States Department of Housing and Urban Development, et al.
                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 10, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Joint motion to set briefing schedule [132] is granted. Defendants shall produce the certified administrative record to Plaintiff on or before 8/11/17. Plaintiff shall file an opening motion for summary judgment, not to exceed 20 pages, on or before 9/8/17. Defendants shall file a combined cross−dispositive motion for summary judgment and opposition to Plaintiff's motion, not to exceed 30 pages, on or before 10/6/17. Plaintiff shall file a combined opposition to Defendants' motion and a reply in support of its own motion, not to exceed 25 pages, on or before 11/3/17. Defendants shall file a reply in support of their cross−motion, not to exceed 15 pages, on or before 11/30/17. Defendants' obligation to answer or otherwise respond to the amended complaint shall be deferred pending a ruling on the parties' dispositive motions. Status hearing set for 7/19/17 is stricken and reset to 1/31/18 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.