IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>                    *Plaintiff*,<br><br>v.<br><br>BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>                    *Defendants*. | No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve<br><br>Magistrate Judge Susan E. Cox |

## CERTIFICATION

I, Jeanine M. Worden, Associate General Counsel for Fair Housing, Office of General Counsel, United States Department of Housing and Urban Development (HUD), certify that, to the best of my knowledge, the attached index constitutes a true and accurate list of the contents of the administrative record that the agency considered, along with the certified administrative record filed in this case on February 12, 2014 (ECF No. 19), in issuing its supplemental notice, entitled Application of the Fair Housing Act's Discriminatory Effects Standard to Insurance – Reconsideration of Public Comments 81 Fed. Reg. 69,012 (October 5, 2016).

Date: 8-11-2017

*[signature]* Jeanine Worden

Jeanine M. Worden
Associate General Counsel
for Fair Housing
Office of General Counsel
U.S. Department of Housing and
Urban Development