# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) | |
| *Plaintiff*, ) | Case No. 1:13-cv-08564 |
| v. ) ) | Judge Amy J. St. Eve |
| BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) ) ) ) ) ) | Magistrate Judge Susan E. Cox |
| *Defendants*. ) ) | |

**Housing and Urban Development**
24 C.F.R. Part 100

*Implementation of the Fair Housing Act's Discriminatory Effects Standard – Final Rule*
Docket No. FR-5508-F-02, February 15, 2013

*<u>Application of the Fair Housing Act's Discriminatory Effects Standard to Insurance</u>*
Docket No. FR-5508-N-03, October 5, 2016

**Supplement to the Administrative Record[1]**

50. Application of the Fair Housing Act's Discriminatory Effects Standard to Insurance – Reconsideration of Public Comments 81 Fed. Reg. 69,012 (October 5, 2016)............1,813

51. President's National Advisory Panel on Insurance in Riot-Affected Areas, Meeting the Insurance Crisis of Our Cities (1968) .......................................................................1,821

52. Fair Housing Act: Hearings Before the Subcomm. on Civil and Constitutional Rights of the H. Comm. on the Judiciary, 95th Cong. (1978)......................................................1,997

53. *Insurance Redlining: Fact Not Fiction* (Feb. 1979) (report of the Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin Advisory Committees to the U.S. Commission on Civil Rights).....................................................................................2,719

---

[1] The documents contained herein supplement the certified administrative record filed in this case February 12, 2014 (ECF No. 19).

54. Fair Housing Amendments Act of 1979: Hearings Before the Subcomm. on Civil and Constitutional Rights of the H. Comm. on the Judiciary, 96th Cong. (1979) ................................................................................................2,796

55. Insurance Redlining: Fact or Fiction: Hearing Before the Subcomm. on Consumer Credit and Ins. of the H. Comm. on Banking, Fin. & Urban Affairs, 103d Cong. (1993) ................................................................................................3,598

56. Insurance Redlining Practices: Hearings Before the Subcomm. on Commerce, Consumer Protection, and Competitiveness of the H. Comm. on Energy and Commerce, H.R. 1188, 103d Cong. (1993) ................................................................................................3,800

57. 139 Cong. Rec. 22,459 (1993) (statement of Rep. Joseph P. Kennedy, II) ..................4,234

58. Homeowners' Insurance Discrimination: Hearings Before the S. Comm. on Banking, Hous. and Urban Affairs, 103d Cong. (1994)............................................................4,236

59. Stephen M. Dane, Race Discrimination is Not Risk Discrimination: Why Disparate Impact Analysis of Homeowners Insurance Practices is Here to Stay, Banking & Fin. Serv. Pol'y Rep., June 2014, at 1 ..................................................................................4,400

60. Letter from Robert Gordon, Senior Vice President, Pol'y Dev. and Research, Prop. Cas. Insurers Ass'n of Am., to Julian Castro, Sec'y, and John Trasviña, Assistant Sec'y, Dep't of Hous. & Urban Dev. (Sep. 25, 2014) ......................................................................4,416

61. Brief of *Amici Curiae* Nat'l Fair Housing Alliance, Ctr. for Cmnty. Self-Help, and Hope Enterprise Corp., *Tex. Dep't of Hous. & Cmnty. Affairs v. Inclusive Cmtys. Project, Inc.*, 135 S. Ct. 2507 (2015) (No. 13-1371) ........................................................................4,419

62. Brief of *Amici Curiae* NAACP and the Milwaukee Branch of the NAACP, *Tex. Dep't of Hous. & Cmnty. Affairs v. Inclusive Cmtys. Project, Inc.*, 135 S. Ct. 2507 (2015) (No. 13-1371) ...........................................................................................................................4,458

63. Letter from Robert Gordon, Senior Vice President, Pol'y Dev. and Research, Prop. Cas. Insurers Ass'n of Am., to Reg. Div., Off. of Gen. Couns., Dep't of Hous. & Urban Dev. (Jan. 26, 2015)............................................................................................................4,496

64. Dep't of Hous. and Urban Dev., Affirmatively Furthering Fair Housing, Final Rule, 80 Fed. Reg. 42,272 – 371 (July 16, 2015)....................................................................4,514

65. Letter from Robert Gordon, Senior Vice President, Pol'y Dev. and Research, Prop. Cas. Insurers Ass'n of Am., to Reg. Div., Off. of Gen. Couns., Dep't of Hous. & Urban Dev. (July 29, 2015) ..........................................................................................................4,615

66. Nat'l Ass'n of Ins. Comm'rs, *Price Optimization White Paper* (Nov. 19, 2015) ................................................................................................................... 4,622[2]

---

[2] Judicial decisions and state laws and regulations considered by HUD upon remand are not included in this index.