# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Property Casualty Insurers Association of America , <br><br> Plaintiff(s), <br><br> v. <br><br> United States Dept. of Housing & Urban Development, <br><br> Defendant(s). | Case No. 13 C 8564 <br> Judge Amy J. St. Eve |

## ORDER

Defendants' oral request to unseal is granted. The Clerk's Office is directed to unseal the administrative record at R. 19 and 134.

Date: 8/18/2017

_____
Amy J. St. Eve
United States District Judge