IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, )<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Case No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve |

**PROPERTY CASUALTY INSURERS ASSOCIATION
OF AMERICA'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1(a), Plaintiff Property Casualty Insurers Association of America ("PCI") respectfully moves for summary judgment on all counts of its First Amended Complaint. As demonstrated in the accompanying memorandum of law and Local Rule 56.1 Statement of Undisputed Material Facts, PCI is entitled to summary judgment because there is no genuine issue of material fact that the decision by Defendants Secretary Benjamin Carson and the United States Department of Housing and Urban Development to apply the Final Rule entitled "Implementation of the Fair Housing Act's Discriminatory Effects Standard," 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611), to risk-based pricing and underwriting of homeowners, property, and hazard insurance—as explained in the document entitled "Application of the Fair Housing Act's Discriminatory Effects Standard to Insurance," 81 Fed. Reg. 69012 (Oct. 5, 2016) (A.R. 1813)—was arbitrary and capricious and contrary to law.

- 2 -

Dated: September 8, 2017 	Respectfully submitted,

PROPERTY CASUALTY INSURERS
ASSOCIATION OF AMERICA

/s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
Jonathan G. Cedarbaum (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)
Peter Gabrielli (*pro hac vice*)
Anuradha Sivaram (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
   DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 8, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

/s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
  DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: seth.waxman@wilmerhale.com