**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BENJAMIN S. CARSON, SR., in his official )<br>capacity as Secretary of Housing and )<br>Urban Development, and UNITED STATES )<br>DEPARTMENT OF HOUSING AND URBAN )<br>DEVELOPMENT, )<br>)<br>Defendants. ) | Case No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve |

**NOTICE OF MOTION**

TO:    All Attorneys of Record on the Attached Certificate of Service

PLEASE TAKE NOTICE that on **Wednesday, September 20, 2017, 2018** at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Amy J. St. Eve, in Room 1241, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any Judge who may be sitting in her stead, and then and there present Plaintiff's "MOTION FOR SUMMARY JUDGMENT," a copy of which is attached hereto and hereby served upon you.[1]

---

[1] Local Rule 5.3(b) provides that the date of presentment shall be "not more than 14 days following the date on which the motion …is delivered to the court." In the Court's July 10, 2017 minute entry (Dkt. 133), however, the Court has already set a briefing schedule on the parties' cross-motions for summary judgment. Under that schedule, briefing will be complete on November 30, 2017. The minute entry also sets a status hearing for January 31, 2018, at 8:30 am.

- 2 -

Dated: September 8, 2017

Respectfully submitted,

PROPERTY CASUALTY INSURERS
ASSOCIATION OF AMERICA

/s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
Jonathan G. Cedarbaum (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)
Peter Gabrielli (*pro hac vice*)
Anuradha Sivaram (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
   DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 8, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

      /s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
  DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: seth.waxman@wilmerhale.com