UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Property Casualty Insurers Association of America

                                Plaintiff,

v.

                                Case No.: 1:13−cv−08564

                                Honorable Amy J. St. Eve

United States Department of Housing and Urban Development, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 19, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: A briefing schedule having already previously been set, notice of motion date of 9/20/17 on plaintiff's motion for summary judgment [136] is stricken. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.