# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) *Plaintiff*, ) ) v. ) ) BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) ) ) ) ) ) ) *Defendants*. ) | No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve |

## UNOPPOSED MOTION TO EXTEND SUMMARY JUDGMENT DEADLINE

Defendants' cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment is currently due October 6, 2017. *See* ECF No. 133. At present, the Assistant Attorney General for the Civil Division within the U.S. Department of Justice has not been confirmed. To allow all interested government officials within the Executive Branch to review Plaintiff's motion for summary judgment and participate in the coordination of Defendants' response to Plaintiff's motion for summary judgment, Defendants respectfully request a sixty-day extension of their current deadline, or until December 5, 2017, to file their combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. Counsel for Defendants have conferred with counsel for Plaintiff, who do not oppose Defendants' motion, provided Plaintiff's combined opposition to Defendants' motion for summary judgment and reply

in support of Plaintiff's motion for summary judgment be extended to January 19, 2018, in which case the parties have agreed that the deadline for Defendants' reply brief should be extended to February 15, 2017.

      A proposed order consistent with the foregoing motion is attached.

      Dated:  September 27, 2017          Respectfully submitted,

                                                            CHAD A. READLER
                                                            Acting Assistant Attorney General

                                                            JOEL R. LEVIN
                                                           Acting United States Attorney

                                                            LESLEY FARBY
                                                           Assistant Branch Director
                                                           Federal Programs Branch

                                                           */s/ Emily S. Newton*
                                                           EMILY S. NEWTON (Va. Bar No. 80745)
                                                           Trial Attorney

                                                           United States Department of Justice
                                                           20 Massachusetts Avenue, NW
                                                           Washington, DC 20001
                                                           Ph:  (202) 305-8356
                                                           Email:  emily.s.newton@usdoj.gov

                                                           *Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that, on September 27, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                */s/ Emily S. Newton*
                EMILY S. NEWTON