# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> **[PROPOSED] ORDER** |

Having carefully considered the unopposed motion to extend the deadline for filing Defendants' combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment by sixty days, the motion is hereby GRANTED. It is hereby ORDERED that the following schedule shall govern the remainder of the parties' briefing on summary judgment:

- Defendants shall file a combined cross-motion for summary judgment and opposition to Plaintiff's motion on or before December 5, 2017;

- Plaintiff shall file a combined opposition to Defendants' motion and a reply in support of its own motion on or before January 19, 2018; and

- Defendants shall file a reply in support of their cross-motion on or before February 15, 2018.

**SO ORDERED.**