## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Property Casualty Insurers Association of America

                              Plaintiff,

v.

United States Department of Housing and Urban Development, et al.

                              Defendant.

Case No.:
1:13−cv−08564

Honorable Amy J. St. Eve

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 28, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Unopposed motion to extend summary judgment deadline [140] is granted. The Court hereby stays the case for 60 days to enable the government to confer with the appropriate officials within the Executive Branch. Defendants shall file a combined cross−dispositive motion for summary judgment and opposition to Plaintiff's motion, not to exceed 30 pages, on or before 12/5/17. Plaintiff shall file a combined opposition to Defendants' motion and a reply in support of its own motion, not to exceed 25 pages, on or before 1/19/18. Defendants shall file a reply in support of their cross−motion, not to exceed 15 pages, on or before 2/15/18. Status hearing set for 1/31/18 is stricken and reset to 4/17/18 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.