# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) ) *Plaintiff*, ) ) v. ) ) BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) ) ) ) ) ) ) ) *Defendants*. ) ) | No. 1:13-cv-08564 Judge Amy J. St. Eve |

## CONSENT MOTION TO CONTINUE THE STAY IN THIS CASE FOR SIXTY DAYS

On September 28, 2017, this Court granted Defendants' unopposed motion for an extension of time to file their cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment and stayed this case for sixty days. ECF No. 141. Accordingly, Defendants' cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment is currently due December 5, 2017. *See id.*

At present, neither the General Counsel of the Department of Housing and Urban Development ("HUD") nor the Assistant Attorney General for the Civil Division at the Department of Justice ("DOJ") have been confirmed. The nominee for HUD General Counsel is awaiting a vote in the Senate,[1] and the President has announced his intent to nominate Joseph H. Hunt to be

---

[1] *See* https://www.senate.gov/legislative/LIS/executive_calendar/xcalv.pdf at 5.

...

the Assistant Attorney General for DOJ's Civil Division.[2] To allow all interested government officials within the Executive Branch to review Plaintiff's motion for summary judgment and participate in the coordination of Defendants' response to Plaintiff's motion for summary judgment, Defendants respectfully request a sixty-day continuation of the current stay, or until February 2, 2018, to file a response to Plaintiff's motion. Counsel for Defendants have conferred with counsel for Plaintiff, who do not oppose Defendants' motion, provided the current briefing schedule is adjusted accordingly, to extend by sixty days both the deadline for Plaintiff's combined opposition to Defendants' motion for summary judgment and reply in support of Plaintiff's motion for summary judgment and the deadline for Defendants' reply brief.

A proposed order consistent with the foregoing motion is attached.

Dated: December 4, 2017

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

JOEL R. LEVIN
Acting United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily S. Newton*
EMILY S. NEWTON (Va. Bar No. 80745)
Trial Attorney

United States Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
Ph: (202) 305-8356
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

---

[2] *See* https://www.whitehouse.gov/the-press-office/2017/09/15/president-donald-j-trump-announces-key-additions-his-administration.

-3-

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on December 4, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                      */s/ Emily S. Newton*
                                      EMILY S. NEWTON