UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>*Defendants*. | No. 1:13-cv-08564<br><br>**[PROPOSED] ORDER** |

Having carefully considered Defendants' consent motion to continue the stay in this case for an additional sixty days, the motion is hereby GRANTED. The Court hereby stays this case for sixty days, or until February 2, 2018. It is hereby ORDERED that the following schedule shall govern the remainder of the parties' briefing on summary judgment:

- Defendants shall file a combined cross-motion for summary judgment and opposition to Plaintiff's motion on or before February 2, 2018;

- Plaintiff shall file a combined opposition to Defendants' motion and a reply in support of its own motion on or before March 20, 2018; and

- Defendants shall file a reply in support of their cross-motion on or before April 16, 2018.

**SO ORDERED.**