**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) ) *Plaintiff*, ) ) v. ) ) BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) ) ) ) ) ) ) *Defendants*. ) ) | No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve |

## NOTICE

On December 4, 2017, Defendants filed a consent motion for a sixty-day continuance of the current stay, or until February 2, 2018, to file a response to Plaintiff's motion for summary judgment. ECF No. 142. Therein, Defendants noted that neither the General Counsel of the Department of Housing and Urban Development ("HUD") nor the Assistant Attorney General for the Civil Division at the Department of Justice ("DOJ") had been confirmed. *Id.*

On December 18, 2017, this Court granted Defendants' motion, continuing the stay in this case for an additional sixty days. ECF No. 144.

Defendants file this notice to inform the Court that on December 18, 2017, the United States Senate confirmed J. Paul Compton, Jr. to serve as HUD's General Counsel.[1] The nomination of an Assistant Attorney General of DOJ's Civil Division is still pending.[2]

Dated: December 21, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOEL R. LEVIN
Acting United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily S. Newton*
EMILY S. NEWTON (Va. Bar No. 80745)
Trial Attorney

United States Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
Ph: (202) 305-8356
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

---

[1] *See* https://www.hud.gov/press/press_releases_media_advisories/2017/HUDNo_17-116.
[2] *See* https://www.congress.gov/nomination/115th-congress/1319?r=6.

## CERTIFICATE OF SERVICE

  I hereby certify that, on December 21, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                */s/ Emily S. Newton*
                EMILY S. NEWTON