# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) ) *Plaintiff*, ) ) v. ) ) BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) ) ) ) ) ) *Defendants*. ) ) | No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve |

## CONSENT MOTION TO CONTINUE THE STAY IN THIS CASE FOR SIXTY DAYS

On December 4, 2017, Defendants' filed a consent motion to continue this case for an additional 60 days, or until February 2, 2018, and therein informed the Court that neither the General Counsel of the Department of Housing and Urban Development ("HUD") nor the Assistant Attorney General for the Civil Division at the Department of Justice ("DOJ") have been confirmed. ECF No. 142. On December 18, 2017, this Court granted Defendants' consent motion and scheduled a status hearing in this case for February 1, 2018. ECF No. 144. Thereafter, on December 21, 2017, Defendants filed a notice, informing the Court that the United States Senate had confirmed J. Paul Compton, Jr. to serve as HUD's General Counsel and that the nomination of an Assistant Attorney General of DOJ's Civil Division was still pending. ECF No. 145.

At present, the nomination of Joseph H. Hunt to be the Assistant Attorney General of DOJ's

Civil Division is still pending.[1]  To allow all interested government officials within the Executive Branch to participate in the coordination of matters relating to this case, Defendants respectfully request a sixty-day continuation of the current stay, or until April 3, 2018, at which time the parties propose to file a joint status report, updating the Court on any changes with respect to this case. Correspondingly, Defendants respectfully request that the status hearing currently scheduled for February 1, 2018 be stricken.  Counsel for Defendants have conferred with counsel for Plaintiff, who do not oppose Defendants' motion.

A proposed order consistent with the foregoing motion is attached.

Dated:  January 19, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily S. Newton*
EMILY S. NEWTON (Va. Bar No. 80745)
Trial Attorney

United States Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
Ph:  (202) 305-8356
Email:  emily.s.newton@usdoj.gov

*Counsel for Defendants*

---

[1] *See* https://www.congress.gov/nomination/115th-congress/1319?r=6.

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

*/s/ Emily S. Newton*
EMILY S. NEWTON