UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>*Defendants*. | No. 1:13-cv-08564<br><br>**[PROPOSED] ORDER** |

Having carefully considered Defendants' consent motion to continue the stay in this case for an additional sixty days, the motion is hereby GRANTED. The Court hereby stays this case for sixty days, or until April 3, 2018, at which time the parties shall file a joint status report, informing the Court of any updates relevant to this matter. The status hearing previously scheduled for 2/1/2018 is stricken.

**SO ORDERED.**