UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) ) *Plaintiff*, ) ) v. ) ) BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) ) ) ) ) ) ) ) *Defendants*. ) ) | No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, January 25, 2018 at 8:30 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge St. Eve in the courtroom occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present:

**Defendants' Consent Motion to Continue the Stay in This Case for Sixty Days**

in the above-captioned case, at which time and place you may appear if you see fit.

Dated: January 19, 2018            Respectfully submitted,

                                   CHAD A. READLER
                                   Acting Assistant Attorney General

                                   JOHN R. LAUSCH, JR.

United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily S. Newton*
EMILY S. NEWTON (Va. Bar No. 80745)
Trial Attorney

United States Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
Ph: (202) 305-8356
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*