# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Property Casualty Insurers Association of America

                                        Plaintiff,

v.                                                          Case No.: 1:13−cv−08564
                                                            Honorable Amy J. St. Eve

Shaun Donovan, et al.

                                        Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 22, 2018:

      MINUTE entry before the Honorable Amy J. St. Eve: Defendants' motion to continue the current stay of this case for an additional 60 days [146] is granted. The stay of this case is extended to 4/3/18 at which time the parties shall file a joint status report, informing the Court of any updates relevant to this matter. Status hearing set for 2/1/18 is stricken and reset to 4/9/18 at 8:30 a.m. No appearance is required on the 1/25/18 notice motion date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.