UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> Judge Amy J. St. Eve |

**JOINT STATUS REPORT AND MOTION TO CONTINUE THE STAY IN THIS CASE**

On December 21, 2017, Defendants filed a notice, informing the Court that the United States Senate had confirmed J. Paul Compton, Jr. to serve as the U.S. Department of Housing and Urban Development's ("HUD") General Counsel and that the nomination of an Assistant Attorney General of the Civil Division of the Department of Justice ("DOJ") was still pending. ECF No. 145.[1]  To allow all interested government officials within the Executive Branch to participate in the coordination of matters relating to this case, Defendants, with Plaintiff's consent, requested a sixty-day continuation of the stay in the case, or until April 3, 2018, at which time the parties proposed to file a joint status report, updating the Court on any changes with respect to this case.  ECF No. 146.  On January 22, 2018, the Court granted Defendants' consent

---

[1] The Senate Judiciary Committee held a hearing on the nomination of an Assistant Attorney General of DOJ's Civil Division on March 7, 2018.  The nomination is still pending.  *See* https://www.congress.gov/nomination/115th-congress/1319?r=6.

motion, continued the case until April 3, 2018, ECF No. 148, and set a status hearing in this case for April 12, 2018, ECF No. 149.

The parties have since held a productive meeting and are engaging in ongoing discussions related to the rule and the issues raised in this litigation. To allow these discussions to continue and to preserve the parties' and the Court's resources, the parties respectfully request that the Court continue the stay in this case, along with the currently scheduled status hearing, and order the parties to submit a joint status report by May 10, 2018. By that time, the parties anticipate that they will have completed their discussions and will be able to provide a proposal for how the case should proceed. If necessary, the parties will at that time propose a revised briefing schedule.

A proposed order consistent with the foregoing motion is attached.

Dated: April 3, 2018                                  Respectfully submitted,

| | |
|---|---|
| */s/ Seth P. Waxman* | CHAD A. READLER |
| Seth P. Waxman (*pro hac vice*) | Acting Assistant Attorney General |
| Jonathan G. Cedarbaum (*pro hac vice*) | |
| Brian M. Boynton (*pro hac vice*) | JOHN R. LAUSCH, JR. |
| Peter A. Gabrielli (*pro hac vice*) | United States Attorney |
| Anuradha Sivaram (*pro hac vice*) | |
| WILMER CUTLER PICKERING | LESLEY FARBY |
| HALE AND DORR LLP | Assistant Branch Director |
| 1875 Pennsylvania Avenue, NW | Federal Programs Branch |
| Washington, DC 20006 | |
| Tel.: (202) 663-6000 | */s/ Emily S. Newton* |
| Fax: (202) 663-6363 | EMILY S. NEWTON (Va. Bar No. 80745) |
| E-mail: seth.waxman@wilmerhale.com | Trial Attorney |
| | |
| Rowe W. Snider (# 03125194) | United States Department of Justice |
| Ashlee M. Knuckey (# 6300237) | 20 Massachusetts Avenue, NW |
| LOCKE LORD LLP | Washington, DC 20001 |
| 111 South Wacker Drive | Ph: (202) 305-8356 |
| Chicago, IL 60606 | Email: emily.s.newton@usdoj.gov |
| Tel.: (312) 443-0700 | |
| Fax: (312) 896-0336 | *Counsel for Defendants* |
| Email: rsnider@lockelord.com | |
| | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

   I hereby certify that, on April 3, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                   */s/ Seth P. Waxman*
                   Seth P. Waxman