- 1 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> **[PROPOSED] Order** |

Having carefully considered the parties' joint motion to continue the stay in this case, the motion is hereby GRANTED. The Court hereby stays this case for an additional thirty-seven days, or until May 10, 2018, at which time the parties shall file a joint status report informing the Court of any updates relevant to this matter. The status hearing previously scheduled for April 12, 2018 is stricken.

**SO ORDERED.**