# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) ) *Plaintiff*, ) ) v. ) ) BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) ) ) ) ) ) ) ) *Defendants*. ) ) | No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve |

## NOTICE OF MOTION

TO:   All Attorneys of Record on the Attached Certificate of Service

PLEASE TAKE NOTICE that on **Tuesday, April 10, 2018** at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear jointly before the Honorable Judge Amy J. St. Eve, in Room 1241, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any Judge who may be sitting in her stead, and then and there present Plaintiff and Defendants' "**JOINT STATUS REPORT AND MOTION TO CONTINUE THE STAY IN THIS CASE**," a copy of which is attached hereto and hereby served upon you.

Dated: April 3, 2018                                              Respectfully submitted,

*/s/ Seth P. Waxman*                 Seth P. Waxman (*pro hac vice*)
Jonathan G. Cedarbaum (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)
Peter A. Gabrielli (*pro hac vice*)
Anuradha Sivaram (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Counsel for Plaintiff*

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily S. Newton*
EMILY S. NEWTON (Va. Bar No. 80745)
Trial Attorney

United States Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
Ph: (202) 305-8356
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on April 3, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                      */s/ Seth P. Waxman*
                                      Seth P. Waxman