# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) ) *Plaintiff*, ) ) ) v. ) ) BENJAMIN S. CARSON, SR., in his official ) capacity as Secretary of Housing and Urban ) Development, and the UNITED STATES ) DEPARTMENT OF HOUSING AND URBAN ) DEVELOPMENT, ) ) ) *Defendants*. ) ) | No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve |

## UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

A status hearing in this case is currently scheduled for April 12, 2018. *See* ECF No. 149. On April 3, 2018, the parties submitted a joint status report and motion to continue the stay in this case and proposed filing a joint status report by May 10, 2018. ECF No. 150. The motion was noticed for April 10, 2018 at 8:30 a.m., or as soon thereafter as counsel may be heard. ECF No. 151. Counsel from the United States Attorney's Office for the Northern District of Illinois plans to attend the hearing on the motion to continue the stay on behalf of Defendants. However, lead defense counsel is located in Washington, DC and respectfully requests the Court's leave to attend the hearing on the motion to stay telephonically. Counsel for Defendants has conferred with counsel for Plaintiff, who does not oppose this motion.

A proposed order consistent with the foregoing motion is attached.

Dated: April 9, 2018	Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily S. Newton*
EMILY S. NEWTON (Va. Bar No. 80745)
Trial Attorney

United States Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
Ph: (202) 305-8356
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on April 9, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                            */s/ Emily S. Newton*
                                            EMILY S. NEWTON