# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) ) *Plaintiff*, ) ) v. ) ) BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) ) ) ) ) ) ) *Defendants*. ) ) | No. 1:13-cv-08564<br><br>**[PROPOSED] ORDER** |

Having carefully considered Defendants' unopposed motion for leave to appear telephonically and for good cause shown, the motion is hereby GRANTED. Defense counsel located in Washington, DC may appear telephonically at the hearing on the parties' motion to continue the stay in this case. The Court will provide the requisite call-in information.

**SO ORDERED.**