# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>         *Plaintiff*,<br><br>    v.<br><br>BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>         *Defendants*. | No. 1:13-cv-08564<br><br>Judge Amy J. St. Eve |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, April 10, 2018 at 8:30 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge St. Eve in the courtroom occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present:

**Defendants' Unopposed Motion to Appear Telephonically**

in the above-captioned case, at which time and place you may appear if you see fit.

Dated: April 9, 2018        Respectfully submitted,

                                                  CHAD A. READLER
                                                  Acting Assistant Attorney General

                                                  JOHN R. LAUSCH, JR.

-2-

United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily S. Newton*
EMILY S. NEWTON (Va. Bar No. 80745)
Trial Attorney

United States Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
Ph: (202) 305-8356
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*