# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Property Casualty Insurers Association of America

                          Plaintiff,

v.                                                                   Case No.: 1:13−cv−08564
                                                                       Honorable Amy J. St. Eve

Shaun Donovan, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 10, 2018:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 4/10/2018. Motion to continue the stay in this case [150] is granted. The stay is continued until 5/10/18 at which time the parties shall file a joint status report informing the Court of any updates. Status hearing set for 4/12/18 is stricken and reset to 5/15/18 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.