UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> Judge Amy J. St. Eve |

**JOINT MOTION TO CONTINUE THE STAY IN THIS CASE &
VACATE THE STATUS HEARING**

On April 3, 2018, the parties filed a joint status report, informing the Court that the parties were engaging in ongoing discussions related to the U.S. Department of Housing and Urban Development's ("HUD") Discriminatory Effects Rule ("the Rule") and potential ways of resolving this litigation, and a motion, requesting that the Court continue the stay in this case, as well as the status conference then scheduled for April 12, 2018, in light of the parties' ongoing discussions. ECF No. 150. The parties anticipated that they would have completed their discussions by May 10, 2018, on which date they proposed to file a joint status report, including a proposal for how the case should proceed. *Id.*

On April 10, 2018, the Court issued an order, granting the parties' motion, continuing the stay in this case until May 10, 2018, ordering the parties to submit a joint status report on May 10,

2018, and resetting the status hearing for May 15, 2018. ECF No. 154. The parties submit this joint status report in accordance with the Court's order.

On May 10, 2018, HUD issued a press release, announcing that it intends to solicit public comment on whether the Rule is consistent with the Supreme Court's decision in *Texas Dep't of Hous. & Cmty Affairs v. Inclusive Cmty Projects, Inc.*, 135 S. Ct. 2507 (2015). *See* https://www.hud.gov/press/press_releases_media_advisories/HUD_No_18_035. In light of HUD's intent to solicit public comment regarding the Rule at issue in this case within the next 30 days, the parties agree that the stay in this case should be continued until June 25, 2018, at which time the parties propose to file a joint status report, updating the Court on the status of HUD's consideration and proposing any next steps in this litigation. The parties would plan to apprise the Court of any substantive updates in the meantime.

In light of the foregoing, the parties also request that the Court vacate the status hearing currently scheduled for May 15, 2018. In the alternative, should the Court decide to hold the status hearing on May 15, 2018, or to hold a hearing on the parties' joint motion, the parties respectfully request that counsel for the parties be permitted to appear telephonically, as lead counsel for both parties are located in Washington, DC.

Accordingly, the parties request that the Court stay this case until June 25, 2018, order the parties to submit a joint status report on that same day, and vacate the status hearing currently scheduled for May 15, 2018.

A proposed order consistent with the foregoing motion is attached.

Dated: May 10, 2018             Respectfully submitted,

Seth P. Waxman (*pro hac vice*)              CHAD A. READLER
Jonathan G. Cedarbaum (*pro hac vice*)       Acting Assistant Attorney General
Brian M. Boynton (*pro hac vice*)

Peter A. Gabrielli (*pro hac vice*)
Anuradha Sivaram (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Counsel for Plaintiff*

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily S. Newton*
EMILY S. NEWTON (Va. Bar No. 80745)
Trial Attorney
United States Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001
Ph: (202) 305-8356
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on May 10, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                                  */s/ Emily S. Newton*
                                                  EMILY S. NEWTON