UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> **[PROPOSED] ORDER** |

Having carefully considered the parties' joint motion to continue the stay in this case and to vacate the status hearing, the motion is hereby GRANTED. The Court hereby stays the case until June 25, 2018 to allow the U.S. Department of Housing and Urban Development ("HUD") to solicit public comment on whether HUD's 2013 Discriminatory Effects Rule is consistent with *Texas Dep't of Hous. & Cmty Affairs v. Inclusive Cmty Projects, Inc.*, 135 S. Ct. 2507 (2015). The parties shall file a joint status report on June 25, 2018, updating the Court on the status of HUD's consideration and proposing any next steps in this litigation. The Court also strikes the status hearing currently scheduled for May 15, 2018.

**SO ORDERED.**