# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## ORDER OF THE EXECUTIVE COMMITTEE

It appearing that cases previously assigned to the Honorable Amy J. St. Eve requires reassignment; therefore

It is hereby ordered that the cases on the attached list are to be reassigned to the other judges of this Court as indicated, pursuant to Local Rule 40.1(f) within the guidelines of IOP 16.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 23rd day of May, 2018

1

Civil Cases to be Reassigned to the Hon. Jorge L. Alonso

| | |
|---|---|
| 14 CV 3004 | ValuePart, Inc. v. Farquhar |
| 15 CV 1920 | Lane v. City of Chicago et al |
| 16 CV 9191 | Holloway v. Canadian Pacific Railway |
| 17 CV 3745 | Greenwood v. Nationwide Mutual Insurance Company |
| 17 CV 6732 | Tyler v. Dart et al |
| 17 CV 7943 | Beers v. Gree USA, Inc. et al |
| 17 CV 9304 | Caseyville Nursing & Rehabilitation Center, Inc. v. Norwood |
| 18 CV 3029 | Sierra v. Guevara et al |

Civil Cases to be Reassigned to the Hon. John Robert Blakey

| | | |
|---|---|---|
| 10 CV 1499 | | Guzman et al v. Laredo Systems, Inc. et al |
| 14 CV 7581 | | In Re: First Farmers Financial Litigation |
| Member Cases: | 15 CV 5912 | Foley & Lardner LLP v. Patel et al |
| | 15 CV 10262 | Cavanaugh v. Cohen et al |
| | 15 CV 10959 | Cavanaugh v. Davenport Ventures II, LLC et al |
| Related Cases: | 15 CV 8019 | Illinois Metropolitan Investment Fund et al v. United States of America |
| | 15 CV 8537 | Orlando International Hotels, LLC et al v. Nanosky et al |
| | 15 CV 9227 | Cavanaugh v. Fisher |
| | 15 CV 10262 | Cavanaugh v. Cohen et al |
| | 15 CV 10264 | Cavanaugh v. Standley Plastics, Inc. et al |
| | 16 CV 241 | Cavanaugh v. Ward Harris Properties, Inc. et al |
| | 16 CV 572 | Cavanaugh v. Newton et al |
| | 16 CV 4516 | Cavanaugh v. Patel |
| | 16 CV 4619 | In Re: Subpoena Upton NeJame Law, P.A. |
| | 16 CV 5251 | Cavanaugh v. Edu-Pro Management, LLC et al |
| | 16 CV 5255 | Cavanaugh v. Charter School Development Services, Inc. et al |
| | 17 CV 3263 | Cavanaugh v. BCM High Income Fund, LP et al |

| | |
|---|---|
| 15 CV 462 | Carmona v. City of Chicago et al |
| 15 CV 11549 | Love v. Godinez et al |
| 17 CV 1146 | Acevedo v. C.O. Medina et al |
| 17 CV 6254 | Hebron v. Baldwin et al |
| 17 CV 9146 | Jones v. Reyes et al |
| 18 CV 2630 | Hudson Insurance Group v. AAA Expedited Services LLC et al |

Civil Cases to be Reassigned to the Hon. Elaine E. Bucklo

| | | |
|---|---|---|
| 16 CV 2472 | | Haywood v. Wexford Health Source Inc., et al |
| Related Case: | 16 CV 3566 | Haywood v. Wexford Health Sources, Inc et al |
| 17 CV 791 | | Madrid v. Strickland et al |
| 17 CV 2474 | | Suits v. Comcast Corporation |
| 17 CV 4803 | | Young v. City of Chicago et al |
| 17 CV 7403 | | Marusich v. Regional Emergency Dispatch Center et al |
| 17 CV 8652 | | Paz v. United States of America |
| 18 CV 2335 | | Bradley v. Dart et al |

Civil Cases to be Reassigned to the Hon. Ruben Castillo

| | |
|---|---|
| 16 CV 5058 | Quezada v. Pfister et al |
| 17 CV 5992 | Meyer v. Duke |
| 17 CV 8981 | Zurich American Insurance Company et al v. Celsius B.V. |

Civil Cases to be Reassigned to the Hon. Edmond E. Chang

| | | |
|---|---|---|
| 11 CV 4981 | | Deutsche Bank National Trust Company v. Sanchez |
| 16 CV 7221 | | Gaspar et al v. Murphy et al |
| 17 CV 1756 | | Simmons et al v. The SoyNut Butter Company |
| Related Cases: | 17 CV 1932 | Leavitt-Garcia et al v. SoyNut Butter Company |
| | 17 CV 2055 | Vanderby et al v. The SoyNut Butter Company et al |
| | 17 CV 2138 | Stuller et al v. The SoyNut Butter Company et al |

3

|  |  |  |
|---|---|---|
|  | 17 CV 2233 | Richardson et al v. The SoyNut Butter Company |
|  | 17 CV 2483 | Kratz v. The SoyNut Butter Company et al |
|  | 17 CV 3937 | Giannone et al v. Dixie Dew Products Inc. |
|  | 17 CV 3939 | O'Neal et al v. Dixie Dew Products Inc. |
|  | 17 CV 3941 | Weber et al v. Dixie Dew Products Inc. |
| 17 CV 2378 |  | Robey v. City of Chicago et al |
| 17 CV 6342 |  | Petties v. Madeem et al |
| 17 CV 7636 |  | Renfroe v. Vehi-Ship, LLC |
| 17 CV 9141 |  | Howard v. HSBC Technology and Services USA |
| 18 CV 2646 |  | Strike 3 Holdings, LLC v. Subscriber Assigned IP Address 73.211.192.254 |

Civil Cases to be Reassigned to the Hon. Sharon Johnson Coleman

| | |
|---|---|
| 16 CV 4452 | Hudson v. City of Chicago et al |
| 17 CV 1647 | Brown v. Martija |
| 17 CV 5324 | Berman v. YRC Freight |
| 17 CV 6934 | Tristar Products, Inc. v. Penn LLC et al |
| 17 CV 7482 | Jones v. Dart |
| 17 CV 8729 | Hardeman v. County of Lake |
| 18 CV 2544 | Malibu Media, LLC v. Doe, subscriber assigned IP address 98.222.221.89 |

Civil Cases to be Reassigned to the Hon. Robert M. Dow Jr.

|  |  |  |
|---|---|---|
| 13 M 40 |  | United States of America v. Suppressed |
| 16 CV 5946 |  | Smith v. Trammell et al |
| 16 CV 7929 |  | Petties v. Dybas et al |
| Related Cases: | 17 CV 6342 | Petties v. Madeem et al |
|  | 17 CV 6347 | Petties v. Daley et al |
| 17 CV 3480 |  | Simpson v. Ocwen Mortgage Servicing, Inc. et al |
| 17 CV 7608 |  | Mayer v. Berryhill |
| 17 CV 8788 |  | Thomas v. Dart |

4

| | |
|---|---|
| 17 CV 9054 | Washington v. Shulkin |
| 18 CV 2617 | Strike 3 Holdings, LLC v. Subscriber Assigned IP Address 24.1.188.165 |

Civil Cases to be Reassigned to the Hon. Thomas M. Durkin

| | |
|---|---|
| 16 CV 8158 | Vega et al v. Mid-America Taping & Reeling, Inc. et al |
| 17 CV 2691 | Duckins v. Dart et al |
| 17 CV 6604 | Majchrzak et al v. The Gap, Inc. et al |
| 17 CV 7807 | Nelson v. Federal Reserve Bank of Chicago |
| 17 CV 9263 | Deardorff v. Assurance Technologies, Inc. et al |
| 18 CV 2721 | Mosholu, Inc. et al v. Gavin et al |
| 18 CV 2916 | Vukajlovic et al v. Nielsen et al |
| 18 CV 2942 | Barney v. TJX Companies, Inc., The |

Civil Cases to be Reassigned the Hon. Sara L. Ellis

| | |
|---|---|
| 15 CV 2534 | Velsicol Chemical LLC v. Westchester Fire Insurance Company |
| 15 CV 6011 | United States of America v. Tiny Tot Daycare & Learning Center et al |
| 16 CV 2176 | Heard v. Wexford Health Services et al |
| 17 CV 3774 | Doe et al v. Evergreen Park Elementary School District 124 et al |
| 17 CV 6748 | Graff v. Leslie Hindman Auctioneers, Inc. et al |
| 17 CV 8028 | Gallagher v. The Cook County Merit Board et al |
| 17 CV 9345 | Gebre v. PIL II, LP |
| 18 CV 2787 | DeLaTorre v. Target Corporation |

Civil Cases to be Reassigned to the Hon. Gary Feinerman

| | |
|---|---|
| 15 CV 11183 | Thomas v. City Of Blue Island et al |
| 16 CV 11746 | Williams v. American College of Education et al |
| 17 CV 1034 | PNC Bank, N.A. v. Willson |
| 17 CV 2552 | Brand v. Murawski et al |

| | |
|---|---|
| 17 CV 7201 | Chew v. Kirby et al |
| 17 CV 8547 | Safari Childcare Inc et al v. Penny et al |
| 17 CV 5370 | Chatman v. Alltran Education, Inc. |

Civil Cases to be Reassigned to the Hon. Robert W. Gettleman

| | |
|---|---|
| 15 CV 9518 | UIRC-GSA Holdings, LLC v. Rainier GSA Portfolio I, LLC |
| 16 CV 5469 | Brantley v. Credit One Financial |
| 16 CV 10984 | Monroy v. Shutterfly, Inc. |
| 17 CV 4212 | Donis v. Cook County et al |
| 17 CV 7082 | McCaskill v. Moore et al |
| 17 CV 8198 | Santiago v. Patel et al |
| 18 CV 330 | Reyes v. Hiessen et al |
| 18 CV 2880 | Chatman et al v. Dibiase et al |

Civil Cases to be Reassigned to the Hon Joan B. Gottschall

| | |
|---|---|
| 16 CV 6446 | Nicks et al v. Koch Meat Co., Inc. et al |
| 17 CV 5957 | Flava Works, Inc v. Juris |
| 17 CV 8867 | Weinberg v. Nissan North America, Inc. |

Civil Cases to be Reassigned to the Hon. Ronald A. Guzman

| | |
|---|---|
| 16 CV 6003 | Mission Measurement Corporation et al v. Blackbaud, INC et al |
| 17 CV 5857 | Thomas v. Kohl's Corporation et al |
| 17 CV 8796 | Winslow v. Illinois Tool Works, Inc. |

Civil Cases to be Reassigned to the Hon. Virginia M. Kendall

| | |
|---|---|
| 15 CV 9986 | Baxter International, Inc. v. CareFusion Corporation et al |
| 16 CV 11590 | National Fire & Marine Insurance Company v. 3327 West 47th Place, LLC |
| 17 CV 365 | Bianco v. Hewlett Packard Enterprise Company |

| | |
|---|---|
| 17 CV 4482 | Gillon v. University of Illinois Health & Science Systems et al |
| 17 CV 7149 | Gonnigan et al v. Caliber Home Loans, Inc. et al |
| 17 CV 8454 | Malibu Media, LLC v. Doe, subscriber assigned IP address 75.30.108.130 |
| 18 CV 3044 | Malibu Media, LLC v. Doe, subscriber assigned IP address 99.34.109.66 |

Civil cases to be Reassigned to the Hon. Matthew F. Kennelly

| | |
|---|---|
| 14 CV 250 | Paape v. Lemke et al |
| 15 CV 1067 | Oil-Dri Corporation of America v. Nestle Purina Petcare Company |
| 15 CV 6331 | USA Satellite & Cable, Inc. v. Casco Bay Holdings, LLC |
| 16 CV 8563 | International Association of Heat and Frost Insulators Local 17 Pension Fund et al v. Brock Industrial Services , LLC et al |
| 17 CV 6689 | Shields v. City of Chicago et al |
| 17 CV 7878 | Scott v. Peterson et al |
| 17 CV 9322 | David Jones v. Ogrodnick |
| 18 CV 2772 | Shambley v. Dart et al |
| Related Case: 18 CV 3337 | Shambley v. Dart |

Civil Cases to be Reassigned to the Hon. Charles P. Kocoras

| | |
|---|---|
| 16 CV 5485 | Rose v. Illinois Department of Corrections et al |
| 17 CV 1955 | MillerCoors LLC v. HCL Technologies Limited et al |
| 17 CV 5241 | Behn v. Kiewit Infrastructure Co. |
| 17 CV 6119 | Schroder v. Teufel |
| 17 CV 7472 | Berkeley*IEOR v. W.W. Grainger Inc. et al |
| 17 CV 8716 | REXA, Inc. v. Chester et al |
| 18 CV 2533 | Malibu Media, LLC v. Doe, subscriber assigned IP address 67.175.107.66 |

Civil Cases to be Reassigned to the Hon. John Z. Lee

| | |
|---|---|
| 15 CV 8895 | Kyles v. Beaugard et al |
| 15 CV 11652 | Maurice Sporting Goods, Inc v. BB Holdings |
| 16 CV 9952 | Rewards Network Establishment Services Inc. v. Lajaunie et al |
| 16 CV 10961 | Wagner v. General Nutrition Corporation |
| 17 CV 4171 | Folkerts et al v. Seterus, Inc. |
| 17 CV 7009 | Reyes v. Cook County Employees et al |
| 17 CV 8177 | Rosas v. Kellermeyer Bergensons Services, LLC |
| 18 CV 2828 | FKFJ, INC. et al v. Village of Worth et al |

Civil Cases to be Reassigned to the Hon. Joan H. Lefkow

| | |
|---|---|
| 16 CV 6103 | Beardsall v. CVS Pharmacy, Inc. et al |
| 17 CV 5892 | Murray v. Synchrony Financial |
| 17 CV 8842 | Rodriguez et al v. Palle et al |

Civil Cases to be Reassigned to the Hon. Harry D. Leinenweber

| | |
|---|---|
| 16 CV 5827 | LCCS Group v. A.N. Webber Logistics, Inc. et al |
| 17 CV 5805 | Schindler v. Marriott International |
| 17 CV 8793 | United Fire & Casualty Company v. Prate Roofing & Installations, LLC et al |

Civil Cases to be Reassigned to the Hon. Charles Norgle

| | |
|---|---|
| 11 CV 7859 | Falk v. Josdan Home Health Care, Inc. et al |
| 16 CV 7479 | National Casualty Company v. South Shore Iron Works, Inc. et al |
| 16 CV 10197 | Reid v. State of Illinois Department |
| 17 CV 1284 | Amodeo v. Grubhub, Inc. |
| 17 CV 2636 | Bravo v. Lanning (Star #11945) |
| 17 CV 7704 | Pekin Insurance Company v. Park Willow of Clarendon Hills Condominium |

| | |
|---|---|
| 17 CV 9224 | Securities And Exchange Commission v. Davis et al |
| 18 CV 2695 | United States v. Gilbert et al |

Civil Cases to be Reassigned to the Hon. Rebecca R. Pallmeyer

| | |
|---|---|
| 13 CV 8564 | Property Casualty Insurers Association of America v. Donovan et al |
| 16 CV 8303 | T.S. et al v. Twentieth Century Fox Television, Inc. et al |
| 17 CV 3236 | Garrido et al v. Chicago Ornamental Iron, Inc. et al |
| 17 CV 6616 | Johnson v. Alltran Financial, LP |
| 17 CV 7863 | Sanchez v. Hargan |
| 17 CV 9264 | Cienkus v. Material Handling Systems Inc. et al |
| 18 CV 2731 | Brewster v. Owens |
| 18 CV 3031 | Malibu Media, LLC v. Doe, subscriber assigned IP address 67.175.233.195 |

Civil Cases to be Reassigned to the Hon. Manish S. Shah

| | |
|---|---|
| 10 CV 2278 | In re: AT&T Mobility Wireless Data Services Tax Litigation |
| 16 CV 8294 | Blackburne & Sons Realty Capital Corporation v. Royal Fox Country Club II, L.P. et al |
| 16 CV 11019 | Charter Oak Fire Insurance Company et al v. Safeguard Properties Management, LLC |
| 17 CV 4466 | Little v. Illinois Department of Public Health |
| 17 CV 7092 | Williams v. East-West University |
| 17 CV 8218 | Jones v. Health Sources, Inc. et al |
| 17 CV 7302 | Hardimon v. Collins et al |
| 18 CV 3051 | Central States, Southeast and Southwest Areas Pension Fund et al v. Ehret Inc. |

Civil Cases to be Reassigned to the Hon. John J. Tharp Jr.

| | |
|---|---|
| 16 CV 3313 | Williams v. Extra Space Storage, Inc. |
| 17 CV 39 | Rodriquez v. Dart et al |
| 17 CV 884 | James L. Orrington, II, D.D.S., P.C. v. Scion Dental, Inc. et al |
| 17 CV 5222 | Brodsky v. Blake |
| 17 CV 7445 | Gardner v. Generation Brands, LLC |
| 17 CV 8683 | Lattimore et al v. Klein et al |
| 18 CV 2443 | Kesek v. Runer et al |

Civil Cases to be Reassigned to the Hon. Andrea R. Wood

| | |
|---|---|
| 15 CV 3467 | Smith et al v. City of Chicago et al |
| 15 CV 8862 | Hill v. City of Chicago Department of Police, The |
| 16 CV 9415 | Kormi v. Lee et al |
| 17 CV 6813 | RAH Color Technologies LLC v. Xerox Corporation |
| 17 CV 8163 | Moore et al v. Healthcare Services Group, Inc. |
| 18 CV 271 | United States of America v. Mandell |
| 18 CV 2804 | BoBo v. C.O. Martinez |
| 18 CV 3011 | Nordstrom Consulting, Inc. et al v. Innova Systems, Inc. et al |