UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> Judge Rebecca R. Pallmeyer |

### JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

Plaintiff Property Casualty Insurers Association of America ("PCI") and Defendants Secretary Benjamin Carson and United States Department of Housing and Urban Development ("HUD") submit this joint status report, pursuant to the Court's May 14, 2018 Order, staying this case until, and ordering the parties to submit a joint status report on, June 25, 2018. ECF No. 156; *see also* ECF No. 158 (adopting May 14 Order and directing parties to submit joint status report by June 25, 2018).

In this case, PCI continues to assert a challenge under the Administrative Procedure Act to the application of the HUD Final Rule entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611), to risk-based pricing and underwriting of homeowners, property, and hazard insurance. In 2014, Judge St. Eve remanded the matter to HUD for further explanation regarding why it believed application of the

Rule to homeowners, property, and hazard insurance was appropriate. *See Prop. Cas. Ins. Ass'n of Am. v. Donovan*, 66 F. Supp. 3d 1018 (N.D. Ill. 2014). HUD responded in late 2016. *See Application of the Fair Housing Act's Discriminatory Effects Standard to Insurance*, 81 Fed. Reg. 69012 (Oct. 5, 2016) (A.R. 1813). With leave of the Court, on June 27, 2017, PCI filed a First Amended Complaint asserting that HUD's revised explanation remains arbitrary and capricious and that it failed adequately to address the Supreme Court's intervening decision in *Texas Department of Housing & Community Affairs v. The Inclusive Communities Project*, 135 S. Ct. 2507 (2015). ECF No. 131. On September 8, 2017, PCI filed a motion for summary judgment. ECF No. 136. On September 27, 2017, Defendants sought an extension of time to respond to PCI's motion for summary judgment in order to allow all interested government officials within the Executive Branch to review PCI's motion and participate in the coordination of Defendants' response. ECF. No. 140. On September 28, 2017, Judge St. Eve granted that motion and stayed the case for 60 days. ECF No. 141. That stay was subsequently extended by Judge St. Eve as jointly requested by the parties. *See* ECF Nos. 144, 148, 154 & 156.

On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to HUD's 2013 rule implementing the Fair Housing Act's disparate impact standard, as well as the 2016 supplement to HUD's responses to certain insurance industry comments made during the rulemaking. *See Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June 20, 2018). The public comment period will be open until August 20, 2018. *See id.*

The parties have conferred, and in light of the ANPRM, the parties agree that this case should continue to be stayed until October 19, 2018, to allow HUD to consider the public comments

submitted with respect to the rule and supplement at issue in this case and to make a determination regarding how to proceed. The parties propose to file a joint status report on October 19, 2018, updating the Court on the status of HUD's consideration, including the expected timing of further action by HUD if it has not already taken action following review of the comments received, and proposing any next steps in this litigation. The parties would plan to apprise the Court of any substantive updates in the meantime as appropriate.

Accordingly, the parties request that the Court stay this case until October 19, 2018, at which time the parties will submit a joint status report.

A proposed order consistent with this motion is attached.

Dated: June 25, 2018                                    Respectfully submitted,

*/s/ Seth P. Waxman*                                    CHAD A. READLER
Seth P. Waxman (*pro hac vice*)                         Acting Assistant Attorney General
Jonathan G. Cedarbaum (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)                       JOHN R. LAUSCH, JR.
Peter A. Gabrielli (*pro hac vice*)                     United States Attorney
Anuradha Sivaram (*pro hac vice*)
WILMER CUTLER PICKERING                                 LESLEY FARBY
HALE AND DORR LLP                                       Assistant Branch Director
1875 Pennsylvania Avenue, NW                            Federal Programs Branch
Washington, DC 20006
Tel.: (202) 663-6000                                    */s/ Emily S. Newton*
Fax: (202) 663-6363                                     EMILY S. NEWTON (Va. Bar No. 80745)
E-mail: seth.waxman@wilmerhale.com                      Trial Attorney
                                                        United States Department of Justice
Rowe W. Snider (# 03125194)                             20 Massachusetts Avenue, NW
Ashlee M. Knuckey (# 6300237)                           Washington, DC 20001
LOCKE LORD LLP                                          Ph: (202) 305-8356
111 South Wacker Drive                                  Email: emily.s.newton@usdoj.gov
Chicago, IL 60606
Tel.: (312) 443-0700                                    *Counsel for Defendants*
Fax: (312) 896-0336

Email: rsnider@lockelord.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on June 25, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                                                       */s/ Seth P. Waxman*
                                                                         Seth P. Waxman