# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) No. 1:13-cv-08564<br>)<br>) Judge Rebecca R. |
| BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) Pallmeyer<br>)<br>)<br>)<br>)<br>) |
| *Defendants*. | )<br>) |

## NOTICE OF MOTION

TO:  All Attorneys of Record on the Attached Certificate of Service

PLEASE TAKE NOTICE that on Monday, July 9, 2018 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear jointly before the Honorable Judge Rebecca R. Pallmeyer, in Courtroom 2141, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any Judge who may be sitting in her stead, and then and there present Plaintiff and Defendants' "JOINT STATUS REPORT AND MOTION TO CONTINUE STAY," a copy of which is attached hereto and hereby served upon you.[1]

---

[1] Should the Court decide to hold a hearing on the parties' joint motion, the parties respectfully request that counsel for the parties be permitted to appear telephonically, as lead counsel for both parties are located in Washington, DC.

-2-

Dated:  June 25, 2018  Respectfully submitted,

*/s/ Seth P. Waxman*  CHAD A. READLER
Seth P. Waxman (*pro hac vice*)  Acting Assistant Attorney General
Jonathan G. Cedarbaum (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)  JOHN R. LAUSCH, JR.
Peter A. Gabrielli (*pro hac vice*)  United States Attorney
Anuradha Sivaram (*pro hac vice*)
WILMER CUTLER PICKERING  LESLEY FARBY
HALE AND DORR LLP  Assistant Branch Director
1875 Pennsylvania Avenue, NW  Federal Programs Branch
Washington, DC 20006
Tel.: (202) 663-6000  */s/ Emily S. Newton*
Fax: (202) 663-6363  EMILY S. NEWTON (Va. Bar No. 80745)
E-mail: seth.waxman@wilmerhale.com  Trial Attorney
 United States Department of Justice
Rowe W. Snider (# 03125194)  20 Massachusetts Avenue, NW
Ashlee M. Knuckey (# 6300237)  Washington, DC 20001
LOCKE LORD LLP  Ph:  (202) 305-8356
111 South Wacker Drive  Email:  emily.s.newton@usdoj.gov
Chicago, IL 60606
Tel.: (312) 443-0700  *Counsel for Defendants*
Fax: (312) 896-0336

Email: rsnider@lockelord.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that, on June 25, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                   */s/ Seth P. Waxman*
                   Seth P. Waxman