# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> **[PROPOSED] Order** |

Having carefully considered the parties' joint motion to continue the stay in this case, the motion is hereby GRANTED. The Court hereby stays this case until October 19, 2018, at which time the parties shall file a joint status report as described in parties' joint motion.

**SO ORDERED.**