# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Property Casualty Insurers Association of
America

                                        Plaintiff,

v.                                                          Case No.: 1:13−cv−08564

                                                            Honorable Rebecca R.
                                                            Pallmeyer

Shaun Donovan, et al.

                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 26, 2018:

     MINUTE entry before the Honorable Rebecca R. Pallmeyer: Joint status report
and motion to continue stay [159] is granted to and including 10/19/2018, at which time
the parties shall file a joint status report, without an appearance. Status hearing set for
10/25/2018 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.