# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | Case No. 1:13-cv-08564 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Magistrate Judge Susan E. Cox |
| BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF PETER A. GABRIELLI

Peter A. Gabrielli hereby withdraws as one of counsel for Plaintiff Property Casualty Insurers Association of America ("PCI") in this action. PCI continues to be represented by Seth P. Waxman, Jonathan G. Cedarbaum, Brian M. Boynton, and Anuradha Sivaram of Wilmer Cutler Pickering Hale and Dorr LLP and Rowe W. Snider and Ashlee M. Knuckey of Locke Lord LLP.

Dated: July 6, 2018

Respectfully submitted,

By: /s/ Seth P. Waxman

Seth P. Waxman (*pro hac vice*)
Jonathan G. Cedarbaum (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)
Anuradha Sivaram (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on July 6, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                /s/ Seth P. Waxman

                Seth P. Waxman