IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Property Casualty Insurers Association of America,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | No.   13 C 8564 |
| **Benjamin S. Carson, Sr., et al,** | ) ) | Judge Rebecca R. Pallmeyer |
| | ) ) | |
| **Defendants.** | ) | |

**ORDER**

    Motion of withdrawal of Attorney Peter A. Gabrielli [161] is granted without an appearance.

ENTER:

_____
REBECCA R. PALLMEYER
United States District Judge

Dated: July 10, 2018