# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) ) |
| *Plaintiff*, | ) ) ) No. 1:13-cv-08564 |
| v. | ) ) Judge Rebecca R. Pallmeyer |
| BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) ) |
| *Defendants*. | ) ) |

## NOTICE OF WITHDRAWL OF DANIEL PAUL MOSTELLER

Daniel Paul Mosteller hereby withdraws as one of the counsel for Defendants in this action, having resigned from the Department of Justice effective January 6, 2017. Defendants continue to be represented by below-listed counsel.

Dated: August 8, 2018          Respectfully submitted,

                                                           CHAD A. READLER
                                                           Acting Assistant Attorney General

                                                           LESLEY FARBY
                                                           Assistant Branch Director
                                                           Federal Programs Branch

                                                           */s/ Emily S. Newton*
                                                           EMILY S. NEWTON (Va. Bar No. 80745)
                                                           Trial Attorney
                                                           United States Department of Justice
                                                           20 Massachusetts Avenue, NW

Washington, DC 20001
Ph: (202) 305-8356
Email: emily.s.newton@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on August 8, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                                              */s/ Emily S. Newton*
                                                              EMILY S. NEWTON