**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 1:13-cv-08564 |
| v. | ) ) | Judge Rebecca R. Pallmeyer |
| BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENR OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Elizabeth Shuman-Moore and Ruth Greenwood, both formerly of the Chicago Lawyers'

Committee for Civil Rights, hereby withdraw as counsel of record for Amicus Curiae Chicago

Lawyers' Committee for Civil Rights.  Amicus Curiae Chicago Lawyers' Committee for Civil

Rights will continue to be represented by Aneel L. Chablani.


Dated:  August 15, 2018                    Respectfully Submitted,

                                             /s/ Aneel L. Chablani
                                            Aneel L. Chablani
                                            CHICAGO LAWYERS' COMMITTEE
                                            FOR CIVIL RIGHTS
                                            100 N. LaSalle St., Ste. 600
                                            Chicago, IL 60602
                                            PH: 312-202-3658
                                            FAX: 312-630-1127
                                            achablani@clccrul.org

                                            *Counsel for Amicus Curiae*

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed and caused a copy of the NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL to be served to counsel of record via the ECF system of the U.S. District Court, Northern District of Illinois, Eastern Division, on this 15th day of August, 2018.

/s/ Aneel L. Chablani