**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) ) *Plaintiff*, ) ) ) v. ) ) BENJAMIN S. CARSON, SR., in his official ) capacity as Secretary of Housing and Urban ) Development, and the UNITED STATES ) DEPARTMENT OF HOUSING AND URBAN ) DEVELOPMENT, ) ) *Defendants*. ) ) | No. 1:13-cv-08564 Judge Rebecca R. Pallmeyer |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

Plaintiff Property Casualty Insurers Association of America ("PCI") and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint status report, pursuant to the Court's June 26, 2018 Order, staying this case until, and ordering the parties to submit a joint status report on, October 19, 2018. ECF No. 160. In that order, the Court also set a status hearing for October 25, 2018 at 9:00 a.m. *See id.* For the reasons given below, the parties request that the Court continue the stay in this case until December 18, 2018, and vacate the status hearing currently scheduled for October 25, 2018.

PCI asserts a challenge under the Administrative Procedure Act to the application of HUD's Final Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78

1

Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the Rule"), to risk-based pricing and underwriting of homeowners, property, and hazard insurance. On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to the Rule, as well as on the 2016 supplement to HUD's responses to certain insurance industry comments made during the initial rulemaking. *See Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June 20, 2018). The public comment period closed on August 20, 2018. *See id.*

In response to the ANRPM, HUD received approximately 1,900 comments. Based on its consideration of those comments, HUD plans to issue a Notice of Proposed Rulemaking ("NPRM") that could affect the pending case. HUD will endeavor to send a draft NPRM to the Office of Management and Budget and begin the inter-agency review process within the next 60-90 days.

The parties have conferred, and in light of HUD's plans to issue an NPRM and its need to consider and address the public comments received in response to the ANPRM, the parties agree that this case should continue to be stayed for 60 days, until December 18, 2018. The parties thus request that the Court extend the stay for that period. The parties propose to file a joint status report on December 18, 2018, updating the Court on the expected timing of any further action by HUD and proposing any next steps in this case. The parties would plan to apprise the Court of any substantive updates in the meantime as appropriate.

In light of the foregoing, the parties also request that the Court vacate the status hearing currently scheduled for October 25, 2018. In the alternative, should the Court decide to hold the status hearing on October 25, 2018, or to hold a hearing on the parties' joint motion, the parties respectfully request that counsel for the parties be permitted to appear telephonically, as lead counsel for both parties are located in Washington, DC.

In sum, the parties request that the Court continue the stay in this case until December 18, 2018, at which time the parties will submit a joint status report, and that the Court vacate the status hearing currently scheduled for October 25, 2018.

A proposed order consistent with this motion is attached.

Dated: October 19, 2018                                    Respectfully submitted,

/s/ Brian M. Boynton
Seth P. Waxman (*pro hac vice*)                            JOSEPH H. HUNT
Jonathan G. Cedarbaum (*pro hac vice*)                     Assistant Attorney General
Brian M. Boynton (*pro hac vice*)                          Civil Division
Anuradha Sivaram (*pro hac vice*)
WILMER CUTLER PICKERING                                    JOHN R. LAUSCH, JR.
HALE AND DORR LLP                                          United States Attorney
1875 Pennsylvania Avenue, NW
Washington, DC 20006                                       LESLEY FARBY
Tel.: (202) 663-6000                                       Assistant Branch Director
Fax: (202) 663-6363                                        Federal Programs Branch
E-mail: seth.waxman@wilmerhale.com
                                                           */s/ Emily Newton*
Rowe W. Snider (# 03125194)                                EMILY SUE NEWTON (Va. Bar No. 80745)
Ashlee M. Knuckey (# 6300237)                              Trial Attorney
LOCKE LORD LLP                                             United States Department of Justice
111 South Wacker Drive                                     Civil Division, Federal Programs Branch
Chicago, IL 60606                                          1100 L Street, NW, Room 12104
Tel.: (312) 443-0700                                       Washington, D.C. 20005
Fax: (312) 896-0336                                        Tel: (202) 305-8356 / Fax: (202) 616-8460
Email: rsnider@lockelord.com                               emily.s.newton@usdoj.gov

*Counsel for Plaintiff*                                    *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on October 19, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                   */s/ Emily Newton*
                   EMILY SUE NEWTON