# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>*Defendants*. | No. 1:13-cv-08564<br><br>Judge Rebecca R. Pallmeyer |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, October 25, 2018 at 8:30 a.m. at the opening of Court or as soon thereafter as counsel may be heard, counsel for the parties will appear before Judge Pallmeyer in the courtroom occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present:[1]

**Parties' Joint Motion to Continue the Stay in This Case &**

**Vacate the Status Hearing**

in the above-captioned case.

---

[1] Should the Court decide to hold a hearing on the parties' joint motion, the parties respectfully request that counsel for the parties be permitted to appear telephonically, as lead counsel for both parties are located in Washington, DC.

Dated: October 19, 2018          Respectfully submitted,

                                                JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily Newton*
EMILY SUE NEWTON (Va. Bar No. 80745)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12104
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*