# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) No. 1:13-cv-08564<br>) |
| | ) **[PROPOSED] ORDER** |
| BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | )<br>)<br>)<br>)<br>) |
| *Defendants*. | )<br>) |

Having carefully considered the parties' joint status report and motion to continue the stay in this case and to vacate the status hearing, the motion is hereby GRANTED. The Court hereby stays the case until December 18, 2018, on which date the parties shall file a joint status report updating the Court on the status of the U.S. Department of Housing and Urban Development's consideration of the rule at issue in this case and proposing any next steps in this litigation. The Court also vacates the status hearing currently scheduled for October 25, 2018.

**SO ORDERED.**