# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>*Defendants*. | No. 1:13-cv-08564<br><br>Judge Rebecca R. Pallmeyer |

## **JOINT MOTION TO CONTINUE STAY AND VACATE STATUS HEARING**

On October 23, 2018, the Court granted the parties' joint motion to continue the stay in this case until December 18, 2018 and set a status hearing in this case for December 18, 2018. ECF No. 168. Plaintiff Property Casualty Insurers Association of America ("PCI") and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint motion to continue the stay in this case for 45 days from December 18, 2018, or until February 1, 2019, and to vacate the status hearing currently set for December 18, 2018.

PCI asserts a challenge under the Administrative Procedure Act to the application of HUD's Final Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78

1

Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the Rule"), to risk-based pricing and underwriting of homeowners, property, and hazard insurance. On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to the Rule, as well as on the 2016 supplement to HUD's responses to certain insurance industry comments made during the initial rulemaking. *See Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June 20, 2018). The public comment period closed on August 20, 2018. *See id.*

In response to the ANRPM, HUD received approximately 1,900 comments. Based on its consideration of those comments, HUD plans to issue a Notice of Proposed Rulemaking ("NPRM") that could affect the pending case. HUD intends to send a draft NPRM to the Office of Management and Budget and begin the inter-agency review process within the next 30 days.

The parties have conferred, and in light of HUD's plan to issue an NPRM and its need to consider and address the comments received in response to the ANPRM, the parties agree that this case should continue to be stayed for 45 days from December 18, 2018, until February 1, 2019. The parties thus request that the Court extend the stay for that period. The parties propose to file a joint status report on or before February 1, 2018, updating the Court on the expected timing of any further action by HUD and proposing next steps in this case. The parties would plan to apprise the Court of any substantive updates in the meantime as appropriate.

In light of the foregoing, the parties also request that the Court vacate the status hearing currently scheduled for December 18, 2018. In the alternative, should the Court decide to hold the status hearing on December 18, 2018, or to hold a hearing on the parties' joint motion, the parties respectfully request that counsel for the parties be permitted to appear telephonically, as lead counsel for both parties are located in Washington, DC.

In sum, the parties request that the Court continue the stay in this case until February 1, 2019, by which time the parties will submit a joint status report, and that the Court vacate the status hearing currently scheduled for December 18, 2018.

A proposed order consistent with this motion is attached.

Dated: December 11, 2018                                  Respectfully submitted,

| | |
|---|---|
| /s/ Brian M. Boynton | |
| Seth P. Waxman (*pro hac vice*) | JOSEPH H. HUNT |
| Jonathan G. Cedarbaum (*pro hac vice*) | Assistant Attorney General |
| Brian M. Boynton (*pro hac vice*) | Civil Division |
| Anuradha Sivaram (*pro hac vice*) | |
| WILMER CUTLER PICKERING | JOHN R. LAUSCH, JR. |
| HALE AND DORR LLP | United States Attorney |
| 1875 Pennsylvania Avenue, NW | |
| Washington, DC 20006 | LESLEY FARBY |
| Tel.: (202) 663-6000 | Assistant Branch Director |
| Fax: (202) 663-6363 | Federal Programs Branch |
| E-mail: seth.waxman@wilmerhale.com | |
| | */s/ Emily Newton* |
| Rowe W. Snider (# 03125194) | EMILY SUE NEWTON (Va. Bar No. 80745) |
| Ashlee M. Knuckey (# 6300237) | Trial Attorney |
| LOCKE LORD LLP | United States Department of Justice |
| 111 South Wacker Drive | Civil Division, Federal Programs Branch |
| Chicago, IL 60606 | 1100 L Street, NW, Room 12104 |
| Tel.: (312) 443-0700 | Washington, D.C. 20005 |
| Fax: (312) 896-0336 | Tel: (202) 305-8356 / Fax: (202) 616-8460 |
| Email: rsnider@lockelord.com | emily.s.newton@usdoj.gov |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

      I hereby certify that, on December 11, 2018, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                                      */s/ Emily Newton*
                                                      EMILY SUE NEWTON