# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, )<br><br>*Plaintiff*, )<br><br>v. )<br><br>BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, )<br><br>*Defendants*. ) | No. 1:13-cv-08564<br><br>**[PROPOSED] ORDER** |

Having carefully considered the parties' joint motion to continue the stay in this case and to vacate the status hearing, the motion is hereby GRANTED. The Court hereby stays the case until February 1, 2019, on or before which date the parties shall file a joint status report updating the Court on the status of the U.S. Department of Housing and Urban Development's consideration of the rule at issue in this case and proposing next steps in this litigation. The Court also vacates the status hearing currently scheduled for December 18, 2018.

**SO ORDERED.**