# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br>   *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br>   *Defendants*. | No. 1:13-cv-08564 <br><br> Judge Rebecca R. Pallmeyer |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, December 13, 2018 at 8:45 a.m. at the opening of Court or as soon thereafter as counsel may be heard, counsel for the parties will appear before Judge Pallmeyer in the courtroom occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present:[1]

**Parties' Joint Motion to Continue the Stay in This Case &**

**Vacate the Status Hearing**

in the above-captioned case.

---

[1] Should the Court decide to hold a hearing on the parties' joint motion, the parties respectfully request that counsel for the parties be permitted to appear telephonically, as lead counsel for both parties are located in Washington, DC.

Dated: December 11, 2018 Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General
    Civil Division

    JOHN R. LAUSCH, JR.
    United States Attorney

    LESLEY FARBY
    Assistant Branch Director
    Federal Programs Branch

    */s/ Emily Newton*
    EMILY SUE NEWTON (Va. Bar No. 80745)
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, NW, Room 12104
    Washington, D.C. 20005
    Tel: (202) 305-8356 / Fax: (202) 616-8460
    emily.s.newton@usdoj.gov

    *Counsel for Defendants*