UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, *Plaintiff*, v. BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *Defendants*. | No. 1:13-cv-08564 Judge Rebecca R. Pallmeyer |

**JOINT STATUS REPORT**

On December 12, 2018, the Court granted the parties' joint motion to continue the stay in this case and to vacate the status hearing without appearance. ECF No. 171. The Court further directed the parties to submit a written status report on February 1, 2019. *Id.* Pursuant to a General Order entered December 26, 2018 and an amendment to that Order entered January 8, 2019, the U.S. District Court for the Northern District of Illinois held in abeyance civil matters involving the United States due to the lapse of congressional appropriations funding the federal government. *See* General Order and Am. General Order 18-0028. General Order 19-0004 subsequently extended all deadlines in the affected civil litigation by 42 days. In accordance with the Court's December 12, 2018 Minute entry and the General Orders, Plaintiff Property Casualty Insurers Association of

1

America ("PCI") and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint status report.

PCI asserts a challenge under the Administrative Procedure Act to the application of HUD's Final Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the Rule"), to risk-based pricing and underwriting of homeowners, property, and hazard insurance. On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to the Rule, as well as on the 2016 supplement to HUD's responses to certain insurance industry comments made during the initial rulemaking. *See Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June 20, 2018). Based on its consideration of comments on the ANPRM, HUD plans to issue a Notice of Proposed Rulemaking ("NPRM") that could affect the pending case. On February 1, 2019, HUD sent a copy of the NPRM to the Office of Management and Budget ("OMB") for review. *See* https://www.reginfo.gov/public/do/eoDetails?rrid=128817.

In light of HUD's plans to issue an NPRM and its need to continue to engage in the rulemaking process, including OMB's inter-agency review process, the parties believe that this case should continue to be stayed for 60 days, or until May 13, 2019, on which date the parties propose to file a joint status report, updating the Court on the expected timing of any further action by HUD and proposing any next steps in this case. The parties would plan to apprise the Court of any substantive updates in the meantime as appropriate.

Dated: March 14, 2019                                    Respectfully submitted,

 /s/ Brian M. Boynton

2

| | |
|---|---|
| Seth P. Waxman (*pro hac vice*)<br>Jonathan G. Cedarbaum (*pro hac vice*)<br>Brian M. Boynton (*pro hac vice*)<br>Anuradha Sivaram (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Tel.: (202) 663-6000<br>Fax: (202) 663-6363<br>E-mail: seth.waxman@wilmerhale.com | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>JOHN R. LAUSCH, JR.<br>United States Attorney<br><br>LESLEY FARBY<br>Assistant Branch Director<br>Federal Programs Branch<br><br>*/s/ Emily Newton*<br>EMILY SUE NEWTON (Va. Bar No. 80745)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Room 12104<br>Washington, D.C. 20005<br>Tel: (202) 305-8356 / Fax: (202) 616-8460<br>emily.s.newton@usdoj.gov |
| Rowe W. Snider (# 03125194)<br>Ashlee M. Knuckey (# 6300237)<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Tel.: (312) 443-0700<br>Fax: (312) 896-0336<br>Email: rsnider@lockelord.com | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |