IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Property Casualty Insurers Association of America,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) No.   13 C 8564 ) |
| **Benjamin S. Carson, Sr., et al,** | ) Judge Rebecca R. Pallmeyer ) ) |
| **Defendants.** | ) |

## ORDER

Motion for withdrawal of Anuradha Sivaram [174] is granted.

ENTER:

Dated: May 8, 2019

_____
REBECCA R. PALLMEYER
United States District Judge