# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Property Casualty Insurers Association of America

Plaintiff,

v.

United States Department of Housing and Urban Development, et al.

Defendant.

Case No.: 1:13−cv−08564

Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 17, 2019:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: At the parties' suggestion, the court directs that the stay will remain in effect. Further joint written status report to be submitted on or before June 12, 2019. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.