## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br><br>　　Defendants. | Case No. 13-cv-08564<br><br>Judge Rebecca R. Pallmeyer |

## **MOTION OF ROGER L. SMERAGE TO WITHDRAW**

Attorney Roger L. Smerage respectfully requests that the Court consent to his withdrawal from representing amici the American Financial Services Association ("AFSA"), the Consumer Mortgage Coalition ("CMC"), the Independent Community Bankers of America® ("ICBA"), and the Mortgage Bankers Association ("MBA") (collectively, "*Amici*") in the above-referenced matters. Mr. Smerage is leaving the firm of K&L Gates LLP effective as of June 20, 2019. Other attorneys from the law firm of K&L Gates LLP, who have appeared in this matter, will continue to represent Amici.

Respectfully submitted,

*Roger L. Smerage*
Roger L. Smerage (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100
roger.smerage@klgates.com

Dated: June 18, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2019, I caused the foregoing document entitled Motion of Roger L. Smerage to Withdraw to be filed via the Court's CM/ECF system, which shall send notice to counsel of record for the parties.

/s/ Roger L. Smerage
Roger L. Smerage