IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Property Casualty Insurers Association of America,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) No. 13 C 8564<br>) |
| **Shaun Donovan, et al,** | ) Judge Rebecca R. Pallmeyer<br>)<br>) |
| **Defendants.** | ) |

## ORDER

Motion of Roger L. Smerage to withdraw [180] as counsel for Defendants is granted.

ENTER:

Dated: June 19, 2019

_____
REBECCA R. PALLMEYER
United States District Judge