IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SHAUN DONOVAN, in his official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:13-cv-08564<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUBSTITUTION OF ATTORNEYS OF SAME FIRM
## PURSUANT TO LOCAL RULE 83.17

    The undersigned, Kevin W. Baldwin, pursuant to Local Rule 83.17, hereby withdraws his appearance on behalf of State of Oklahoma, ex rel. John D. Doak, Insurance Commissioner, and consents to the substitution of Daniel J. Mohan as counsel of record in the above entitled action.

                                                /s/Kevin W. Baldwin
                                                Kevin W. Baldwin

    The undersigned, Daniel J. Mohan, hereby enters his appearance on behalf of State of Oklahoma, ex rel. John D. Doak, Insurance Commissioner, as counsel of record in the above entitled action.

                                                /s/Daniel J. Mohan
                                                Daniel J. Mohan

Daniel J. Mohan, ARDC No. 6187721
Daley Mohan Groble, P.C.
55 West Monroe Street, Suite 1600
Chicago, IL 60603
312-422-9999
mohan@daleymohan.com