# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> Judge Rebecca R. Pallmeyer |

## JOINT STATUS REPORT

Plaintiff, Property Casualty Insurers Association of America ("PCI")[1] and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint status report pursuant to the Court's June 14, 2019 minute entry directing the parties to provide a joint status report on June 12, 2019. ECF No. 179.

PCI asserts a challenge under the Administrative Procedure Act to the application of HUD's Final Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the Rule"), to risk-based pricing and underwriting of

---

[1] Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

homeowners, property, and hazard insurance. On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to the Rule, as well as on the 2016 supplement to HUD's responses to certain insurance industry comments made during the initial rulemaking. *See Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June 20, 2018). Based on its consideration of comments on the ANPRM, HUD plans to issue a Notice of Proposed Rulemaking ("NPRM") that could affect the pending case. On February 1, 2019, HUD sent a copy of the NPRM to the Office of Management and Budget ("OMB") where it remains under review. *See* https://www.reginfo.gov/public/do/eoDetails?rrid=128817.

In light of HUD's plans to issue an NPRM and its need to continue to engage in the rulemaking process, including OMB's inter-agency review process, the parties believe that this case should continue to be stayed for 30 days, or until August 12, 2019, on which date the parties propose to file a joint status report, updating the Court on the expected timing of any further action by HUD and proposing any next steps in this case. The parties would plan to apprise the Court of any substantive updates in the meantime as appropriate.


Dated: July 11, 2019                                   Respectfully submitted,

/s/ Brian M. Boynton
Seth P. Waxman (*pro hac vice*)                        JOSEPH H. HUNT
Jonathan G. Cedarbaum (*pro hac vice*)                 Assistant Attorney General
Brian M. Boynton (*pro hac vice*)                      Civil Division
WILMER CUTLER PICKERING
HALE AND DORR LLP                                      JOHN R. LAUSCH, JR.
1875 Pennsylvania Avenue, NW                           United States Attorney
Washington, DC 20006
Tel.: (202) 663-6000                                   LESLEY FARBY
Fax: (202) 663-6363                                    Assistant Branch Director
E-mail: seth.waxman@wilmerhale.com                     Federal Programs Branch

| | |
|---|---|
| Rowe W. Snider (# 03125194) <br> Ashlee M. Knuckey (# 6300237) <br> LOCKE LORD LLP <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> Tel.: (312) 443-0700 <br> Fax: (312) 896-0336 <br> Email: rsnider@lockelord.com <br><br> *Counsel for Plaintiff* | */s/ Emily Newton* <br> EMILY SUE NEWTON (Va. Bar No. 80745) <br> Trial Attorney <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L Street, NW, Room 12104 <br> Washington, D.C. 20005 <br> Tel: (202) 305-8356 / Fax: (202) 616-8460 <br> emily.s.newton@usdoj.gov <br><br> *Counsel for Defendants* |