# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> Judge Rebecca R. Pallmeyer |

## JOINT STATUS REPORT

Plaintiff, Property Casualty Insurers Association of America ("PCI")[1] and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint status report pursuant to the Court's September 12, 2019 minute entry, continuing the stay in this case and directing the parties to file a joint status report on the expected timing of further action by HUD and proposing next steps. ECF No. 189.

PCI asserts a challenge under the Administrative Procedure Act to the application of HUD's Final Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78

---

[1] Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

1

Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the Rule"), to risk-based pricing and underwriting of homeowners, property, and hazard insurance. On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to the Rule, as well as on the 2016 supplement to HUD's responses to certain insurance industry comments made during the initial rulemaking. *See Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June 20, 2018). Based on its consideration of public comments, HUD published a Notice of Proposed Rulemaking ("NPRM") on August 19, 2019 that could affect the pending case. *See HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 84 Fed. Reg. 42854 (Aug. 19, 2019). The NPRM provided for a public comment period, which closed on October 18, 2019. *See id.*

HUD received 45,757 public comments in response to the NPRM. *See* https://www.regulations.gov/docket?D=HUD-2019-0067. In light of HUD's need to continue to engage in the rulemaking process, including by carefully considering and addressing the numerous public comments it received in response to the NPRM, the parties believe that this case should continue to be stayed for 60 days, or until January 17, 2020, on which date the parties propose to file a joint status report, updating the Court on the expected timing of any further action by HUD and proposing any next steps in this case. The parties would plan to apprise the Court of any substantive updates in the meantime as appropriate.

Dated: November 18, 2019　　　　　　　　　　Respectfully submitted,

/s/ Brian M. Boynton
Seth P. Waxman (*pro hac vice*)
Jonathan G. Cedarbaum (*pro hac vice*)　　JOSEPH H. HUNT
Brian M. Boynton (*pro hac vice*)　　　　　Assistant Attorney General
WILMER CUTLER PICKERING　　　　　Civil Division

2

| | |
|---|---|
| HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Tel.: (202) 663-6000<br>Fax: (202) 663-6363<br>E-mail: seth.waxman@wilmerhale.com<br><br>Rowe W. Snider (# 03125194)<br>Ashlee M. Knuckey (# 6300237)<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Tel.: (312) 443-0700<br>Fax: (312) 896-0336<br>Email: rsnider@lockelord.com<br><br>*Counsel for Plaintiff* | JOHN R. LAUSCH, JR.<br>United States Attorney<br><br>LESLEY FARBY<br>Assistant Branch Director<br>Federal Programs Branch<br><br>*/s/ Emily Newton*<br>EMILY SUE NEWTON (Va. Bar No. 80745)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Room 12104<br>Washington, D.C. 20005<br>Tel: (202) 305-8356 / Fax: (202) 616-8460<br>emily.s.newton@usdoj.gov<br><br>*Counsel for Defendants* |