# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Property Casualty Insurers Association of America

        Plaintiff,

v.

Case No.: 1:13−cv−08564

Honorable Rebecca R. Pallmeyer

United States Department of Housing and Urban Development, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 21, 2020:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: At the parties' joint request, the stay of this case remains in effect until March 17, 2020. On that date, the parties will file a joint status report on the expected timing of further action by HUD and proposed next steps. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.