# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> Judge Rebecca R. Pallmeyer |

## JOINT STATUS REPORT

Plaintiff, Property Casualty Insurers Association of America ("PCI")[1] and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint status report pursuant to the Court's March 18, 2020 minute entry, continuing the stay in this case until May 18, 2020, and directing the parties to file on that date a joint status report on the expected timing of further action by HUD and proposing next steps. ECF No. 195.

---

[1] Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

1

PCI asserts a challenge under the Administrative Procedure Act to the application of HUD's Final Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the Rule"), to risk-based pricing and underwriting of homeowners, property, and hazard insurance. On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to the Rule, as well as on the 2016 supplement to HUD's responses to certain insurance industry comments made during the initial rulemaking. *See Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June 20, 2018). Based on its consideration of public comments, HUD published a Notice of Proposed Rulemaking ("NPRM") on August 19, 2019 that could affect the pending case. *See HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 84 Fed. Reg. 42854 (Aug. 19, 2019). The NPRM provided for a public comment period, which closed on October 18, 2019. *See id.*

HUD received 45,757 public comments in response to the NPRM. *See* https://www.regulations.gov/docket?D=HUD-2019-0067. After carefully considering the numerous public comments it received in response to the NPRM, HUD submitted a draft rule to the Office of Information and Regulatory Affairs ("OIRA") on May 7, 2020, for inter-agency review and consultation. *See* https://www.reginfo.gov/public/do/eoDetails?rrid=130337. To allow for the continuation of the rulemaking process, including the inter-agency OIRA review process, the parties believe that this case should continue to be stayed for 60 days, or until July 17, 2020, on which date the parties propose to file a joint status report, updating the Court on the expected timing of any further government action and proposing any next steps in this case. The parties would plan to apprise the Court of any substantive updates in the meantime as appropriate.

Dated: May 18, 2020  Respectfully submitted,

/s/ Brian M. Boynton
Seth P. Waxman (*pro hac vice*)
Jonathan G. Cedarbaum (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily Newton*
EMILY SUE NEWTON (Va. Bar No. 80745)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12104
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*