UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Property Casualty Insurers Association of America

Plaintiff,

v.                                              Case No.: 1:13−cv−08564
                                                Honorable Rebecca R. Pallmeyer

Shaun Donovan, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2020:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court acknowledges receipt of the parties' joint status report. After consideration, the court agrees with Plaintiff that because after many months HUD has not yet adopted a new rule, the parties should proceed with summary judgment briefing in this case. Plaintiff has leave to renew its motion for summary judgment and submit that motion, with supporting memorandum, on or before September 23, 2020. Defendant's combined opposition to Plaintiff's motion for summary judgment and cross−motion for summary judgment to be filed on or before October 21, 2020. Plaintiff's combined opposition to Defendants' cross−motion for summary judgment, and reply brief in support of Plaintiff's own motion, to be filed on or before November 11. Defendants' reply brief in support of their cross−motion for summary judgment shall be filed on or before November 30, 2020. The court will set oral argument by telephone on 12/15/2020 at 9:30 a.m. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 877−336−1839 and the access code is 6708061. Counsel of record will receive an email 10 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.