**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 1:13-cv-08564 |
| v. | ) ) | Judge Rebecca R. Pallmeyer |
| BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) | |
| *Defendants*. | ) ) ) | |

## JOINT NOTICE AND REQUEST TO VACATE CURRENT SCHEDULE

Plaintiff, Property Casualty Insurers Association of America ("PCI")[1] and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint filing to notify the Court of HUD's recent issuance of a final rule and, in light of that issuance, to request that the Court vacate the current summary judgment schedule adopted in the Court's August 17, 2020 Minute Entry. ECF No. 201. To allow for Plaintiff's consideration of the final rule, and the parties to then confer, the parties propose to make a joint filing in 91 days, or on Monday, December 14, 2020, proposing any next steps in this matter.

---

[1] Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

PCI asserted a challenge under the Administrative Procedure Act to the application of HUD's 2013 Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the 2013 Rule"), to risk-based pricing and underwriting of homeowners, property, and hazard insurance. On June 20, 2018, HUD published an Advance Notice of Proposed Rulemaking ("ANPRM"), inviting public comment on possible amendments to the 2013 Rule, as well as on the 2016 supplement to HUD's responses to certain insurance industry comments made during the initial rulemaking. *See Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 83 Fed. Reg. 28560 (June 20, 2018). Based on its consideration of public comments, HUD published a Notice of Proposed Rulemaking ("NPRM") on August 19, 2019. *See HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 84 Fed. Reg. 42854 (Aug. 19, 2019). The NPRM provided for a public comment period, which closed on October 18, 2019. *See id.*

HUD received 45,758 public comments in response to the NPRM. *See* https://www.regulations.gov/docket?D=HUD-2019-0067. After carefully considering the numerous public comments it received in response to the NPRM, HUD submitted a draft rule to the Office of Information and Regulatory Affairs ("OIRA") on May 7, 2020, for inter-agency review and consultation. *See* https://www.reginfo.gov/public/do/eoDetails?rrid=130337. While the draft rule was under consideration, but after the initial 90-day review period had passed, Plaintiff requested, and the Court entered, a briefing schedule for renewed summary judgment proceedings in this case. *See* ECF No. 201. Subsequently, OIRA completed its review, and on September 3, 2020, HUD issued a final rule, which is pending publication in the Federal Register. *See* https://www.hud.gov/sites/dfiles/ENF/documents/6111-F03%20Disparate%20Impact%20Fin

al% 20Rule%209-3-20%20FOR%20POSTING.pdf.  Once published in the Federal Register, the rule will become effective 30 days later.  The rule and preamble, including HUD's response to the numerous public comments it received, is 171 pages.

In light of HUD's issuance of a final rule replacing the 2013 Rule, the parties do not believe it would be appropriate to proceed with summary judgment at this time and respectfully request that the Court vacate the summary judgment schedule, including the briefing and oral argument dates, it adopted on August 17, 2020.  *See* ECF No. 201.  And to give Plaintiff the opportunity to consider the final rule and the parties thereafter to confer, the parties propose to make a joint filing in 91 days, or on Monday, December 14, 2020, proposing any next steps in this matter.

Dated:  September 14, 2020

Respectfully submitted,

/s/ Brian M. Boynton
Seth P. Waxman (*pro hac vice*)
Jonathan G. Cedarbaum (*pro hac vice*)
Brian M. Boynton (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Counsel for Plaintiff*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

/s/ Emily Newton
EMILY SUE NEWTON (Va. Bar No. 80745)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12104
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*