# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Property Casualty Insurers Association of America

          Plaintiff,

v.

          Case No.: 1:13−cv−08564

          Honorable Rebecca R. Pallmeyer

Shaun Donovan, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: On September 3, 2020, HUD issued a final rule, and the parties have moved jointly that the court vacate the summary judgment schedule. The motion [202] is granted. The court vacates the summary judgment schedule entered on 8/17/2020. Parties will submit a joint written status report on or before December 14, 2020, proposing next steps for resolution of this case. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.