UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> BENJAMIN S. CARSON, SR., in his official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> Judge Rebecca R. Pallmeyer |

## JOINT STATUS REPORT

Plaintiff, Property Casualty Insurers Association of America ("PCI")[1] and Defendants, Secretary Benjamin Carson and the United States Department of Housing and Urban Development ("HUD"), submit this joint status report. PCI asserts a challenge under the Administrative Procedure Act to the application of HUD's 2013 Rule, entitled *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the 2013 Rule"), to risk-based pricing and underwriting of homeowners, property, and hazard insurance. After public notice-and-comment rulemaking, on September 3, 2020, HUD issued a final rule

---

[1] Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

1

replacing the 2013 Rule. The new rule was published in the Federal Register on September 24, 2020, and had an effective date of October 26, 2020. *See* 85 Fed. Reg. 60288 (Sept. 24, 2020). On October 25, 2020, a district court issued an order granting a preliminary injunction and postponing the effective date of the rule pending conclusion of the challenge to the rule asserted in that case. *See Mass. Fair Hous. Ctr. v. U.S. Dep't of Hous. & Urban Dev.*, No. CV 20-11765-MGM, 2020 WL 6390143, at *8 (D. Mass.).

On September 14, 2020, the parties had notified this Court that HUD had recently issued a final rule and, in light of that issuance, requested that the Court vacate the summary judgment schedule that was then in place. ECF No. 202. The parties further proposed that they make a joint filing in 90 days, on December 14, 2020, to provide time for the parties to confer and propose any next steps in this matter. *See id.* In a minute entry on September 15, 2020, the Court granted the parties' request, vacated the summary judgment schedule, and directed the parties to submit a joint written status report on or before December 14, 2020, proposing next steps for resolution of this case. ECF No. 203.

The parties have conferred and respectfully propose, in light of the recent developments with respect to the new HUD rule, to stay the case for 60 days and file another joint status report on February 12, 2021.

Dated: December 14, 2020                                            Respectfully submitted,

/s/ Brian M. Boynton                                                JEFFREY BOSSERT CLARK
Seth P. Waxman (*pro hac vice*)                                     Acting Assistant Attorney General
Jonathan G. Cedarbaum (*pro hac vice*)                              Civil Division
Brian M. Boynton (*pro hac vice*)
WILMER CUTLER PICKERING                                             JOHN R. LAUSCH, JR.
HALE AND DORR LLP                                                   United States Attorney
1875 Pennsylvania Avenue, NW
Washington, DC 20006                                                LESLEY FARBY

| | |
|---|---|
| Tel.: (202) 663-6000 | Assistant Branch Director |
| Fax: (202) 663-6363 | Federal Programs Branch |
| E-mail: seth.waxman@wilmerhale.com | |
| | */s/ Emily Newton* |
| Rowe W. Snider (# 03125194) | EMILY SUE NEWTON (Va. Bar No. 80745) |
| Ashlee M. Knuckey (# 6300237) | Senior Trial Counsel |
| LOCKE LORD LLP | United States Department of Justice |
| 111 South Wacker Drive | Civil Division, Federal Programs Branch |
| Chicago, IL 60606 | 1100 L Street, NW, Room 12104 |
| Tel.: (312) 443-0700 | Washington, D.C. 20005 |
| Fax: (312) 896-0336 | Tel: (202) 305-8356 / Fax: (202) 616-8460 |
| Email: rsnider@lockelord.com | emily.s.newton@usdoj.gov |

*Counsel for Plaintiff*        *Counsel for Defendants*