# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Property Casualty Insurers Association of America

Plaintiff,

v.

Case No.: 1:13−cv−08564

Honorable Rebecca R. Pallmeyer

Shaun Donovan, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 15, 2020:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: As proposed in the parties' joint status report, the case remains stayed for 60 days. Parties are directed to submit a further joint written status report on or before February 12, 2021. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.