UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) ) | |
| *Plaintiff,* | ) ) | No. 1:13-cv-08564 |
| v. | ) ) | Judge Rebecca R. Pallmeyer |
| MATT AMMON,[1] in his official capacity as Acting Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) ) | |
| *Defendants.* | ) ) ) | |

JOIN STATUS REPORT

Plaintiff, Property Casualty Insurers Association of America ("PCI"),[2] and Defendants,

Acting Secretary Matt Ammon and the United States Department of Housing and Urban

Development ("HUD"), submit this joint status report pursuant to the Court's December 15, 2020

Minute Order (ECF No. 205). PCI asserts a challenge under the Administrative Procedure Act to

the application of HUD's 2013 Rule, entitled *Implementation of the Fair Housing Act's*

*Discriminatory Effects Standard*, 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611) ("the 2013 Rule"),

to risk-based pricing and underwriting of homeowners, property, and hazard insurance. After public

notice-and-comment rulemaking, on September 3, 2020, HUD issued a final rule replacing the 2013

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Matt Ammon has been substituted for Benjamin S. Carson as Acting Secretary of HUD.

[2] Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

Rule ("the 2020 Rule"). The 2020 Rule was published in the Federal Register on September 24, 2020, and had an effective date of October 26, 2020. *See* 85 Fed. Reg. 60288 (Sept. 24, 2020). On October 25, 2020, a district court issued an order granting a preliminary injunction and postponing the effective date of the 2020 Rule pending conclusion of the challenge to the rule asserted in that case. *See Mass. Fair Hous. Ctr. v. U.S. Dep't of Hous. & Urban Dev.*, No. CV 20-11765-MGM, 2020 WL 6390143, at *8 (D. Mass.). That decision was appealed, but on February 9, 2021, HUD and its Acting Secretary filed a consent motion to voluntarily dismiss the appeal. *See Mass. Fair Hous. Ctr. v. U.S. Dep't of Hous. & Urban Dev.*, No. 21-1003, Entry ID 6400379 (Feb. 9, 2021).

On January 26, 2021, President Biden issued a "Memorandum on Redressing Our Nation's and the Federal Government's History of Discriminatory Housing Practices and Policies," directing the Secretary of HUD to, "as soon as practicable, take all steps necessary to examine the effects of the [2020 Rule], including the effect that amending the [2013 Rule] has had on HUD's statutory duty to ensure compliance with the Fair Housing Act." *See* https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/26/memorandum-on-redressing-our-nations-and-the-federal-governments-history-of-discriminatory-housing-practices-and-policies/. The Memorandum further directed the Secretary, "[b]ased on that examination … [to] take any necessary steps, as appropriate and consistent with applicable law, to implement the Fair Housing Act's requirements that HUD administer its programs in a manner that affirmatively furthers fair housing and HUD's overall duty to administer the Act …[,] including by preventing practices with an unjustified discriminatory effect." Pursuant to the President's directive, HUD is actively examining the discriminatory effects rules and assessing appropriate next steps to carry out HUD's statutory duties.

The parties have conferred and respectfully propose, in light of HUD's pending consideration of the rule at issue in this case, to continue the stay in this case for 60 days and file another joint status report by April 13, 2021. Plaintiff agrees to this continuation on the expectation that, on or before the expiration of this stay, HUD will have made a decision as to the status of the 2020 Rule that will allow the Court to lift the stay and set a new briefing schedule on Plaintiff's motion for summary judgment without any further continuance. While HUD is moving expeditiously, Defendants cannot state at this time whether it will be appropriate to resume proceedings in this case as of April 13, 2021.

Dated:  February 12, 2021

/s/ Catherine M.A. Carroll
Seth P. Waxman (*pro hac vice*)
Catherine M.A. Carroll (*pro hac vice*)
Anuradha Sivaram (*pro hac vice*)
Athena L. Katsampes (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Counsel for Plaintiff*

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

/s/ Emily Newton
EMILY SUE NEWTON (Va. Bar No. 80745)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12104
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*