# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Property Casualty Insurers Association of America

        Plaintiff,

v.        Case No.: 1:13−cv−08564

        Honorable Rebecca R. Pallmeyer

Shaun Donovan, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 28, 2021:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone status hearing held. The court adopts the schedule proposed by the parties in their status report: Plaintiff's renewed motion for summary judgment shall be filed on or before May 28, 2021; Defendants' opposition and cross−motion for summary judgment shall be filed by June 25, 2021; Plaintiff's combined opposition to Defendants' cross−motion and reply brief in support of Plaintiff's motion for summary judgment shall be filed by July 16, 2021; Defendants' reply brief in support of their cross−motion for summary judgment shall be filed by July 30, 2021. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.