UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, )<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Case No. 1:13-cv-08564<br><br>Chief Judge Rebecca R. Pallmeyer |

**CONSENT MOTION FOR LEAVE TO FILE AN OVERLENGTH
BRIEF AND OVERLENGTH STATEMENT OF UNDISPUTED MATERIAL FACTS,
AND TO EXTEND BRIEFING DEADLINES IN THIS CASE**

Plaintiff Property Casualty Insurers Association of America ("PCI"), by and through its attorneys, hereby moves this Court to grant it leave to file a brief in excess of the 15-page limit set by Local Rule 7.1 and a statement of undisputed material facts in excess of the 80-paragraph limit set by Local Rule 56.1(d)(5), and states as follows in support of its motion.

1.       On September 8, 2017, PCI filed a motion for summary judgment, challenging HUD's 2013 Disparate Impact Rule, as elaborated in a Supplemental Explanation issued in 2016. This Court granted leave for PCI to submit an overlength brief in support of that motion for summary judgment of up to 20 pages and for Defendants to file an overlength combined brief of up to 30 pages. *See* Dkt. 133.

2.       This case was then stayed for more than three and a half years while HUD engaged in rulemaking related to the Disparate Impact Rule. After HUD's submission of a proposal to "[r]einstate" the 2013 Rule for inter-agency review on April 12, 2021, *see* Dkt. 214, this Court reinstated a briefing schedule on PCI's renewed motion for summary judgment challenging the 2013 Rule. *See* Dkt. 216. The Court ordered that PCI's renewed motion for summary judgment be filed by May 28, 2021. The Court further ordered that Defendants' opposition and cross-motion for summary judgment be filed by June 25, 2021, that PCI's opposition to Defendants' cross motion and reply brief in support of its summary judgment motion be filed by July 16, 2021, and that Defendants' reply brief in support of its cross-motion for summary judgment be filed by July 30, 2021.

3.       PCI intends to file a renewed motion for summary judgment challenging the 2013 Rule on May 28, 2021. PCI anticipates it will need more than fifteen pages for its motion in order to fully address intervening developments in this case. Despite efforts to be as succinct as possible, PCI anticipates that it will need up to 25 pages in its brief and 100 paragraphs in its

accompanying statement of undisputed material facts to provide the Court with the necessary context for ruling on the adequacy of HUD's Supplemental Explanation defending the 2013 Disparate Impact Rule in light of this Court's 2014 decision, subsequent comments submitted during HUD's rulemaking on remand, and significant intervening Supreme Court authority.

4. In further support of this motion, PCI states that it has conferred with counsel for Defendants, who consent to PCI filing a brief of up to 25 pages, provided PCI consents to Defendants' motion for leave to file a brief of up to 35 pages and statement of additional facts of up to 100 numbered paragraphs to respond to PCI's motion for summary judgment, and provided that PCI agrees to a two-week extension of further briefing deadlines in this case. PCI has so agreed.

WHEREFORE, PCI respectfully requests that this Court grant PCI leave to file a memorandum in support of its motion for summary judgment of up to 25 pages and an accompanying statement of undisputed material facts of up to 100 numbered paragraphs, and to grant Defendants leave to file an opposition brief of up to 35 pages and statement of additional facts of up to 100 numbered paragraphs. PCI further requests that this Court modify the briefing schedule in this case such that Defendants' opposition and cross-motion for summary judgment be filed by July 9, 2021, that PCI's opposition to Defendants' cross motion and reply brief in support of its summary judgment motion be filed by July 30, 2021, and that Defendants' reply brief in support of its cross-motion for summary judgment be filed by August 13, 2021.

Dated: May 27, 2021

Respectfully submitted,

/s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
Catherine M.A. Carroll (*pro hac vice*)
Anuradha Sivaram (*pro hac vice*)
Athena L. Katsampes (*pro hac vice*)

WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that, on May 27, 2021, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                              /s/ *Seth P. Waxman*
                                              Seth P. Waxman (*pro hac vice*)
                                              WILMER CUTLER PICKERING HALE AND
                                                 DORR LLP
                                              1875 Pennsylvania Avenue, NW
                                              Washington, DC 20006
                                              Tel.: (202) 663-6000
                                              Fax: (202) 663-6363
                                              Email: seth.waxman@wilmerhale.com