# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Property Casualty Insurers Association of America

        Plaintiff,

v.

        Case No.: 1:13−cv−08564

        Honorable Rebecca R. Pallmeyer

Shaun Donovan, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 28, 2021:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion [217] is granted. PCI has leave to file a memorandum in support of its motion for summary judgment of up to 25 pages and an accompanying statement of undisputed material facts of up to 100 numbered paragraphs. Defendants have leave to file an opposition brief of up to 35 pages and statement of additional facts of up to 100 numbered paragraphs. Briefing schedule is amended as follows: PCI's motion and reply brief in support of its summary judgment motion shall be filed by July 30, 2021, and Defendants' reply brief in support of its cross−motion for summary judgment shall be filed by August 13, 2021. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.