# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

| | | |
|---|---|---|
| Property Casualty Insurers Association of America | | |
| | Plaintiff, | |
| v. | | Case No.: 1:13−cv−08564 |
| | | Honorable Rebecca R. Pallmeyer |
| Shaun Donovan, et al. | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 28, 2021:

     MINUTE entry before the Honorable Rebecca R. Pallmeyer: Minute entry dated 5/28/2021 [219] is amended as follows: Briefing schedule is amended as follows: Defendants' opposition and cross−motion for summary judgment shall be filed by July 9, 2021. Remainder of order to stand. Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.