## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-08564 |
| v. | ) ) | Chief Judge Rebecca R. Pallmeyer |
| MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1(a), Plaintiff Property Casualty Insurers Association of America ("PCI") respectfully moves for summary judgment on all counts of its First Amended Complaint. As demonstrated in the accompanying memorandum of law and Local Rule 56.1 Statement of Undisputed Material Facts, PCI is entitled to summary judgment because there is no genuine issue of material fact, the decision by Defendants Secretary Marcia Fudge and the United States Department of Housing and Urban Development to apply the Final Rule entitled "Implementation of the Fair Housing Act's Discriminatory Effects Standard," 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611), to risk-based pricing and underwriting of homeowners insurance was arbitrary and capricious and contrary to law as this Court concluded in its 2014 Memorandum Opinion and Order, *see* Dkt. 99, and the Supplemental Explanation defendants issued on remand, entitled "Application of the Fair Housing Act's Discriminatory Effects Standard to Insurance," 81 Fed. Reg. 69012 (Oct. 5, 2016) (A.R. 1813), does not cure the legal defects this Court previously identified.

Dated: May 28, 2021

Respectfully submitted,

/s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
Catherine M.A. Carroll (*pro hac vice*)
Anuradha Sivaram (*pro hac vice*)
Athena L. Katsampes (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Alyssa M. Gregory (# 6320588)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700

Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*