IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Defendants. | Case No. 1:13-cv-08564 <br><br> Chief Judge Rebecca R. Pallmeyer |

**DECLARATION OF SETH P. WAXMAN
IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Seth P. Waxman, hereby declare and state as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, attorney for Plaintiff Property Casualty Insurers Association of America ("PCI")[1] in the above-captioned action. I am admitted to practice before this Court.

2. I submit this declaration in support of Plaintiff's motion for summary judgment. This declaration also attaches certain documents that are cited in the statement of undisputed materials facts and memorandum of law in support of Plaintiff's motion for summary judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of a May 14, 2014 declaration of Teresa C. Cracas.

---

[1] Effective January 1, 2019, American Insurance Association merged with and into Property Casualty Insurers Association of America ("PCI"). Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association ("APCIA"). This submission will refer to APCIA, rather than PCI, in the context of any events following the January 1, 2019 merger.

1

4. Attached hereto as Exhibit 2 is a true and correct copy of a May 15, 2014 declaration of Michael Dawdy.

5. Attached hereto as Exhibit 3 is a true and correct copy of a May 16, 2014 declaration of Peter Drogan.

6. Attached hereto as Exhibit 4 is a true and correct copy of a May 14, 2014 declaration of Ronald Joseph Zaleski, Sr.

7. Attached hereto as Exhibit 5 is a true and correct copy of a May 28, 2021 declaration of Robert Gordon.

8. Attached hereto as Exhibit 6 is a true and correct copy of an August 19, 2018 letter from PCI to the Department of Housing and Urban Development ("HUD") re: Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard, Docket No. FR-6111-A-01, RIN 2529-ZA01.

9. Attached hereto as Exhibit 7 is a true and correct copy of an August 20, 2018 letter from American Insurance Association and the National Association of Mutual Insurance Companies to HUD re: Docket No. FR-6111-A-01: Reconsideration of HUD's Implementation of the Fair Housing Act's Disparate Impact Standard.

10. Attached hereto as Exhibit 8 is a true and correct copy of an October 18, 2019 letter from American Property Casualty Insurance Association to HUD re: HUD's Implementation of the Fair Housing Act's Disparate Impact Standard, Docket No. FR-6111-P-02, RIN 2529-AA98.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 28, 2021   /s/ Seth P. Waxman
                     Seth P. Waxman