IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) MARCIA L. FUDGE, in her official ) capacity as Secretary of Housing and ) Urban Development, and UNITED STATES ) DEPARTMENT OF HOUSING AND URBAN ) DEVELOPMENT, ) ) Defendants. ) | Case No. 1:13-cv-08564<br><br>Chief Judge Rebecca R. Pallmeyer |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF ASHLEE M. KNUCKEY**

Ashlee M. Knuckey, counsel for Plaintiff Property Casualty Insurers Association of America ("PCI"), hereby files this notice of withdrawal of her appearance as counsel for PCI, pursuant to Local Rule 83.17, and states as follows:

1. I filed my appearance for PCI on November 27, 2013 (Dkt. 4) as local counsel. I am not lead counsel for this matter, nor am I a member of the Court's trial bar.

2. A colleague of my firm, Alyssa M. Gregory, filed her appearance for PCI on May 27, 2021 (Dkt. 218) as local counsel.

3. Accordingly, Ms. Gregory has substituted for me as attorney of record for PCI.

4. Ms. Gregory and Rowe W. Snider will remain as local counsel for PCI.

5. There will be no prejudice to PCI or any other party as a result of this withdrawal.

Dated: June 1, 2021 Respectfully submitted,

<u>*/s/ Ashlee M. Knuckey*</u>
Seth P. Waxman (*pro hac vice*)
Catherine M.A. Carroll (*pro hac vice*)
Anuradha Sivaram (*pro hac vice*)
Athena L. Katsampes (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
Alyssa M. Gregory (# 6320588)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*