UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____
                                                )
PROPERTY CASUALTY INSURERS     )
ASSOCIATION OF AMERICA,            )
                                                )
              Plaintiff,                  )
                                                )     No. 1:13-cv-08564
     v.                                        )
                                                )
MARCIA FUDGE, in her official capacity as  )
Secretary of Housing and Urban Development, )
and the UNITED STATES DEPARTMENT OF )
OF HOUSING AND URBAN DEVELOPMENT, )
                                                )
              Defendants.      )
_____)

## NOTICE OF APPEARANCE

       Undersigned counsel, Vinita B. Andrapalliyal, hereby enters her appearance as additional counsel for the defendants in the above-captioned case, pursuant to Local Rule 83.12.

| | |
|---|---|
| Dated: June 17, 2021 | Respectfully submitted, |
| | |
| | BRIAN D. NETTER |
| | Deputy Assistant Attorney General |
| | |
| | LESLEY FARBY |
| | Assistant Branch Director |
| | |
| |  */s/ Vinita B. Andrapalliyal* |
| | VINITA B. ANDRAPALLIYAL (NY Bar) |
| | Trial Attorney |
| | Civil Division, Federal Programs Branch |
| | U.S. Department of Justice |
| | P.O. Box 883 |
| | Washington, DC 20044 |
| | Tel: (202) 305-0845 / Fax: (202) 616-8470 |
| | Email: vinita.b.andrapalliyal@usdoj.gov |
| | |
| | *Counsel for Defendants* |