## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>MARCIA FUDGE, in her official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, )<br>)<br>*Defendants*. ) | No. 1:13-cv-08564<br><br>**[PROPOSED] ORDER** |

Having carefully considered Defendant's motion to stay proceedings for 90 days, the motion is hereby GRANTED. The Court hereby stays the case until September 27, 2021, on which date the parties shall file a joint status report updating the Court on the status of the U.S. Department of Housing and Urban Development's rulemaking regarding the Rule at issue in this case and proposing any next steps in this litigation.

**SO ORDERED.**

_____
The Honorable Rebecca R. Pallmeyer
United States District Judge