# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

| | | |
|---|---|---|
| Property Casualty Insurers Association of America | | |
| | Plaintiff, | |
| v. | | Case No.: 1:13−cv−08564 |
| | | Honorable Rebecca R. Pallmeyer |
| Shaun Donovan, et al. | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 29, 2021:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: The Court adopts the parties proposed briefing schedule on Defendants' motion to stay proceedings for 90 days [226] as follows: Plaintiff's response in opposition shall be filed by 07/02/2021; Defendant's reply in support of its motion shall be filed by 07/06/2021. Notices mailed by judge's staff.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.