# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Property Casualty Insurers Association of America

          Plaintiff,

v.                                  Case No.: 1:13−cv−08564

                                    Honorable Rebecca R. Pallmeyer

Shaun Donovan, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 29, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The Unopposed Motion for Leave to File a Brief Amicus Curiae [225] is granted. Notices mailed by judge's staff. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.