# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> MARCIA FUDGE, in her official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> Judge Rebecca R. Pallmeyer |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

In accordance with Federal Rule of Civil Procedure 56 and Local Rule 56.1(a), Defendants Marcia Fudge in her capacity as Secretary of Housing and Urban Development and the Department of Housing and Urban Development respectfully move for summary judgment on all counts of Plaintiff Property Casual Insurers of America's First Amended Complaint and oppose Plaintiff's summary-judgment motion.

As set forth in the accompanying memorandum of law, the Statement of Undisputed Material Facts, and Defendants' Response to Plaintiff's Statement of Undisputed Material Facts, Defendants are entitled to summary judgment because there is no genuine issue of material fact, the decision by Defendants to apply the Final Rule entitled "Implementation of the Fair Housing Act's Discriminatory Effects Standard," 78 Fed. Reg. 11460 (Feb. 15, 2013) (A.R. 611), to risk-based

pricing and underwriting of homeowners insurance was not arbitrary and capricious and contrary to law. The Supplemental Explanation defendants issued on remand, entitled "Application of the Fair Housing Act's Discriminatory Effects Standard to Insurance," 81 Fed. Reg. 69012 (Oct. 5, 2016) (A.R. 1813), provides a reasoned explanation for HUD's decision not to issue the requested exemptions for the homeowners insurance industry.

Dated: July 9, 2021          Respectfully submitted,

                                        BRIAN NETTER
                                        Deputy Assistant Attorney General
                                        Civil Division

                                        LESLEY FARBY
                                        Assistant Branch Director
                                        Federal Programs Branch

                                        */s/ Vinita B. Andrapalliyal*
                                        VINITA B. ANDRAPALLIYAL
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW, Room 11506
                                        Washington, D.C. 20005
                                        Tel: (202) 305-0845 / Fax: (202) 616-8460
                                        Vinita.b.andrapalliyal@usdoj.gov

                                        *Counsel for Defendants*