# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> MARCIA FUDGE, in her official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> **[PROPOSED] ORDER** |

Having carefully considered Defendant's motion for summary judgment and the briefing in connection with the motion, the motion is hereby GRANTED. Plaintiff's motion for summary judgment is accordingly DENIED.

**SO ORDERED.**

_____
The Honorable Rebecca R. Pallmeyer
United States District Judge