UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Defendants. | Case No. 1:13-cv-08564 <br><br> Chief Judge Rebecca R. Pallmeyer |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.17, Athena L. Katsampes hereby withdraws as counsel of record for Plaintiff Property Casualty Insurers Association of America ("PCI")[1] in the above-captioned matter because she is departing Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). WilmerHale will continue to represent PCI in this matter. A copy of this notice will be provided to PCI and to all parties in this action.

---

[1] Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

1

Dated: July 23, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Athena L. Katsampes*
　　　　　　　　　　　　　　　　　　　Seth P. Waxman (pro hac vice)
　　　　　　　　　　　　　　　　　　　Catherine M.A. Carroll (pro hac vice)
　　　　　　　　　　　　　　　　　　　Anuradha Sivaram (pro hac vice)
　　　　　　　　　　　　　　　　　　　Athena L. Katsampes (pro hac vice)

　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND
　　　　　　　　　　　　　　　　　　　DORR LLP
　　　　　　　　　　　　　　　　　　　1875 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　Tel.: (202) 663-6000
　　　　　　　　　　　　　　　　　　　Fax: (202) 663-6363
　　　　　　　　　　　　　　　　　　　E-mail: athena.katsampes@wilmerhale.com

　　　　　　　　　　　　　　　　　　　Rowe W. Snider (# 03125194)
　　　　　　　　　　　　　　　　　　　Alyssa M. Gregory (# 6320588)
　　　　　　　　　　　　　　　　　　　LOCKE LORD LLP
　　　　　　　　　　　　　　　　　　　111 South Wacker Drive
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　Tel.: (312) 443-0700
　　　　　　　　　　　　　　　　　　　Fax: (312) 896-0336
　　　　　　　　　　　　　　　　　　　Email: rsnider@lockelord.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Athena L. Katsampes, hereby certify that on July 23, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Athena L. Katsampes*
Athena L. Katsampes (pro hac vice)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: athena.katsampes@wilmerhale.com