UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:13-cv-08564 <br><br> Judge Rebecca R. Pallmeyer |

### JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Property Casualty Insurers Association of America ("PCI")[1] and Defendants, Secretary Marcia L. Fudge and the United States Department of Housing and Urban Development ("HUD"), submit this joint motion for a brief extension of time in which to submit their reply briefs in support of their respective summary judgment motions.

PCI's reply brief is currently due on July 30, 2021, and Defendants reply brief is currently due on August 13, 2021. *See* ECF No. 219. Due to the press of business in other litigation, as well as previously scheduled leave, the parties have conferred in discussions initiated by Defendants and agreed to respectfully request an additional week to prepare their reply briefs for the Court's consideration. They therefore jointly request that the Court modify the current briefing schedule in this

---

[1] Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

1

case such that PCI's reply brief be filed by August 6, 2021, and Defendants' reply brief be filed by August 20, 2021.

Dated: July 23, 2021

*/s/ Catherine M.A. Carroll*
Seth P. Waxman (*pro hac vice*)
Catherine M.A. Carroll (*pro hac vice*)
Anuradha Sivaram (*pro hac vice*)
Athena L. Katsampes (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily Newton*
EMILY SUE NEWTON (Va. Bar No. 80745)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12104
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*