# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Property Casualty Insurers Association of America

                        Plaintiff,

v.                                        Case No.: 1:13−cv−08564

                                                  Honorable Rebecca R. Pallmeyer

Shaun Donovan, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 26, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion [236] is granted. Date for filing of PCI's reply brief is extended to August 6, 2021. Date for Defendants' reply brief is extended to August 20, 2021. Olga Akselrod's motion for leave to appear pro hac vice [234] is granted. Attorney Olga Akselrod is granted leave to file her appearance on behalf of the American Civil Liberties Union Foundation. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.