# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) ) ) ) ) ) ) Defendants. ) | Case No. 1:13-cv-08564 Chief Judge Rebecca R. Pallmeyer |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERLENGTH COMBINED OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Property Casualty Insurers Association of America ("PCI") hereby moves this Court for leave to file a brief in excess of the 15-page limit set by Local Rule 7.1, and states as follows in support of its motion.

1. On May 28, 2021, PCI filed a renewed motion for summary judgment challenging HUD's 2013 Disparate Impact Rule and the adequacy of HUD's 2016 Supplemental Explanation for the Rule. Dkt. 221.

2. On that day, this Court granted PCI's consent motion to file an overlength brief in support of its motion for summary judgment of up to 25 pages and an accompanying statement of undisputed material facts of up to 100 numbered paragraphs. The Court simultaneously granted Defendants leave to file a combined brief in opposition to PCI's motion for summary judgment and in support of Defendants' cross-motion for summary judgment of up to 35 pages and statement of additional facts of up to 100 numbered paragraphs. Dkt. 220.

3. On July 26, 2021, the Court extended the time for PCI to file its combined reply in support of summary judgment and opposition to Defendants' cross-motion for summary judgment to August 6, 2021 and extended the time for Defendants to file their reply brief to August 20, 2021. Dkt. 237.

4. PCI anticipates it will need more than the 15 pages permitted by Local Rule 7.1 to fully address the issues raised in Defendants' overlength cross-motion and opposition. Those issues include the adequacy of HUD's explanations in the 2016 Supplemental Explanation in response to the defects this Court previously found in the 2013 Rule, *see Property Casualty Insurers Ass'n of Am. v. Donovan*, 66 F. Supp. 3d 1018, 1047-51 (N.D. Ill. 2014), as well as the adequacy of HUD's consideration of the Supreme Court's decision in *Texas Dep't of Housing & Community Affairs v. Inclusive Communities Project, Inc.*, 576 U.S. 519 (2015). Despite efforts

to be as succinct as possible, PCI anticipates that it will need up to 20 pages in its combined opposition/reply brief to address Defendants' arguments defending HUD's Supplemental Explanation of the 2013 Disparate Impact Rule in light of this Court's 2014 decision.

     5.     In further support of this motion, PCI states that it has conferred with counsel for Defendants, who do not object to PCI filing a brief of up to 20 pages.

     WHEREFORE, PCI respectfully requests that this Court grant PCI leave to file a reply brief in support of its motion for summary judgment of up to 20 pages.

Dated: August 5, 2021                        Respectfully submitted,

                                                /s/ *Seth P. Waxman*
                                                Seth P. Waxman (*pro hac vice*)
                                                Catherine M.A. Carroll (*pro hac vice*)
                                                Anuradha Sivaram (*pro hac vice*)
                                                WILMER CUTLER PICKERING HALE AND DORR LLP
                                                1875 Pennsylvania Avenue, NW
                                                Washington, DC 20006
                                                Tel.: (202) 663-6000
                                                Fax: (202) 663-6363
                                                E-mail: seth.waxman@wilmerhale.com

                                                Rowe W. Snider (# 03125194)
                                                Alyssa M. Gregory (# 6320588)
                                                LOCKE LORD LLP
                                                111 South Wacker Drive
                                                Chicago, IL 60606
                                                Tel.: (312) 443-0700
                                                Fax: (312) 896-0336
                                                Email: rsnider@lockelord.com

                                                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 5, 2021, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

/s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
  DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: seth.waxman@wilmerhale.com
