UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> MARCIA FUDGE, in her official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br> Judge Rebecca R. Pallmeyer |

**UNOPPOSED MOTION TO FILE AN OVERLENGTH REPLY BRIEF
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants hereby move this Court for leave to file a brief in excess of the 15-page limit set by Local Rule 7.1, and state as follows in support of their motion.

1. On May 28, 2021, Plaintiff filed a renewed motion for summary judgment challenging the U.S. Department of Housing and Urban Development's ("HUD") 2013 Disparate Impact Rule and the adequacy of HUD's 2016 Supplemental Explanation for the Rule. Dkt. 221.

2. On that day, this Court granted Plaintiff's consent motion to file an overlength brief in support of its motion for summary judgment of up to 25 pages and an accompanying statement of undisputed material facts of up to 100 numbered paragraphs. The Court simultaneously granted Defendants leave to file a combined brief in opposition to Plaintiff's motion for summary judgment and in support of Defendants' cross-motion for summary judgment of up to 35 pages and statement of additional facts of up to 100 numbered paragraphs. Dkt. 220.

1

3. On July 26, 2021, the Court extended the time for Plaintiff to file its combined reply in support of summary judgment and opposition to Defendants' cross-motion for summary judgment to August 6, 2021, and extended the time for Defendants to file their reply brief to August 20, 2021. Dkt. 237.

4. On August 6, 2021, the Court granted Plaintiff's consent motion to file an overlength combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiff's motion for summary judgment of up to 20 pages. Dkt. 239.

5. Defendants anticipate that they will need more than the 15 pages permitted by Local Rule 7.1 to fully address the issues raised in Plaintiff's overlength combined opposition and reply. Those issues include the adequacy of HUD's explanation in the 2016 Supplemental Explanation, addressing various concerns raised by the insurance industry, as well as HUD's consideration of the Supreme Court's decision in *Texas Dep't of Housing & Community Affairs v. Inclusive Communities Project, Inc.*, 576 U.S. 519 (2015). Despite efforts to be as succinct as possible, Defendants anticipate that they will need up to 20 pages to address Plaintiff's arguments challenging HUD's Supplemental Explanation.

6. In further support of this motion, Defendants state that they have conferred with counsel for Plaintiff, who does not object to Defendants filing a brief of up to 20 pages.

WHEREFORE, Defendants respectfully request that this Court grant Defendants leave to file a reply brief in support of their motion for summary judgment of up to 20 pages.

Dated: August 19, 2021                                  Respectfully submitted,

2

BRIAN NETTER
Deputy Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily Newton*
EMILY SUE NEWTON (Va. Bar No. 80745)
Senior Trial Counsel
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12104
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*

3