# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> MARCIA FUDGE, in her official capacity as Secretary of Housing and Urban Development, *et al.*, <br><br> *Defendants*. | No. 1:13-cv-08564 <br> Judge Rebecca R. Pallmeyer |

## NOTICE OF WITHDRAWAL OF EMILY SUE NEWTON

Emily Sue Newton hereby withdraws as one of the counsel for Defendants in this action, having resigned from the Department of Justice effective January 7, 2022. Defendants continue to be represented by below-listed counsel.

Dated: January 3, 2022

Respectfully submitted,

BRIAN NETTER
Deputy Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Emily Newton*
EMILY SUE NEWTON (Va. Bar No. 80745)
Senior Trial Counsel
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12104

Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*