# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Property Casualty Insurers Association of
America

                    Plaintiff,

v.                                      Case No.: 1:13–cv–08564

                                      Honorable Rebecca R.
Pallmeyer

Shaun Donovan, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 4, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion by attorney
Emily Sue Newton to withdraw as attorney for United States Department of Housing and
Urban Development [246] is granted. Attorney Emily Sue Newton terminated.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.