## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Property Casualty Insurers Association of America

                  Plaintiff,

v.                                        Case No.: 1:13−cv−08564

                                                Honorable Rebecca R. Pallmeyer

United States Department of Housing and Urban Development, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 25, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court thanks the parties for their recent status report. The report notes that HUD is reviewing some 10,000 comments it received in response to its Notice of Proposed Rulemaking specifically, the proposed Reinstatement of HUD's Discriminatory Effects Standard." The court agrees with Defendants that requiring them to respond to the briefing in this case while at the same time reconsidering the rule under challenge is problematic. The court also agrees, however, that the agency's stated plan to "publish[] a final rule later this year" is frustratingly vague. For the reasons set forth in its February 25, 2022 order, the court will continue the stay of this case for another 90 days. Absent promulgation of a new rule by November 28, 2022, the court will lift the stay and proceed with briefing concerning the 2013 rule. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.