UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Property Casualty Insurers Association of America

    Plaintiff,

v.

United States Department of Housing and Urban Development, et al.

    Defendant.

Case No.: 1:13−cv−08564
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 2, 2022:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court acknowledges Plaintiff's Notice of Supplemental Authority [251] and directs the Defendants to file their response, if any, no more than five pages in length, on or before September 15, 2022. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.