UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCIA L. FUDGE, Secretary of the U.S. Department of Housing and Urban Development,<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendants. | No. 1:13-cv-8564-RRP<br>Hon. Rebecca R. Pallmeyer |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS

Please take notice that James D. Todd, Jr., an attorney with the U.S. Department of Justice, Civil Division, is appearing on behalf of all Defendants in this case.

Please direct all filings and communications intended for Defendants as indicated below.

Dated: November 23, 2022

                                                      Respectfully submitted,

                                                      BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director

<u>s/ James D. Todd, Jr.</u>
JAMES D. TODD, JR.
VINITA B. ANDRAPALLIYAL
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington DC 20044
(202) 514-3378
(202) 305-0845
james.todd@usdoj.gov
vinita.b.andrapalliyal@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      Pursuant to Fed. R. Civ. P. 5(b)(2)(E), and LR 5.5(a) Defendants effected service of this filing on all other parties to these actions by filing it with the Court's electronic filing system.

<u>s/ James D. Todd Jr.</u>
JAMES D. TODD, JR.