UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCIA L. FUDGE, Secretary of the U.S. Department of Housing and Urban Development, <br><br> U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Defendants. | No. 1:13-cv-8564-RRP <br> Hon. Rebecca R. Pallmeyer |

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**UNOPPOSED MOTION TO CONTINUE STAY FOR 30 DAYS**

Before this Court is Defendants' unopposed motion to continue the stay of this matter for another 30 days. For good cause shown therein, the Court hereby ORDERS as follows:

1. Defendants' motion is GRANTED;

2. The STAY of this matter is CONTINUED for another 30 days; and

3. The parties are DIRECTED to file joint status report within 30 days of the entry of this Order.

So Ordered.

Dated:_____

_____
REBECCA R. PALLMEYER
United States District Judge