UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Property Casualty Insurers Association of America

Plaintiff,

v.                                                                           Case No.: 1:13−cv−08564
                                                                             Honorable Rebecca R. Pallmeyer

United States Department of Housing and Urban Development, et al.

Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2022:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's unopposed motion to continue the stay of this case [256] is granted. Parties are directed to file a further status report on or before December 30, 2022. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.