# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Property Casualty Insurers Association of America

          Plaintiff,

v.           Case No.: 1:13−cv−08564

          Honorable Rebecca R. Pallmeyer

United States Department of Housing and Urban Development, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 3, 2023:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court has reviewed the parties' joint written status report. Defendant reports that on December 7, 2022, HUD transmitted the final rule to the Office of Management and Budget ("OMB") and requested expedited review. Defendant requests that the court continue the stay of this case "for another 30 days or until HUD's final rule is published in the Federal Register (whichever is sooner)" but only for purposes, at that time, of a further status report. Plaintiff asserts that as "HUD intends to reinstate the 2013 Rule," there is no reason for further delay, and the court can and should reinstate the parties' cross−motions for summary judgment. Defendant does not challenge the assertion that the likely result of further administrative process is reinstatement of the Rule that was the subject of Plaintiff's initial challenge. Within 14 days, Defendant's counsel is directed to advise the court whether they have a good−faith belief that the final rule will differ meaningfully from the 2013 Rule and, if so, the basis for that belief. Absent such a communication, the court will lift the stay, reinstate the parties' motions, and proceed to a hearing or ruling. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.