

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Catherine M.A. Carroll

Firm   Wilmer Cutler Pickering Hale and Dorr LLP

Street Address   2100 Pennsylvania Ave., N.W.

City/State/Zip Code   Washington, D.C. 20037

Phone Number   (202) 663-6072

Email address   catherine.carroll@wilmerhale.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:13-cv-08564 | Prop. Cas. Ins. Ass'n v. Fudge | Hon. Rebecca R. Pallmeyer |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Catherine M.A. Carroll                                    1/24/2023
Signature of Attorney                                              Date

Rev. 01272016