**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCIA FUDGE, in her official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | No. 1:13-cv-08564<br>Judge Rebecca Pallmeyer |

## NOTICE OF WITHDRAWAL OF ANURADHA SIVARAM

Pursuant to Local Rule 83.17, Anuradha Sivaram hereby withdraws as one of counsel for Plaintiff Property Casualty Insurers Association of America ("PCI")[1] in this action because she is departing Wilmer Cutler Pickering Hale and Dorr LLP.  PCI continues to be represented by Seth P. Waxman and Catherine M.A. Carroll of Wilmer Cutler Pickering Hale and Dorr LLP and Rowe W. Snider and Alyssa M. Gregory of Locke Lord LLP.


Dated:  January 30, 2023

/s/ *Anuradha Sivaram*
Seth P. Waxman (*pro hac vice*)
Catherine M.A. Carroll (*pro hac vice*)
Anuradha Sivaram (*pro hac vice*)

---

[1] Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Alyssa M. Gregory (# 6320588)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Counsel for Plaintiff*