UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCIA L. FUDGE, Secretary of the U.S. Department of Housing and Urban Development,<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | No. 1:13-cv-8564-RRP<br>Hon. Rebecca R. Pallmeyer |

## STATUS REPORT

On March 17, 2023: (i) the Office of Information and Regulatory Affairs ("OIRA"), completed its review of a Final Rule prepared by the U.S. Department of Housing and Urban Development ("HUD") reinstating the agency's 2013 discriminatory effects standard; (ii) HUD published the Final Rule on its website, *see* HUD, Reinstatement of HUD's Discriminatory Effects Standard (March 17, 2023), https://perma.cc/UEE9-FW9K; and (iii) HUD transmitted the Final Rule to the Federal Register for publication. The Final Rule will take effect 30 days after its publication in the Federal Register. *See id*. at 1. Additionally, HUD has begun assembling the Administrative Record for the Final Rule and currently anticipates that it can serve the record on Plaintiff within 30 days. Finally, HUD contacted Plaintiff to begin meeting and conferring about these developments and to confer on developing a proposed a schedule for the efficient resolution of this matter.

HUD additionally states as follows:

1. Plaintiff Property Casualty Insurers Association of America ("PCI") [1] challenges application of the U.S. Department of HUD's 2013 Discriminatory Effects Rule, *see* Implementation of the Fair Housing Act's Discriminatory Effects Standard, 78 Fed. Reg. 11460 (Feb. 15, 2013) ("the 2013 Rule"), Admin. Record 611, to risk-based pricing and underwriting of homeowners, property, and hazard insurance, as well as HUD's 2016 supplemental explanation of the 2013's Rule application to insurance, *see* HUD, Application of the Fair Housing Act's Discriminatory Effects Standard to Insurance, 81 Fed. Reg. 69012 (Oct. 5, 2016). *See* Am. Compl., ECF No. 133.

2. In 2020, HUD published a new final rule. *See* HUD's Implementation of the Fair Housing Act's Disparate Impact Standard, 85 Fed. Reg. 60288 (Sept. 24, 2020) ("the 2020 Rule"), which was preliminarily enjoined before it went into effect, *see Mass. Fair Hous. Ctr. v. U.S. Dep't of Hous. & Urban Dev.*, No. 3:20-cv-11765, 2020 WL 6390143 (D. Mass. October 24, 2020), *appeal dismissed*, No. 21-1003 (1st Cir. Feb. 9, 2021).

3. On June 25, 2021, HUD published a notice of proposed rulemaking in the Federal Register stating that it was reconsidering its 2020 rule and proposing to recodify its 2013 rule, *see* Reinstatement of HUD's Discriminatory Effects Standard, 86 Fed. Reg. 33590 (June 25, 2021) (the "Proposed Rule"). HUD received over 10,000 comments, reviewed them, and prepared a draft final rule.

4. On March 17, 2023: (i) OIRA completed its review of HUD's Final Rule; (ii) HUD published the Final Rule on its website, *see* cite; and (iii) HUD transmitted the Final Rule to the Federal Register for publication. The Final Rule will be effective 30 days after its

---

[1] Effective January 1, 2019, Plaintiff American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

publication in the Federal Register.

5.       HUD is now preparing the Administrative Record of decisionmaking concerning its Final Rule and anticipates that it can serve the Administrative Record on Plaintiff within 30 days.

6.       On March 17, 2023, HUD contacted Plaintiff to begin meeting and conferring about these developments and to confer on developing a proposed a schedule for the efficient resolution of this matter.

Dated: March 17, 2023

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director

s/ James D. Todd, Jr.
JAMES D. TODD, JR.
VINITA B. ANDRAPALLIYAL
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington DC 20044
(202) 514-3378
(202) 305-0845
james.todd@usdoj.gov
vinita.b.andrapalliyal@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      Pursuant to Fed. R. Civ. P. 5(b)(2)(E), and LR 5.5(a) Defendants effected service of this filing on all other parties to these actions by filing it with the Court's electronic filing system.

s/ James D. Todd Jr.
JAMES D. TODD, JR.
