# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

| | |
|---|---|
| Property Casualty Insurers Association of America | |
| Plaintiff, | |
| v. | Case No.: 1:13−cv−08564 |
| | Honorable Rebecca R. Pallmeyer |
| United States Department of Housing and Urban Development, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 20, 2023:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court thanks counsel for the recent status report [270] and invites parties to submit a proposed agreed briefing schedule or written status report on or before April 27, 2023. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.