IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-08564 |
| v. | ) ) | Chief Judge Rebecca R. Pallmeyer |
| MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiff, Property Casualty Insurers Association of America ("PCI"),[1] and Defendants, Secretary Marcia L. Fudge and the United States Department of Housing and Urban Development ("HUD"), respectfully submit this joint status report and proposed schedule pursuant to the Court's minute order dated March 20, 2023, inviting the parties to submit a proposed agreed briefing schedule or written status report.

In this case, PCI challenges the application of HUD's 2013 Discriminatory Effects Rule, *Implementation of the Fair Housing Act's Discriminatory Effects Standard*, 78 Fed. Reg. 11,460 (Feb. 15, 2013) ("the 2013 Rule") (Admin. Record 611), to risk-based pricing and underwriting of homeowners, property, and hazard insurance, as well as HUD's 2016 supplemental explanation of the 2013 Rule's application to insurance, *see Application of the Fair Housing Act's Discriminatory Effects Standard to Insurance*, 81 Fed. Reg. 69,012 (Oct. 5, 2016). Since 2016,

---

[1] Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

this Court has entered a number of stays due to regulatory developments. Between 2018 and 2020, HUD considered changes to the 2013 Rule and ultimately promulgated a new final rule amending the 2013 rule ("the 2020 Rule"), *see HUD's Implementation of the Fair Housing Act's Disparate Impact Standard*, 85 Fed. Reg. 60,288 (Sept. 24, 2020). But the 2013 Rule remained in effect because the 2020 Rule was enjoined by another court. *See Massachusetts Fair Hous. Ctr. v. U.S. Dep't of Hous. & Urban Dev.*, 496 F. Supp. 3d 600 (D. Mass 2020). In 2021, HUD announced that it was reconsidering the 2020 Rule. And on March 31, 2023, HUD published a final rule reinstating the 2013 Rule ("2023 Reinstatement Rule"). *See Reinstatement of HUD's Discriminatory Effects Standard*, 88 Fed. Reg. 19,450 (Mar. 31, 2023).

The parties have conferred regarding further proceedings in light of HUD's 2023 Reinstatement Rule and have agreed on a proposed schedule for updating the operative complaint to clarify its applicability to the 2023 Reinstatement Rule and briefing cross-motions for summary judgment. Specifically, the parties agree that PCI will first file an unopposed motion for leave to file a proposed Second Amended Complaint making technical and non-substantive amendments clarifying that its claims in this action challenge both the 2013 Rule and the substantively identical 2023 Reinstatement Rule. Solely for purposes of preservation for appeal, the proposed Second Amended Complaint would also re-assert claims that the Court dismissed from Plaintiff's original complaint and rejected as futile from Plaintiff's proposed First Amended Complaint. *See* Dkt. 98 (September 3, 2014) (Order granting in part and denying in part PCI's motion for summary judgment and granting in part and denying in part HUD's motion to dismiss or for summary judgment); Dkt. 129 (June 20, 2017) (Memorandum Opinion and Order granting in part and denying in part PCI's motion for leave to file a First Amended Complaint). The parties agree that those claims would be subject to dismissal under the Court's

previous orders and that the purpose of reasserting them in the Second Amended Complaint would be to ensure that the claims remain preserved for appeal and to clarify that they challenge both the 2013 Rule and the substantively identical 2023 Reinstatement Rule. The parties further propose that briefing would then proceed on cross-motions for summary judgment.

The parties propose the following schedule for PCI's unopposed motion for leave to file a proposed Second Amended Complaint and renewed cross-motions for summary judgment:

May 3, 2023: Plaintiff's unopposed motion for leave to file a proposed Second Amended Complaint

June 28, 2023: Plaintiff's motion for summary judgment

August 9, 2023: Defendants' combined opposition and cross-motion

August 30, 2023: Plaintiff's combined reply and opposition

September 20, 2023: Defendants' reply

September 29, 2023: The parties file joint excerpts of the administrative record.

Dated: April 27, 2023

/s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
Catherine M.A. Carroll (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Rowe W. Snider (# 03125194)
Alyssa M. Gregory (# 6320588)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

Respectfully submitted,

SARAH HARRINGTON
Deputy Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director

/s/ *James D. Todd, Jr.*
JAMES D. TODD, JR.
VINITA B. ANDRAPALLIYAL
BRIAN C. ROSEN-SHAUD
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington, D.C. 20044
(202) 514-3378

|  |  |
|---|---|
| *Counsel for Plaintiff* | (202) 305-0845<br>(202)305-7667<br>james.todd@usdoj.gov<br>vinita.b.andrapalliyal@usdoj.gov<br>brian.c.rosen-shaud@usdoj.gov<br><br>*Counsel for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that, on April 27, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

/s/ Seth P. Waxman
Seth P. Waxman (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
  DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: seth.waxman@wilmerhale.com