UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Property Casualty Insurers Association of America

                                    Plaintiff,

v.                                                        Case No.: 1:13−cv−08564

                                                      Honorable Rebecca R. Pallmeyer

United States Department of Housing and Urban Development, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 28, 2023:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court thanks the parties for their recent status report [272] and, at their request, enters the following schedule: Plaintiff has leave to file its Second Amended Complaint on or before May 3, 2023. Defendants' answer is due on May 31, 2023. Plaintiff will file its motion for summary judgment on June 28, 2023. Defendants' combined memorandum in opposition to summary judgment and cross−motion for summary judgment will be filed on August 9, 2023. Plaintiff's combined opposition to Defendant's motion and reply in support of its own motion to be filed on August 30, 2023. Defendant's reply in support of its motion for summary judgment will be filed on September 20, 2023. On September 29, 2023, the parties will file their joint excerpts from the administrative record. Defendants' motion to stay [261] is stricken as moot. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.