UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCIA L. FUDGE, Secretary of the U.S. Department of Housing and Urban Development,<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendants. | No. 1:13-cv-8564-RRP<br>Hon. Rebecca R. Pallmeyer |

**DEFENDANTS' UNOPPOSED MOTION TO STAY DEADLINE
TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Defendants move unopposed to stay Defendants' deadline to respond to Plaintiff's Second Amended Complaint until after the Court rules on the parties' respective motions for summary judgment, with that stay to be lifted in the event that the Court denies both summary judgment motions. *See* Fed. R. Civ. P. 7(b). In support of this motion, Defendants state as follows:

1. Plaintiff filed a Second Amended Complaint ("SAC") on May 3, 2023. *See* Pl.'s SAC, ECF No. 274. Plaintiff seeks declaratory and injunctive relief under the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq.*, concerning a final rule of the U.S. Department of Housing and Urban Development ("HUD"), *see* Implementation of the Fair Housing Act's Discriminatory Effects Standard, 78 Fed. Reg. 11460 (Feb. 15, 2013); Reinstatement of HUD's Discriminatory Effects Standard, 88 Fed. Reg. 19450 (Mar. 31, 2023). *See, e.g.,* SAC ¶¶ 1-2, 69, 108. Pursuant to this Court's Minute Entry, Defendants' deadline to respond to Plaintiff's SAC is May 31, 2023. *See* Minute Entry (Apr. 28, 2023).

2. To resolve this matter, the parties will be filing cross motions for summary judgment based on the Certified Administrative Record of HUD's rulemaking. *See id*. That order provides for Plaintiff to file its summary judgment motion by June 28, 2023; Defendants to file their combined opposition and cross motion by August 9, 2023; Plaintiff to file it combined opposition and reply by August 30; and Defendants to file their reply by September 20, 2023. *See id*. In light of the nature of this action and the current procedural posture of this case, and to conserve the parties' resources and to promote judicial economy, this Court should stay Defendants' deadline to respond to Plaintiff's SAC until after the Court resolves the parties' respective summary judgment motions. In the event that this Court denies both summary judgment motions, Defendants will respond to Plaintiff's SAC 14 days after any such decision. *Accord* Fed. R. Civ. P. 15(a)(3). This motion to stay Defendants' Answer deadline will not affect the parties' briefing schedule.

3. Counsel for Defendants conferred with Plaintiff about this motion May 25, 2023. Counsel for Plaintiff indicated that Plaintiff does not oppose this motion.

## CONCLUSION

This Court should grant Defendants' unopposed motion to stay Defendants' deadline to respond to Plaintiff's SAC. A proposed order is submitted herewith.

Dated: May 26, 2023

        Respectfully submitted,

        SARAH HARRINGTON
        Deputy Assistant Attorney General

        MORRIS PASQAL
        Acting United States Attorney

        LESLEY FARBY
        Assistant Branch Director

        s/ James D. Todd, Jr.
        JAMES D. TODD, JR.
        VINITA B. ANDRAPALLIYAL
        U.S. DEPARTMENT OF JUSTICE
        Civil Division, Federal Programs Branch
        Ben Franklin Station
        P.O. Box 883
        Washington DC 20044
        (202) 514-3378
        (202) 305-0845
        james.todd@usdoj.gov
        vinita.b.andrapalliyal@usdoj.gov

        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), and LR 5.5(a) Defendants effected service of this filing on all other parties to these actions by filing it with the Court's electronic filing system.

        s/ James D. Todd Jr.
        JAMES D. TODD, JR.