UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br>     Plaintiff, <br><br>         v. <br><br> MARCIA L. FUDGE, Secretary of the U.S. Department of Housing and Urban Development, <br><br> U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br>     Defendants. | No. 1:13-cv-8564-RRP <br> Hon. Rebecca R. Pallmeyer |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Before this Court is Defendants' unopposed motion to stay their deadline to respond to Plaintiff's Second Amended Complaint. For good cause shown therein, the Court hereby ORDERS as follows:

1.      Defendants' motion is GRANTED;

2.      Defendants' deadline to respond to Plaintiff's Second Amended Complaint is STAYED until after the Court resolves the parties' respective summary judgment motions; and

3.      In the event that this Court denies both summary judgment motions, Defendants will respond to Plaintiff's Second Amended Complaint 14 days after any such decision.

So Ordered.

Dated:_____

_____
REBECCA R. PALLMEYER
United States District Judge