# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Property Casualty Insurers Association of America

        Plaintiff,

v.

United States Department of Housing and Urban Development, et al.

        Defendant.

Case No.: 1:13−cv−08564

Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 30, 2023:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant's unopposed motion to stay deadline to respond to plaintiff's second amended complaint [275] is granted. Defendant's deadline to respond to plaintiff's second amended complaint is stayed until after the court resolves the parties' respective summary judgment motions. If the Court denies both summary judgment motions, defendants will respond to plaintiff's second amended complaint 14 days after any such decision. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.