**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) MARCIA L. FUDGE, in her capacity as ) Secretary of Housing and Urban ) Development, and UNITED STATES ) DEPARTMENT OF HOUSING AND ) URBAN DEVELOPMENT, ) ) Defendants. ) ) ) ) | Case No. 1:13-cv-08564  Chief Judge Rebecca R. Pallmeyer |

**MOTION TO WITHDRAW APPEARANCE OF NUSRAT JAHAN CHOUDHURY**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, amicus ACLU of Illinois, through their attorney, respectfully requests that this Court grant leave to withdraw the appearance of Nusrat Jahan Choudhury as counsel. In support of this Motion, amicus ACLU of Illinois states as follows:

1. Ms. Choudhury serves as the Legal Director of the Roger Baldwin Foundation of ACLU, Inc.

2. Ms. Choudhury entered her appearance on behalf of amicus ACLU of Illinois on August 10, 2021 (Dkt. 241).

3. On January 3, 2023, Ms. Choudhury was nominated to serve as a judge on the U.S. District Court for the Eastern District of New York.

4. On June 12, 2023, Ameri Klafeta of the Roger Baldwin Foundation of ACLU, Inc. filed a Notice of Appearance on behalf of amicus ACLU of Illinois (Dkt. 277), ensuring that Amicus ACLU of Illinois will continue to be represented by an attorney from the same firm following the withdrawal of Ms. Choudhury as counsel.

WHEREFORE, the undersigned respectfully request that the appearance of Nusrat Jahan Choudhury as counsel of record be withdrawn and that she be removed from the Electronic Case Filing Service List.

| | |
|---|---|
| Dated: June 12, 2023 | Respectfully Submitted,<br>/s/ Nusrat Jahan Choudhury |
| | Nusrat Jahan Choudhury<br>Ameri Klafeta<br>Roger Baldwin Foundation of ACLU, Inc.<br>150 N. Michigan Ave., Ste. 600<br>Chicago, IL 60601<br>(312) 201-9740<br>nchoudhury@aclu-il.org<br>aklafeta@aclu-il.org |
| | *Attorneys for Amicus ACLU of Illinois* |