UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, </br></br>Plaintiff, </br></br>v. </br></br>MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, </br></br>Defendants. | Case No. 1:13-cv-08564 </br></br>Chief Judge Rebecca R. Pallmeyer |

**CONSENT MOTION FOR LEAVE TO FILE AN OVERLENGTH
BRIEF AND OVERLENGTH STATEMENT OF UNDISPUTED MATERIAL FACTS**

Plaintiff Property Casualty Insurers Association of America ("PCI"), by and through its attorneys, hereby moves this Court to grant it leave to file a brief in excess of the 15-page limit set by Local Rule 7.1 and a statement of undisputed material facts in excess of the 80-paragraph limit set by Local Rule 56.1(d)(5), and states as follows in support of its motion:

1. On September 8, 2017, PCI filed a motion for summary judgment, challenging HUD's 2013 Disparate Impact Rule, as elaborated in a Supplemental Explanation issued in 2016. This Court granted leave for PCI to submit an overlength brief in support of that motion for summary judgment of up to 20 pages and for Defendants to file an overlength combined brief of up to 30 pages. *See* Dkt. 133.

2. This case was then stayed for more than three and a half years while HUD engaged in rulemaking related to the Disparate Impact Rule. After HUD's submission of a proposal to "[r]einstate" the 2013 Rule for inter-agency review on April 12, 2021, *see* Dkt. 214, this Court reinstated a briefing schedule on PCI's renewed motion for summary judgment, *see* Dkt. 216. This Court granted leave for PCI to submit an overlength brief in support of its renewed motion for summary judgment of up to 25 pages and for Defendants to file an overlength combined brief of up to 35 pages, and for both parties to submit accompanying statements of undisputed material facts with up to 100 numbered paragraphs each. *See* Dkt. 219. This Court also granted leave for PCI to submit an overlength combined opposition and reply brief of up to 20 pages, and for Defendants to file an overlength reply brief of up to 20 pages. *See* Dkts. 239, 244.

3. This case was again stayed in light of HUD's impending rulemaking. *See* Dkt. 248. After HUD published a new final rule reinstating the 2013 Rule on March 31, 2023, this

Court reinstated a briefing schedule on PCI's renewed motion for summary judgment challenging the 2013 Rule. See Dkt. 273.

4. In accordance with this Court's briefing schedule, PCI intends to file a renewed motion for summary judgment challenging the 2013 Rule on June 28, 2023. PCI anticipates it will need more than fifteen pages for its brief in order to fully address intervening developments in this case and the supplements to the administrative record following HUD's most recent rulemaking process. Despite efforts to be as succinct as possible, PCI anticipates that it will need up to 30 pages in its brief and 125 paragraphs in its accompanying statement of undisputed material facts to provide the Court with the necessary context for ruling on the adequacy of the rulemaking process that resulted in HUD's reinstating the 2013 Disparate Impact Rule. The additional pages will allow HUD to address the adequacy of the HUD's rulemaking process in light of this Court's 2014 decision, subsequent comments submitted during HUD's most recent rulemaking process, and significant intervening Supreme Court authority. For the same reasons, PCI anticipates that it will then need up to 20 pages for its combined opposition and reply brief.

5. In further support of this motion, PCI states that it has conferred with counsel for Defendants. Defendants consent to PCI filing a brief of up to 30 pages, a statement of undisputed material facts of up to 125 numbered paragraphs, and a combined opposition and reply brief of up to 20 pages, provided PCI consents to Defendants' motion for leave to file a combined cross-summary judgment and opposition brief of up to 35 pages, a statement of undisputed material facts of up to 125 numbered paragraphs to respond to PCI's motion for summary judgment, and a reply to PCI's combined opposition and reply brief of up to 20 pages. PCI has so agreed.

WHEREFORE, PCI respectfully requests that this Court grant PCI leave to file a memorandum in support of its motion for summary judgment of up to 30 pages and an accompanying statement of undisputed material facts of up to 125 numbered paragraphs, to grant Defendants leave to file a combined cross-summary judgment and opposition brief of up to 35 pages and statement of undisputed material facts of up to 125 numbered paragraphs, to grant PCI leave to file a combined opposition and reply brief of up to 20 pages, and to grant Defendants leave to file a reply brief of up to 20 pages.

Dated: June 26, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Seth P. Waxman*
　　　　　　　　　　　　　　　　　　　　　　Seth P. Waxman (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Catherine M.A. Carroll (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　　2100 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　　　　Tel.: (202) 663-6000
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 663-6363
　　　　　　　　　　　　　　　　　　　　　　E-mail: seth.waxman@wilmerhale.com

　　　　　　　　　　　　　　　　　　　　　　Rowe W. Snider (# 03125194)
　　　　　　　　　　　　　　　　　　　　　　Alyssa M. Gregory (# 6320588)
　　　　　　　　　　　　　　　　　　　　　　LOCKE LORD LLP
　　　　　　　　　　　　　　　　　　　　　　111 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　Tel.: (312) 443-0700
　　　　　　　　　　　　　　　　　　　　　　Fax: (312) 896-0336
　　　　　　　　　　　　　　　　　　　　　　Email: rsnider@lockelord.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on June 26, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                                                  */s/ Seth P. Waxman*  
                                                                  Seth P. Waxman (*pro hac vice*)  
                                                                  WILMER CUTLER PICKERING HALE AND DORR LLP  
                                                                  2100 Pennsylvania Avenue, NW  
                                                                  Washington, DC 20037  
                                                                  Tel.: (202) 663-6000  
                                                                  Fax: (202) 663-6363  
                                                                  Email: seth.waxman@wilmerhale.com