# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) ) |
| *Plaintiff*, | ) ) No. 1:13-cv-08564 |
| v. | ) ) **[PROPOSED] ORDER** |
| MARCIA FUDGE, in her official capacity as Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) |
| *Defendants*. | ) ) |

Having carefully considered Plaintiff's motion for summary judgment and the briefing in connection with the motion, the motion is hereby GRANTED. Defendants' motion for summary judgment is accordingly DENIED.

**SO ORDERED.**

_____
The Honorable Rebecca R. Pallmeyer
United States District Judge