IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:13-cv-08564 ) ) Chief Judge Rebecca R. Pallmeyer |
| MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## DECLARATION OF SETH P. WAXMAN
## IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Seth P. Waxman, hereby declare and state as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, attorney for Plaintiff Property Casualty Insurers Association of America ("PCI")[1] in the above-captioned action. I am admitted to practice *pro hac vice* before this Court.

2. I submit this declaration in support of Plaintiff's motion for summary judgment. This declaration also attaches certain documents that are cited in the statement of undisputed materials facts and memorandum of law in support of Plaintiff's motion for summary judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of a May 28, 2021 declaration of Robert Gordon.

---

[1] Effective January 1, 2019, American Insurance Association merged with and into Property Casualty Insurers Association of America ("PCI"). Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association ("APCIA"). This submission will refer to APCIA, rather than PCI, in the context of any events following the January 1, 2019 merger.

1

4.  Attached hereto as Exhibit 2 is a true and correct copy of an August 29, 2022 letter from American Property Casualty Insurance Association to HUD re: Reinstatement of HUD's Discriminatory Effects Standard, 86 Fed. Reg. 33,590 (June 25, 2021), Dkt. No. FR-6251-P-01.

5.  Attached hereto as Exhibit 3 is a true and correct copy of a May 16, 2014 declaration of Peter Drogan.

6.  Attached hereto as Exhibit 4 is a true and correct copy of a May 14, 2014 declaration of Ronald Joseph Zaleski, Sr.

7.  Attached hereto as Exhibit 5 is a true and correct copy of a May 15, 2014 declaration of Michael Dawdy.

8.  Attached hereto as Exhibit 6 is a true and correct copy of a May 14, 2014 declaration of Teresa C. Cracas.

9.  Attached hereto as Exhibit 7 is a true and correct copy of a proposed bill filed in the Delaware Senate, Del. Senate Bill 184, 152d Gen. Assembly (June 15, 2023), as downloaded on June 28, 2023 from the Delaware General Assembly's website at https://legis.delaware.gov/json/BillDetail/GeneratePdfDocument?legislationId=140642&legislationTypeId=1&docTypeId=2&legislationName=SB184.

10. Attached hereto as Exhibit 8 is a true and correct copy of a proposed bill filed in the Rhode Island General Assembly, R.I. House Bill 5734, Gen. Assembly, Jan. Session (Feb. 21, 2023), as downloaded on June 28, 2023 from the Rhode Island General Assembly's website at http://webserver.rilegislature.gov/BillText/BillText23/HouseText23/H5734.pdf.

11. Attached hereto as Exhibit 9 is a true and correct copy of a proposed bill filed in the Council of the District of Columbia, *Stop Discrimination by Algorithms Act of 2023*, D.C.

Bill 25-114 (Feb. 2, 2023), as downloaded on June 28, 2023 from the Council of the District of Columbia's website at https://lims.dccouncil.gov/downloads/LIMS/52282/Introduction/B25-0114-Introduction.pdf?Id=155626.

12. Attached hereto as Exhibit 10 is a true and correct copy of the draft minutes of the August 11, 2022 meeting of the Special (EX) Committee on Race and Insurance of the National Association of Insurance Commissioners, as downloaded on June 28, 2023 from the National Association of Insurance Commissioners' website at https://content.naic.org/sites/default/files/national_meeting/_RaceIns%20FINAL_1.pdf.

13. Attached hereto as Exhibit 11 is a true and correct copy of the September 20, 2022 testimony of Missouri Department of Commerce and Insurance Director Chlora Lindley-Myers on behalf of the National Association of Insurance Commissions before the U.S. House Committee on Financial Services Subcommittee on Diversity and Inclusion, as downloaded on June 28, 2023 from the National Association of Insurance Commissioners' website at https://content.naic.org/sites/default/files/government-affairs-testimony-naic-lindley-meyers-us-house-fsc-subcommittee-diversity-inclusion-hearing-220920.pdf.

14. Attached hereto as Exhibit 12 is a true and correct copy of the June 30, 2022 Bulletin 2022-5 of California Insurance Commissioner Ricardo Lara, entitled "Allegations of Racial Bias and Unfair Discrimination in Marketing, Rating, Underwriting, and Claims Practices by the Insurance Industry," as downloaded on June 28, 2023 from the California Department of Insurance's website at https://www.insurance.ca.gov/0250-insurers/0300-insurers/0200-bulletins/bulletin-notices-commiss-opinion/upload/BULLETIN-2022-5-Allegations-of-Racial-Bias-and-Unfair-Discrimination-in-Marketing-Rating-Underwriting-and-Claims-Practices-by-the-Insurance-Industry.pdf.

15. Attached hereto as Exhibit 13 is a true and correct copy of the April 20, 2022 notice of the State of Connecticut Insurance Department, entitled "Notice to All Entities and Persons Licensed By the Connecticut Insurance Department Concerning the Usage of Big Data and Avoidance of Discriminatory Practices," as downloaded on June 28, 2023 from the State of Connecticut's website at https://portal.ct.gov/-/media/CID/1_Notices/Technologie-and-Big-Data-Use-Notice.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2023    /s/ *Seth P. Waxman*
                       Seth P. Waxman