IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCIA L. FUDGE, in her official capacity as Secretary, Housing and Urban Development,<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendants. | Case No. 1:13-cv-08564<br>Chief Judge Rebecca R. Pallmeyer |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

For good cause shown herein, Defendants move with consent of Plaintiff[1] to amend the Scheduling Order entered by the Court to allow the parties time to respond to briefs that nonparties plan to file as amicus briefs. In support of this motion, Defendants state as follows:

    1.    On April 28, 2023, this Court entered an Order setting a schedule. *See* Minute Entry, ECF No. 273, *as amended*. Among other things, that Order provided for: (i) Plaintiff to file its motion for summary judgment on June 28, 2023; (ii) Defendant to file a combined opposition and cross motion for summary judgment on August 9, 2023; (iii) Plaintiff to file a combined opposition and reply on August 30, 2023; (iv) Defendants to file a reply on September 20, 2023; and (v) the parties to file joint excepts of the Administrative Record on September 29, 2023. *See*

---

[1] Effective January 1, 2019, the American Insurance Association merged with and into Property Casualty Insurers Association of America. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

*id*. Pursuant to that Order, Plaintiff filed its summary judgment motion on June 28, 2023. *See* Pl.'s Mot. for Sum. J., ECF No. 282.

2. On or about July 25, 2023, counsel for the State of Idaho contacted counsel for the parties about its intent to file an amicus brief on August 25, 2023, in support of Plaintiff's summary judgment motion. And on July 28, 2023, counsel for the American Civil Liberties Union of Illinois, Chicago Area Fair Housing Alliance, Chicago Lawyers' Committee for Civil Rights, Lawyers' Committee for Civil Rights Under Law, NAACP Legal Defense & Educational Fund, Inc., National Consumer Law Center, and National Fair Housing Alliance contacted the parties about their intent to file an amicus brief in opposition to Plaintiff's summary judgment motion and in support of Defendants' summary judgment motion.

3. Defendants would like to amend the briefing schedule to provide them with the opportunity and adequate time to respond to Idaho's brief (as well as any other potential briefs of amicus) filed in support of Plaintiff's summary judgment motion. Undersigned counsel for Defendants contacted counsel for Plaintiff about this proposed schedule change, and the parties agreed on the following revised briefing schedule:

   a. Defendants will file their combined: (i) opposition to Plaintiff's summary judgment motion. (ii) brief in support of Defendants' summary judgment motion, and (iii) response to Idaho's amicus brief by Tuesday, September 26, 2023;

   b. Plaintiff will file its combined reply & opposition brief by Tuesday, October 24, 2023;

   c. Defendants will file their reply brief by Tuesday, November 21, 2023; and

   d. The parties will file joint excerpts of the Administrative Record by December 1, 2023.

## CONCLUSION

This Court should grant Defendants' consent motion to amend the briefing schedule. A proposed order is attached.

Dated: August 2, 2023

Respectfully submitted,

SARAH HARRINGTON
Deputy Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

LESLEY FARBY
Assistant Branch Director

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.
VINITA B. ANDRAPALLIYAL
BRIAN C. ROSEN-SHAUD
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington, D.C. 20044
(202) 514-3378
(202) 305-0845
(202)305-7667
james.todd@usdoj.gov
vinita.b.andrapalliyal@usdoj.gov
brian.c.rosen-shaud@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 2, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

/s/ James D. Todd, Jr.
James D. Todd, Jr.
