IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCIA L. FUDGE, in her official capacity as Secretary, Housing and Urban Development,<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendants. | Case No. 1:13-cv-08564<br>Chief Judge Rebecca R. Pallmeyer |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
CONSENT MOTION TO AMEND SCHEDULING ORDER**

Before this Court is Defendants' consent motion to amend the Scheduling Order to allow the parties time to respond to briefs that nonparties plan to file as amicus briefs. For good cause shown therein, the Court hereby ORDERS as follows:

1. Defendants' motion is GRANTED;

2. The Court AMENDS the parties' schedule as follows:

   a. Defendants will file their combined: (i) opposition to Plaintiff's summary judgment motion. (ii) brief in support of Defendants' summary judgment motion, and (iii) response to Idaho's amicus brief by Tuesday, September 26, 2023;

   b. Plaintiff will file its combined reply & opposition brief by Tuesday, October 24, 2023;

   c. Defendants will file their reply brief by Tuesday, November 21, 2023; and

   d. The parties will file joint excerpts of the Administrative Record by December 1, 2023.

So Ordered.

Dated:_____

                                                _____
                                                REBECCA R. PALLMEYER
                                                United States District Judge