# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Property Casualty Insurers Association of America

        Plaintiff,

v.

United States Department of Housing and Urban Development, et al.

        Defendant.

Case No.: 1:13−cv−08564

Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 2, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion to re−set briefing schedule [284] is granted. As proposed, Defendants will file their combined: (i) opposition to Plaintiff's summaryjudgment motion. (ii) brief in support of Defendants' summary judgment motion, and (iii) response to Idaho's amicus brief by Tuesday, September 26, 2023; Plaintiff will file its combined reply & opposition brief by Tuesday, October 24, 2023; Defendants will file their reply brief by Tuesday, November 21, 2023; and the parties will file joint excerpts of the Administrative Record by December 1, 2023. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.