## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Property Casualty Insurers Association of America v. Marcia L. Fudge et al.

Case Number: 1:13-cv-08564

An appearance is hereby filed by the undersigned as attorney for:

Property Casualty Insurers Association of America

Attorney name (type or print): Colleen Campbell

Firm: Wilmer Cutler Pickering Hale and Dorr LLP

Street address: 1225 17th Street, Suite 2600

City/State/Zip: Denver, Colorado 80202

Bar ID Number: 0398601
(See item 3 in instructions)

Telephone Number: 1 720 274 3135

Email Address: colleen.campbell@wilmerhale.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 2, 2023

Attorney signature: S/ Colleen Campbell
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015