# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Property Casualty Insurers Association of America

              Plaintiff,

v.

United States Department of Housing and Urban Development, et al.

              Defendant.

Case No.: 1:13−cv−08564

Honorable Rebecca R. Pallmeyer

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 7, 2023:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Unopposed motion for leave to file a brief AMICUS CURIAE [287] is granted. ACLU, ACLU−IL, CAFHA, CLCCR, LCCRUL, NCLC and NFHA are granted leave to File a Brief Amicus Curiae of no more than 25 pages on behalf of themselves and similarly positioned fair housing and civil rights organizations on or before October 3, 2023. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.