IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCIA L. FUDGE, in her official capacity as Secretary, Housing and Urban Development,<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendants. | Case No. 1:13-cv-08564<br>Chief Judge Rebecca R. Pallmeyer |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES FOR THEIR COMBINED BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT**

    Before this Court is Defendants unopposed motion for leave to file excess pages for their combined brief in opposition to Plaintiff's motion for summary judgment and in support of Defendants' cross-motion as well as Plaintiff's request for an increase of the page limit for Plaintiff's combined reply and opposition. For good cause shown therein, it is ORDERED as follows:

    1.    Defendants' unopposed motion for leave to file excess pages is GRANTED;

    2.    Defendants may file a combined brief in opposition to plaintiff's motion for summary judgment and in support of their summary judgment motion of up to 50 pages in length; and

    3.    Plaintiff may file a combined reply and opposition of up to 35 pages in length.

So Ordered.

Dated: _____

_____
REBECCA R. PALLMEYER
United States District Judge
