IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCIA L. FUDGE, in her official capacity as Secretary, Housing and Urban Development,<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | Case No. 1:13-cv-08564<br>Chief Judge Rebecca R. Pallmeyer |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
CONSENT MOTION FOR LEAVE TO BE EXCUSED
FROM RESPONDING TO PLAINTIFF'S STATEMENT OF MATERIAL
FACTS OR, IN THE ALTERNATIVE, FOR EXTENSION OF TIME TO RESPOND**

Before this Court is Defendants' consent motion for leave to be excused from the requirement of LR 56.1(b) to respond to Plaintiff's Statement of Material Facts or, in the alternative, for a two-week extension of time to file a response to Plaintiff's Statement. Plaintiff consented to this motion on the condition that it also be excused from the requirement to file a response to Defendants' Statement of Material Facts. For good cause shown therein, it is ORDERED as follows:

1. Defendants' motion for leave is GRANTED; and

2. Each party is EXCUSED from the requirement to respond to the other party's Statement of Material Facts.

So Ordered.

Dated: _____

_____
REBECCA R. PALLMEYER
United States District Judge