UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>MARCIA L. FUDGE, in her official capacity as Secretary, Housing and Urban Development,<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>　　Defendants. | Case No. 1:13-cv-08564<br>Chief Judge Rebecca R. Pallmeyer |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendants move for summary judgment. Pursuant to LR 56.1, this motion is accompanied by a supporting memorandum of law and a statement of material facts.

Dated: September 26, 2023

Respectfully Submitted,

SARAH HARRINGTON
Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

JEANINE M. WORDEN
Associate General Counsel for Fair Housing
ALLEN LEVY
Acting Assistant General Counsel for Fair Housing Enforcement
PAUL I. OSADEBE
JULIA DYKSTRA
Trial Attorneys
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

*Of Counsel*

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.
VINITA B. ANDRAPALLIYAL
BRIAN C. ROSEN-SHAUD
United States Department of Justice
Benjamin Franklin Station
P.O. Box 883
Washington, DC 20044
(202) 514-3378
(202) 305-0845
(202) 305-7667
james.todd@usdoj.gov
vinita.b.andrapalliyal@usdoj.gov
brian.c.rosen-shaud@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I certify that, on September 26, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

            */s/* James D. Todd, Jr.
            JAMES D. TODD, JR