**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Property Casuality Insurers Association of America v. Fudge, et al.

Case Number: 1:13-cv-08564

An appearance is hereby filed by the undersigned as attorney for:
Amici American Civil Liberties Union, American Civil Liberties Union of Illinois, Chicago Area Fair Housing Alliance, Chicago Lawyers' Committee For Civil Rights, Lawyers' Committee for Civil Rights Under Law, NAACP Legal Defense & Educational Fund, Inc., National Consumer Law Center and National Fair Housing Alliance

Attorney name (type or print):  Jon M. Greenbaum

Firm:   Lawyers' Committee for Civil Rights Under Law

Street address:   1500 K Street, 9th Floor, NW,

City/State/Zip:   Washington DC 20005

Bar ID Number: 489887
(See item 3 in instructions)

Telephone Number:   202-662-8315

Email Address:

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | Yes | x  No |
| Are you a member of the court's general bar? | X Yes | No |
| Are you a member of the court's trial bar? | Yes | x  No |
| Are you appearing *pro hac vice*? | Yes | x  No |
| If this case reaches trial, will you act as the trial attorney? | Yes | x  No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  September 28, 2023

Attorney signature:   S/ Jon M. Greenbaum
(Use electronic signature if the appearance form is filed electronically.)