**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Property Casualty Insurers Ass'n v. Fudge, et al.

Case Number: 1:13-cv-08564

An appearance is hereby filed by the undersigned as attorney for:

State of Illinois and amici states

Attorney name (type or print): Alexandra Reed

Firm: Illinois Attorney General's Office

Street address: 100 West Randolph, 11th Floor

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6327481
(See item 3 in instructions)

Telephone Number: 773-771-4465

Email Address: alexandra.reed@ilag.gov

Are you acting as lead counsel in this case? ✓ Yes ☐ No

Are you a member of the court's general bar? ✓ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ✓ No

Are you appearing *pro hac vice*? ☐ Yes ✓ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ✓ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/17/2023

Attorney signature: S/ Alexandra Reed
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023