# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) ) ) ) ) ) ) ) Defendants. ) | Case No. 1:13-cv-08564<br><br>Chief Judge Rebecca R. Pallmeyer |

**PLAINTIFF'S RESPONSE TO MOTION OF THE STATE OF ILLINOIS ET AL. FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Plaintiff Property Casualty Insurers Association of America ("PCI"), by and through its attorneys, respectfully submits this response to the Motion of the State of Illinois et al. for Leave to File Brief as *Amici Curiae* in Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiff's Renewed Motion for Summary Judgment; and to Extend the Number of Pages. Dkt. No. 303.

This Court set a briefing schedule on the parties' renewed motions for summary judgment on April 28, 2023. Dkt. No. 273. In accordance with that schedule, PCI filed its motion on June 28, 2023. Dkt. No. 282. To account for anticipated amicus filings, the parties later agreed to an extended briefing schedule under which Defendants would file on September 26, 2023 a combined brief opposing PCI's summary judgment motion, supporting Defendants' summary judgment motion, and responding to a planned amicus brief by the insurance commissioners of Idaho and other States (the "State Insurance Commissioners"), which this Court granted on August 2, 2023. *See* Dkt. No. 285. The State Insurance Commissioners then moved on August 8, 2023 for leave to file an amicus brief, which this Court granted on August 9, 2023. *See* Dkt. Nos. 290, 291. The State Insurance Commissioners filed their amicus brief on August 25, 2023—more than one month before Defendants' deadline to file their response. *See* Dkt. 292. Defendants filed their response on September 26, 2023. Dkt. 295.

Several weeks later, on October 17, 2023—one week before the October 24, 2023 deadline for PCI to file its combined brief in opposition to Defendants' summary-judgment motion and reply in support of PCI's summary-judgment motion—movants State of Illinois and other States ("States") moved for leave to file an amicus brief in support of Defendants, in opposition to PCI, and in response to the brief of the State Insurance Commissioners. *See* Dkt. No. 303. The States did not seek PCI's position on their motion, and they did not give PCI any

2

notice of their planned motion or participation as amici until approximately 30 minutes before the motion was filed. Had they done so, PCI would have explained that the States' delay and failure to provide notice of their amicus filing—which belatedly responds to PCI's brief (filed more than three months ago) and the State Insurance Commissioners' brief (filed more than seven weeks ago) and comes just one week before PCI's deadline to respond—will cause prejudice to PCI and will inevitably delay further briefing.

Accordingly, if the Court grants the States' motion for leave, PCI respectfully requests that the Court extend by seven days, to October 31, 2023, PCI's deadline to file its combined Opposition to Defendants' Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment. This extension is necessary to afford PCI an opportunity to respond to the States' proposed amicus brief and thereby reduce the prejudice caused by their filing at this late stage of the briefing process.

Dated: October 18, 2023

Respectfully submitted,

/s/ Seth P. Waxman
Seth P. Waxman (*pro hac vice*)
Catherine M.A. Carroll (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Colleen Marie Campbell
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202
Tel.: (720) 274-3135
Fax: (720) 274-3133
Email: colleen.campbell@wilmerhale.com

Rowe W. Snider (# 03125194)
Alyssa M. Gregory (# 6320588)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 18, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                                              */s/ Seth P. Waxman*
                                                             Seth P. Waxman (*pro hac vice*)
                                                             WILMER CUTLER PICKERING HALE AND
                                                                  DORR LLP
                                                            2100 Pennsylvania Avenue, NW
                                                            Washington, DC 20037
                                                           Tel.: (202) 663-6000
                                                           Fax: (202) 663-6363
                                                           Email: seth.waxman@wilmerhale.com