**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

| | |
|---|---|
| Property Casualty Insurers Association of America | |
| Plaintiff, | |
| v. | Case No.: 1:13−cv−08564 |
| | Honorable Rebecca R. Pallmeyer |
| United States Department of Housing and Urban Development, et al. | |
| Defendant. | |

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 20, 2023:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion for leave to file amicus brief of 25 pages [303] is granted; the court extends by seven days, to October 31, 2023, PCI's deadline to file its combined Opposition to Defendants' Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.