IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCIA L. FUDGE, in her official capacity as Secretary, Housing and Urban Development,<br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | Case No. 1:13-cv-08564<br>Chief Judge Rebecca R. Pallmeyer |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
RESPONSE TO MOTION BY THE STATE OF ILLINOIS,
*ET AL.*, FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*,
AND CONSENT MOTION TO EXTEND TIME TO FILE REPLY**

For good cause shown herein, Defendants respond to the filings by Plaintiff and State of Illinois, et al., and move with consent of Plaintiff to amend the Scheduling Order entered by the Court to allow the parties time to respond to the proposed amicus brief. In support of this motion, Defendants state as follows:

1. On October 17, 2023, the State of Illinois filed a Motion for Leave to File Brief as *Amici Curiae* in Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiff's Renewed Motion for Summary Judgment; and to Extend the Number of Pages. *See* ECF No. 303.

2. On October 18, 2023, Plaintiff filed a response to Illinois's motion, requesting a one-week extension of time to file its combined Opposition to Defendants' Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to respond to the proposed amicus brief. *See* ECF No. 304.

3. Defendants consent to Illinois's motion for leave to file an amicus brief. Defendants also consent to Plaintiff's request for an extension of time to file its combined opposition and reply brief, provided that Defendants also receive an extension of time to file their Reply in Support of Defendants' Motion for Summary Judgment.

4. On October 19, 2023, undersigned counsel conferred with Plaintiff about Defendants' extension motion. Plaintiff consents an extension of Defendant's reply deadline until December 12, 2023, provided that Plaintiff receives an extension until November 7, 2023, to file its opposition and reply brief. Defendants consent to Plaintiff's proposal.

Therefore, Defendants request that this Court grant Defendants' consent motion to extend time to file Defendants' reply.

Dated: October 20, 2023

    Respectfully Submitted,

    SARAH HARRINGTON
    Deputy Assistant Attorney General

    LESLEY FARBY
    Assistant Branch Director
    Federal Programs Branch

    */s/* Vinita B. Andrapalliyal
    JAMES D. TODD, JR.
    VINITA B. ANDRAPALLIYAL
    BRIAN C. ROSEN-SHAUD
    United States Department of Justice
    Civil Division, Federal Programs Branch
    Benjamin Franklin Station,
    P.O. Box 883
    Washington, DC 20044
    (202) 514-3378
    (202) 305-0845
    (202) 305-7667
    james.todd@usdoj.gov
    vinita.b.andrapalliyal@usdoj.gov
    brian.c.rosen-shaud@usdoj.gov

    *Counsel for Defendants*