IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al, <br><br> Defendants. | Case No. 1:13-cv-08564 <br><br> Chief Judge Rebecca R. Pallmeyer |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF STEPHEN M. SOLTANZADEH

Pursuant to Local Rule 83.17, Amicus State of Illinois, by and through its attorneys, moves this Court to grant Stephen M. Soltanzadeh leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this Motion, Amicus State of Illinois states as follows:

1. On June 27, 2014, former Assistant Illinois Attorney General Stephen M. Soltanzadeh filed his appearance as one of the attorneys of record for Amicus State of Illinois.

2. Mr. Soltanzadeh has since left the Office of the Illinois Attorney General.

3. Amicus State of Illinois will continue to be represented by counsel from the Office of the Illinois Attorney General.

WHEREFORE, Amicus State of Illinois respectfully requests that the Court grant Stephen M. Soltanzadeh leave to withdraw as one of the attorneys of record in this case.

Respectfully submitted,
/s/ Stephen M. Soltanzadeh

Attorney for Amicus State of Illinois

1

Stephen M. Soltanzadeh (Atty No 6297668)
DENZIN SOLTANZADEH LLC
190 S. LaSalle Street, Suite 2160
Chicago, Illinois 60603
(312) 380-7262
ssoltanzadeh@denzinlaw.com

Alexandra Reed
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph St., 11th Floor
Chicago, IL 60601
(773) 771-4465
Alexandra.reed@ilag.gov

Joyce Ozeh ("Otuwa")
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph St., 11th Floor
Chicago, IL 60601
(773) 590-7833
Joyce.Ozeh@ilag.gov

*Attorneys for Amicus State of Illinois*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2023, the above and foregoing document was served to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Stephen M. Soltanzadeh

Stephen M. Soltanzadeh
DENZIN SOLTANZADEH LLC
190 S. LaSalle Street, Suite 2160
Chicago, Illinois 60603
(312) 380-7262
(312) 858-4211 (Fax)
ssoltanzadeh@denzinlaw.com
