# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Property Casualty Insurers Association of America

                Plaintiff,

v.                 Case No.: 1:13−cv−08564

                Honorable Rebecca R. Pallmeyer

United States Department of Housing and Urban Development, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 26, 2023:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion for leave to withdraw as counsel [311] is granted. Attorney Stephen Matthew Soltanzadeh is terminated as counsel for Amicus State of Illinois. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.