# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, )<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Case No. 1:13-cv-08564<br><br>Chief Judge Rebecca R. Pallmeyer |

**JOINT MOTION TO EXTEND DEADLINE
TO FILE JOINT EXCERPTS OF THE ADMINISTRATIVE RECORD**

Plaintiff Property Casualty Insurers Association of America ("PCI") and Defendants Marcia L. Fudge and U.S. Department of Housing and Urban Development, by and through their respective attorneys, hereby move to extend until December 22, 2023, the Parties' deadline to file joint excerpts of the Administrative Record. The Parties state as follows in support of their joint motion:

1. On April 28, 2023, the Court set a briefing schedule under which (i) Plaintiff would file its motion for summary judgment on June 28, 2023; (ii) Defendants would file a combined opposition and cross motion for summary judgment on August 9, 2023; (iii) Plaintiff would file a combined opposition and reply on August 30, 2023; (iv) Defendants would file a reply on September 20, 2023; and (v) the Parties would file joint excerpts of the Administrative Record on September 29, 2023. *See* Dkt. 273. Pursuant to the Court's order, Plaintiff filed its motion for summary judgment on June 28, 2023. Dkt. 282.

2. On August 2, 2023, the Court granted Defendants' consent motion to amend the briefing schedule. Dkt. 285. The Court ordered (i) Defendants to file their combined opposition and cross motion for summary judgment on September 26, 2023; (ii) Plaintiff to file its combined opposition and reply on October 24, 2023; (iii) Defendants to file their reply on November 21, 2023; and (iv) the Parties to file joint excerpts of the Administrative Record on December 1, 2023. *See id.* Pursuant to the Court's order, Defendants filed their combined opposition and cross motion for summary judgment on September 26, 2023. Dkt. 295.

3. On October 23, 2023, the Court granted Defendants' consent motion to amend the briefing schedule. Dkt. 310. The Court ordered (i) Plaintiff to file its combined opposition and reply on November 7, 2023 and (ii) Defendants to file their reply on December 12, 2023. *See id.*

Pursuant to the Court's order, Plaintiff filed its combined opposition and reply on November 7, 2023. Dkt. 313.

4. While the Court's October 23, 2023 order extended until December 12, 2023 Defendant's deadline to file their reply, it did not reset the Parties' deadline to file joint excerpts of the Administrative Record, which remains set for December 1, 2023. *See* Dkts. 285, 310.

5. In order to align the Parties' deadline for filing joint excerpts of the Administrative Record with the Defendants' amended deadline for filing their reply, the Parties propose to extend the deadline for filing joint excerpts of the Administrative Record to December 22, 2023.

WHEREFORE, the Parties respectfully request that this Court extend the Parties' deadline for filing joint excerpts of the Administrative Record to December 22, 2023.

| | |
|---|---|
| Dated: November 29, 2023 | Respectfully submitted, |
| /s/ James D. Todd, Jr. | /s/ Seth P. Waxman |
| Sarah Harrington<br>Deputy Assistant Attorney General | Seth P. Waxman (*pro hac vice*)<br>Catherine M.A. Carroll (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP |
| John R. Lausch, Jr.<br>United States Attorney | 2100 Pennsylvania Avenue, NW<br>Washington, DC 20037 |
| Lesley Farby<br>Assistant Branch Director | Tel.: (202) 663-6000<br>Fax: (202) 663-6363<br>E-mail: seth.waxman@wilmerhale.com |
| James D. Todd, Jr.<br>Vinita B. Andrapalliyal<br>Brian C. Rosen-Shaud<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>Ben Franklin Station<br>P.O. Box 883<br>Washington, DC 20044<br>(202) 514-3378<br>(202) 305-0845<br>(202) 305-7667<br>james.todd@usdoj.gov | Colleen Marie Campbell<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1225 17th Street, Suite 2600<br>Denver, CO 80202<br>Tel.: (720) 274-3135<br>Fax: (720) 274-3133<br>Email: colleen.campbell@wilmerhale.com<br><br>Rowe W. Snider (# 03125194)<br>Alyssa M. Gregory (# 6320588) |

vinita.b.andrapalliyal@usdoj.gov
brian.c.rosen-shaud@usdoj.gov

*Attorneys for Defendants*

LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 29, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

      /s/ Seth P. Waxman
      Seth P. Waxman (*pro hac vice*)
      WILMER CUTLER PICKERING
        HALE AND DORR LLP
      2100 Pennsylvania Avenue, NW
      Washington, DC 20037
      Tel.: (202) 663-6000
      Fax: (202) 663-6363
      Email: seth.waxman@wilmerhale.com