# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Property Casualty Insurers Association of America

                                           Plaintiff,

v.                                        Case No.: 1:13−cv−08564

                                         Honorable Rebecca R. Pallmeyer

United States Department of Housing and Urban Development, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 30, 2023:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Joint Motion to extend deadline to file joint excerpts of the administrative record [314] is granted. The deadline for filing joint excerpts of the Administrative Record is extended to 12/22/23. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.