UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>MARCIA L. FUDGE, Secretary of the U.S. Department of Housing and Urban Development,<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br><br>    Defendants. | No. 1:13-cv-8564-RRP<br>Hon. Rebecca R. Pallmeyer |

**NOTICE OF FILING JOINT APPENDIX**
**OF EXCERPTS OF ADMINISTRATIVE RECORD**

Please take notice that Defendants are filing a joint appendix of excerpts of the Certified Administrative Record that were cited by the parties in their briefs and statements of fact in support of their respective motions for summary judgment.

Dated: December 22, 2023

Respectfully submitted,

SARAH HARRINGTON
Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

<u>s/ James D. Todd, Jr.</u>
JAMES D. TODD, JR.
BRIAN C. ROSEN-SHAUD
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington, DC 20044
(202) 514-3378
(202) 305-7667

james.todd@usdoj.gov
brian.c.rosen-shaud@usdoj.gov

*Counsel for Defendants*