*Property Casualty Insurers Association of America. v. Fudge*, No. 1:13-cv-8564 (N.D. Ill.)
**INDEX OF JOINT EXCERPTS OF CERTIFIED ADMINISTRATIVE RECORD**

| Doc. No. | Document Title/Description | Bates Number (AR) | |
|---|---|---|---|
| 1. | *Implementation of the Fair Housing Act's Discriminatory Effects Standard, Proposed Rule*, 76 Fed. Reg. 70921 (Nov. 16, 2011) | 000001 | 000007 |
| 2. | PUBLIC SUBMISSION<br>National Association of Mutual Insurance Companies<br>Docket: HUD-2011-<br>Document: HUD-2011-0138-0051<br>(Jan. 17, 2012) | 000371 | 000383 |
| 3. | PUBLIC SUBMISSION<br>American Insurance Assoc.<br>Docket: HUD-2011-<br>Document: HUD-2011-0138-0070<br>(Jan. 17, 2012) | 000454 | 000459 |
| 4. | PUBLIC SUBMISSION<br>Property Casualty Insurers Assoc. of America<br>Docket: HUD-2011-<br>Document: HUD-2011-0138-0084<br>(Jan. 17, 2012) | 000552 | 000556 |
| 5. | *Implementation of the Fair Housing Act's Discriminatory Effects Standard, Final Rule*, 78 Fed. Reg. 11460 (Feb. 15, 2013) | 000611 | 000634 |
| 6. | *Implementation of the Fair Housing Amendments Act of 1988; Final Rule*, 54 Fed. Reg. 3232 (Jan. 23, 1989) | 001026 | 001112 |
| 7. | *Application of the Fair Housing Act's Discriminatory Effects Standard to Insurance,* 81 Fed. Reg. 69012 (Oct. 5, 2016) | 001813 | 001820 |
| 8. | Stephen M. Dane*, Race Discrimination Is Not Risk Discrimination: Why Disparate Impact Analysis of Homeowners Insurance Practices Is Here to Stay,* Banking & Financial Services: Policy Report, Vol. 33, No. 6, June 2014 | 004400 | 004415 |
| 9. | Letter from the Property Casualty Insurers Association of America (Sept. 25, 2014) | 004416 | 004418 |
| 10. | Letter from the Property Casualty Insurers Association of America (Jan. 26, 2015) | 004496 | 004513 |
| 11. | Letter from the Property Casualty Insurers Association of America (July 29, 2015) | 004615 | 004621 |
| 12. | *Reconsideration of HUD's Implementation of Fair Housing Act's Disparate Impact Standard: Advance Notice of Proposed Rulemaking,* 83 Fed. Reg. 28560 (June 20, 2018) | 005304 | 005306 |

*Property Casualty Insurers Association of America. v. Fudge*, No. 1:13-cv-8564 (N.D. Ill.)
**INDEX OF JOINT EXCERPTS OF CERTIFIED ADMINISTRATIVE RECORD**

| Doc. No. | Document Title/Description | Bates Number (AR) | |
|---|---|---|---|
| 13. | PUBLIC SUBMISSION<br>Property Casualty Insurers Assoc. of America (PCI)<br>Docket: HUD-2018-0047<br>Comment On: HUD-2018-0047-0001<br>Document: HUD-2018-0047-0349<br>(Aug. 19, 2018) | 006194 | 006260 |
| 14. | PUBLIC SUBMISSION<br>American Insurance Assoc. & National Assoc. of Mutual Insurance Companies<br>Docket: HUD-2018-0047<br>Comment On: HUD-2018-0047-0001<br>Document: HUD-2018-0047-0384<br>(Aug. 20, 2018) | 006470 | 006482 |
| 15. | *HUD's Implementation of the Fair Housing Act's Disparate Impact Standard, Proposed Rule,* 84 Fed. Reg. 42854 (Aug. 19, 2019) | 010476 | 010485 |
| 16. | PUBLIC SUBMISSION<br>American Property Casualty Insurance Association<br>Docket: HUD-2019-0067<br>Comment On: HUD-2019-0067-0001<br>Document: HUD-2019-0067-3436<br>(Oct. 18, 2019) | 021407 | 021466 |
| 17. | *HUD's Implementation of the Fair Housing Act's Disparate Impact Standard, Final Rule,* 85 Fed. Reg. 60288 (Sept. 24, 2020) | 027876 | 027921 |
| 18. | *Presidential Documents: Memorandum of January 26, 2021: Redressing Our Nation's and the Federal Government's History of Discriminatory Housing Practices and Policies, Memorandum for the Secretary of Housing and Urban Development,* 86 Fed. Reg. 7487 (Jan. 29, 2021) | 028143 | 028145 |
| 19. | Reinstatement of HUD's Discriminatory Effects Standard, Proposed Rule, 86 Fed. Reg. 33590 (June 25, 2021) | 028146<br>028154 | 028153<br>028161 |
| 20. | PUBLIC SUBMISSION<br>Sharon Schuler<br>Docket: HUD-2021-033<br>Comment On: HUD-2021-0033-0001<br>Document: HUD-2021-0033-0007<br>(Aug. 24, 2021) | 028170 | 028171 |
| 21. | PUBLIC SUBMISSION<br>American Family Insurance<br>Docket: HUD-2021-033<br>Comment On: HUD-2021-0033-0001 | 028192 | 028195 |

*Property Casualty Insurers Association of America. v. Fudge*, No. 1:13-cv-8564 (N.D. Ill.)
**INDEX OF JOINT EXCERPTS OF CERTIFIED ADMINISTRATIVE RECORD**

| Doc. No. | Document Title/Description | Bates Number (AR) | |
|---|---|---|---|
| | Document: HUD-2021-0033-0016 (July 30, 2021) | | |
| 22. | PUBLIC SUBMISSION<br>Bernadette DiLucido, Florida Home Owner<br>Docket: HUD-2021-033<br>Comment On: HUD-2021-0033-0001<br>Document: HUD-2021-0033-0018<br>(Aug. 24, 2021) | 028200 | 028202 |
| 23. | PUBLIC SUBMISSION<br>Senator Rick Outman, District 33, Michigan<br>Docket: HUD-2021-033<br>Comment On: HUD-2021-0033-0001<br>Document: HUD-2021-0033-0025<br>(Aug. 24, 2021) | 028217 | 028219 |
| 24. | PUBLIC SUBMISSION<br>Florida Insurance Council<br>Docket: HUD-2021-033<br>Comment On: HUD-2021-0033-0001<br>Document: HUD-2021-0033-0198<br>(Aug. 23, 2021) | 028678 | 028684 |
| 25. | PUBLIC SUBMISSION<br>NAMIC: Thomas J. Karol<br>Docket: HUD-2021-033<br>Comment On: HUD-2021-0033-0001<br>Document: HUD-2021-0033-0200 | 028691 | 028701 |
| 26. | PUBLIC SUBMISSION<br>Selective Insurance Company of America<br>Docket: HUD-2021-033<br>Comment On: HUD-2021-0033-0001<br>Document: HUD-2021-0033-0235<br>(Aug. 24, 2021) | 029009 | 029011 |
| 27. | PUBLIC SUBMISSION<br>National Leased Housing Association et al.<br>Docket: HUD-2021-033<br>Comment On: HUD-2021-0033-0001<br>Document: HUD-2021-0033-0237<br>(Aug. 24, 2021) | 029017 | 029044 |
| 28. | PUBLIC SUBMISSION<br>American National Property and Casualty Co.<br>Docket: HUD-2021-033<br>Comment On: HUD-2021-0033-0001<br>Document: HUD-2021-0033-0244<br>(Aug. 24, 2021) | 029086 | 029088 |
| 29. | PUBLIC SUBMISSION | 029111 | 029162 |

*Property Casualty Insurers Association of America. v. Fudge*, No. 1:13-cv-8564 (N.D. Ill.)
**INDEX OF JOINT EXCERPTS OF CERTIFIED ADMINISTRATIVE RECORD**

| Doc. No. | Document Title/Description | Bates Number (AR) | |
|---|---|---|---|
| | American Property Casualty Insurance Assoc.<br>Docket: HUD-2021-0033<br>Comment On: HUD-2021-033-0001<br>Document: HUD-2021-0033-0251 | | |
| 30. | PUBLIC SUBMISSION<br>ACLU<br>Docket: HUD-2021-0033<br>Comment On: HUD-2021-0033-0001<br>Document: HUD-2021-0033-0252 | 029163 | 029186 |
| 31. | PUBLIC SUBMISSION<br>Massachusetts Insurance Federation<br>Docket: HUD-2021-0033<br>Comment On: HUD-2021-0033-0001<br>Document: HUD-2021-0033-0263 | 029271 | 029275 |
| 32. | Comment of Senator Pat Toomey (Aug. 26, 2021) | 029551 | 029553 |
| 33. | *Reinstatement of HUD's Discriminatory Effects Standard*,<br>88 Fed. Reg. 19450 (Mar. 31, 2023) | 032763 | 032989 |
| 34. | U.S. Dept. of Treasury, *A Financial System That Creates Economic Opportunities: Asset Management and Insurance* (Oct. 2017) | 035219 | 035394 |