# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

PROPERTY CASUALTY INSURERS
ASSOCIATION OF AMERICA,

Plaintiff(s),

v.

ADRIANNE TODMAN, in her official capacity as Acting Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

Defendant(s).

Case No. 13-cv-8564
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Adrianne Todman and the United States Department of Housing and Urban Development
and against plaintiff(s) Property Casualty Insurers Association of America.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer granting HUD's cross-motion for summary judgment [295] and denying PCI's motion for summary judgment [282].

Date: 3/26/2024

Thomas G. Bruton, Clerk of Court

Christina Presslak , Deputy Clerk