# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MARCIA L. FUDGE, in her official capacity as Secretary of Housing and Urban Development, and UNITED STATES OF DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendants. | Case No. 1:13-cv-08564<br><br>Chief Judge Rebecca R. Pallmeyer |

## MOTION TO WITHDRAW JON GREENBAUM AS COUNSEL ON BEHALF OF LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW AS *AMICUS CURIAE*

In accordance with N.D. Ill. LR 83.17, Jon Greenbaum respectfully requests that this court withdraw his appearance as counsel for the Lawyers' Committee for Civil Rights Under Law as *amicus curiae*. As of April 12, 2024, he will no longer be with the Lawyers' Committee for Civil Rights Under Law. In connection with the withdrawal, the clerk is requested to remove the name of Mr. Greenbaum from the docket and service list.

Respectfully submitted,
Dated: April 10, 2024

_/s/_____
Jon Greenbaum
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Email: jgreenbaum@lawyerscommittee.org
*Attorney for Amicus Curiae*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 10, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

      _/s/_____
Jon Greenbaum
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Email: jgreenbaum@lawyerscommittee.org
*Attorney for Amicus Curiae*