UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br>*Plaintiff,*<br><br> v.<br><br>ADRIANNE TODMAN, in her official capacity as Acting Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>*Defendants*. | Case No. 1:13-cv-08564<br><br>Chief Judge Rebecca R. Pallmeyer |

## NOTICE OF APPEAL

Plaintiff Property Casualty Insurers Association of America ("PCI") * hereby appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's judgment in this action (Dkt. 320), as well as all opinions and orders underlying the judgment, including the District Court's September 3, 2014 opinion and order (Dkts. 98-99); June 20, 2017 opinion and order (Dkt. 129); and March 26, 2024 opinion and order (Dkt. 319).

---

* Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

1

<table>
<tr><td>

Dated: May 24, 2024

Rowe W. Snider (# 03125194)
Alyssa M. Gregory (# 6320588)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336

</td><td>

Respectfully submitted,

s/ *Seth P. Waxman*

Seth P. Waxman (*pro hac vice*)
   *Counsel of Record*
Catherine M.A. Carroll (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Colleen Marie Campbell
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202
Tel.: (720) 274-3135
Fax: (720) 274-3133

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

      I hereby certify that, on May 24, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                              */s/ Seth P. Waxman*
                                              Seth P. Waxman (*pro hac vice*)
                                              WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
                                              2100 Pennsylvania Avenue, NW
                                              Washington, DC 20037
                                              Tel.: (202) 663-6000
                                              Fax: (202) 663-6363
                                              Email: seth.waxman@wilmerhale.com