UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> ADRIANNE TODMAN, in her official capacity as Acting Secretary of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | Case No. 1:13-cv-08564 <br><br> Chief Judge Rebecca R. Pallmeyer |

**PLAINTIFF'S SEVENTH CIRCUIT DOCKETING STATEMENT**

Plaintiff Property Casualty Insurers Association of America ("PCI")[*] respectfully submits this Docketing Statement pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit.

**I.      Jurisdiction of the District Court**

This action arises under the Administrative Procedure Act, 5 U.S.C. §§ 551-559, 701-706; the McCarran-Ferguson Act, 15 U.S.C. §§ 1011-1015; and the Fair Housing Act, 42 U.S.C. §§ 3601-3619.  The district court had subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and was authorized to grant relief under 5 U.S.C. §§ 702, 705, 706.

---

[*] Effective January 1, 2019, the American Insurance Association merged with and into PCI.  Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

1

## II.     Jurisdiction of the Court of Appeals

On March 26, 2024, the district court granted Defendants' motion for summary judgment, denied Plaintiff's motion for summary judgment, and entered a final judgment in favor of Defendants. The Court of Appeals has jurisdiction under 28 U.S.C. § 1291.

## III.    Related Appellate Proceedings

There have been no prior or related appellate proceedings in this case.

## IV.     Notice of Appeal

Plaintiff timely filed a Notice of Appeal on May 24, 2024.

## V.      Current Occupant of Public Office

Adrianne Todman is the current occupant of the office of Acting Secretary of the U.S. Department of Housing and Urban Development and is sued in her official capacity.

Dated: May 24, 2024

Rowe W. Snider (# 03125194)
Alyssa M. Gregory (# 6320588)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336

Respectfully submitted,

s/ *Seth P. Waxman*
Seth P. Waxman (*pro hac vice*)
   *Counsel of Record*
Catherine M.A. Carroll (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Tel.: (202) 663-6000
Fax: (202) 663-6363
E-mail: seth.waxman@wilmerhale.com

Colleen Marie Campbell
WILMER CUTLER PICKERING
   HALE AND DORR llp
1225 17th Street, Suite 2600
Denver, CO 80202
Tel.: (720) 274-3135
Fax: (720) 274-3133

**CERTIFICATE OF SERVICE**

      I hereby certify that, on May 24, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                                  s/ *Seth P. Waxman*
                                                  Seth P. Waxman (*pro hac vice*)
                                                  WILMER CUTLER PICKERING
                                                     HALE AND DORR LLP
                                                  2100 Pennsylvania Avenue, NW
                                                  Washington, DC 20037
                                                  Tel.: (202) 663-6000
                                                  Fax: (202) 663-6363
                                                  Email: seth.waxman@wilmerhale.com