# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> ADRIANNE TODMAN, in her official capacity as Acting Secretary of Housing and Urban Development, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> *Defendants*. | No. 1:13-cv-08564 <br><br> Judge Rebecca R. Pallmeyer |

## NOTICE OF WITHDRAWAL OF CATHERINE CARROLL

Catherine Carroll hereby withdraws as one of counsel for Plaintiff Property Casualty Insurers Association of America ("PCI") in this action. PCI continues to be represented by Colleen Marie Campbell and Seth P Waxman of Wilmer Cutler Pickering Hale and Dorr LLP and Rowe W. Snider and Alyssa Marie Gregory of Locke Lord LLP.

Dated: August 30, 2024

Respectfully submitted,

PROPERTY CASUALTY INSURERS
ASSOCIATION OF AMERICA

*/s/ Catherine Carroll*
Catherine Carroll (*pro hac vice*)
Seth P. Waxman (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue, N.W.

Washington, DC 20037
Tel.: (202) 663-6800
Fax: (202) 663-6363
Email: seth.waxman@wilmerhale.com

Colleen Marie Campbell
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth St. Ste 2600
Denver, CO 80202
Tel: (720) 274-3155
Fax: (720) 274-3133
Email:
colleen.campbell@wilmerhale.com

Rowe W. Snider (# 03125194)
Alyssa Marie Gregory (# 6320588)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 443-0700
Fax: (312) 896-0336
Email: rsnider@lockelord.com

*Counsel for Plaintiff*